# GROUP EXHIBIT 1

# CHAPTER 156: ZONING CODE

Section

*General Provisions*

156.001   Short title

156.002   Interpretation; purpose

156.003   Definitions

*District Boundaries*

156.015   Use districts established

156.016   Location and boundaries of districts

156.017   Annexed land

*Zoning Map; Standards*

156.030   Short title

156.031   Purpose

156.032   Identification of maps and standards adopted by reference

156.033   Official map adopted by reference

156.034   Official standards adopted by reference

156.035   Use of maps and standards in other ordinances

156.036   Comprehensive plan adopted

156.037   Administration and enforcement of subchapter

*R-1 One-Family Residential Districts*

156.050   Application of provisions

156.051   Permitted uses

This chapter shall be known as the zoning regulations of the city.

('77 Code, § 17.03.010)

## § 156.002 INTERPRETATION; PURPOSE.

(A)   In its interpretation and application, the provisions of this chapter shall be held to be minimum requirements adopted for the promotion of a comprehensive plan and designed to lessen congestion in the streets; to secure safety from fire, panic and other dangers; to provide adequate light and air; to prevent the overcrowding of land; to avoid undue concentration of population; to facilitate the adequate provision of transportation, water, sewerage, schools, parks and other public requirements; and to promote the public interest, health, comfort, convenience, safety or general welfare.

(B)   It is not intended by this chapter to interfere with or abrogate or annul any ordinance, rules, regulations or permits previously adopted or issued, and not in conflict with any of the provisions of this chapter, or which shall be adopted, or issued, pursuant to law relating to the use of buildings or premises, nor is it intended by this chapter to interfere with or abrogate or annul any easements, covenants or other agreements between parties. However, where this chapter imposes a greater restriction upon the use of buildings or premises or upon height of buildings or requires larger open spaces than are imposed or required by such ordinances, rules, regulations or permits, or by easements, covenants, or agreements that the provisions of this chapter shall control.

('77 Code, § 17.03.020)

## § 156.003 DEFINITIONS.

For the purpose of this chapter, the following definitions shall apply unless the context clearly indicates or requires a different meaning.

*ACCESSORY BUILDING.* A subordinate building, the use of which is clearly incidental to that of the main building or to the use of the land.

*ADJACENT.* Nearby, but not necessarily touching.

*ALLEY.* A public thoroughfare not more than 20 feet wide.

*APARTMENT.* A suite of rooms, with cooking facilities and private bath and toilet facilities, used for living purposes. Each apartment is considered a dwelling unit.

*APARTMENT HOUSE.* A building containing apartments.

*AREA OF A SIGN.* That area in square feet of the smallest geometric figure or combination of regular geometric figures which figure or figures enclose both the copy and facing of the sign.

*AUTOMOBILE SERVICE STATION.* A place of business having pumps and/or storage tanks from which liquid fuel and/or lubricants are dispensed at retail directly into the motor vehicle. Sales and installation of auto accessories, washing, polishing, inspections and cleaning, but not steam cleaning may be carried on incidental to the sale of such fuel and lubricants.

*BASEMENT.* A story, partly underground, which has not more than one-half its height measured

from finished floor to finished ceiling above the average grade of the adjoining ground.

*BILLBOARD.* Any structure or portion thereof upon which a sign or advertisement used as an outdoor display for the purpose of making anything known is displayed. This definition does not include any bulletin boards used to display official court or public office notices.

*BLOCK.* That property abutting on one side of a street between the two nearest intersecting streets or other natural barriers.

*BOARDINGHOUSE.* A dwelling in which three, four, or five rooms are occupied as guest rooms and in which food may be served to the occupants thereof. Any dwelling in which more than five rooms are occupied as guest rooms is deemed to be a hotel. A boardinghouse does not include institutions for persons requiring physical or mental care by reason of age, infirmity or disease.

*BUILDING.* A structure having a roof supported by columns or walls.

*BUILDING AREA.* The total area, taken on a horizontal plane at the average grade level, of the principal buildings and all accessory buildings, exclusive of uncovered porches, terraces and steps.

*BUILDING HEIGHT.* The vertical distance measured from the natural grade level to the highest level of the roof surface of flat roofs, to the deck line of mansard roofs, or to the average height between eaves and ridge for gable, gambrel or hip roofs. The building height limitations of these zoning regulations shall not apply to church spires, belfries, cupolas, domes, monuments, water towers, chimneys, flues, vents, flag poles, radio towers, TV towers, public observation towers or airway beacons; nor to any bulkhead, elevator, water tank or similar structure extending above the roof and occupying an aggregate area of not greater than 25% of the horizontal projected roof area.

*BUILDING LINE.* A building line corresponds to the rear boundary of the front yard.

*BUILDING, MAIN.* A building in which is conducted the principal use of the lot on which it is situated.

*COMMERCIAL VEHICLE.* A passenger car, truck, or bus designed and operated for the purpose of monetary gain.

*CONTIGUOUS.* In contact with.

*COURT.* Any space other than a yard on the same lot with a building or group of buildings, and which is unobstructed and open to the sky above the floor level of any room having a window or door opening on such court. The width of a court shall be its least horizontal dimension.

*DEPTH OF REAR YARD.* The average horizontal distance between the rear line of the main building and the centerline of the alley or easement, otherwise the rear lot line.

*DISTRICT.* A portion of the city within which certain regulations and requirements or various combinations thereof apply under the provisions of these zoning regulations.

*DRIVE-IN RESTAURANT.* Any establishment where food or beverages are dispensed and where such food or beverages are consumed on the premises but not within a building.

**DWELLING, THEATER.** An open-air theater designed for viewing by the audience from motor vehicles.

**DWELLING, ONE-FAMILY.** Containing one dwelling unit.

**DWELLING UNIT.** A group of rooms or a room occupied or intended for human occupancy.

**ELECTRIC SIGN.** A sign served or energized with electric current for purpose of illumination or for any other purpose.

**FAMILY.** A group of one or more persons occupying a building and living and cooking in a single dwelling unit. No unrelated group living and cooking in a single dwelling unit shall consist of more than six persons, as distinguished from a group occupying a lodginghouse or hotel.

**FRONTAGE.** All property on one side of a street between two intersecting streets or other natural barriers.

**GARAGE, PRIVATE.** An accessory building designed for occupancy by the passenger motor vehicles of the family residing on the same lot. This may include one commercial vehicle under one ton capacity. Noncommercial vehicles of persons not resident on the lot may occupy up to one-half the capacity of such garage.

**GARAGE, PUBLIC.** Any building, other than that as a private garage, as defined above, used for the storage or care of motor vehicles, or where any such vehicles are equipped for operation, repaired, or kept for remuneration, hire or sale.

**GRADE, STREET.** The elevation of the center of a street in front of the center of a building as established by the City Engineer.

**GUEST ROOM.** A room occupied for hire by one or more persons in which no cooking facilities are provided.

**HOME OCCUPATION.** An occupation or a profession conducted for monetary gain which:

(1)   Is customarily carried on within a dwelling unit;

(2)   Is carried on by a member or members of the family residing in the dwelling unit;

(3)   Is clearly incidental and secondary to the use of the dwelling unit for residential purposes;

(4)   Conforms to the following additional conditions:

   (a)   The occupations or profession shall be carried on wholly within the principal building.

   (b)   No one outside of the family resident on the premises shall be employed in a home occupation.

   (c)   There shall be no exterior display or storage of materials, and no other exterior indication of the home occupation or variation from the residential character of the principal building.

The maps and standards adopted under §§ 156.033 and 156.034 may be adopted by reference to their titles in other ordinances which regulate the development of the municipality without further filing or publication except where the statutes require otherwise.

('77 Code, § 17.12.060)

### § 156.036 COMPREHENSIVE PLAN ADOPTED.

The "Comprehensive Plan, Markham, Illinois" as prepared by TecSearch, Inc. and approved by the Markham Plan Commission on March 5, 1969, is approved and adopted as the Official Comprehensive Plan for the city.

('77 Code, § 17.12.080)

### § 156.037 ADMINISTRATION AND ENFORCEMENT OF SUBCHAPTER.

Provisions of this chapter, including such maps and standards as are adopted by reference, which also may be incorporated by reference in other regulator ordinances shall be administered and enforced by the officers designated in such regulatory ordinances. Those provisions of this chapter not incorporated in other ordinances shall be enforced by the Mayor.

('77 Code, § 17.12.070)

# R-1 ONE-FAMILY RESIDENTIAL DISTRICTS

### § 156.050 APPLICATION OF PROVISIONS.

The regulations set out in this subchapter shall apply to all R-1 districts, and shall be subject to the provisions of §§ 156.245 through 156.257, 156.270 through 156.278 and 156.290 through 156.294.

('77 Code, § 17.15.010)

### § 156.051 PERMITTED USES.

The following uses are permitted in an R-1 district:

(A) Customary accessory uses and buildings, including private garages, professional offices, and home occupations, provided such uses are incidental to the principal use and do not include the conduct of any retail sales on the premises or wholesale business or manufacturing. An accessory building shall not include servants' quarters, guest rooms or sleeping rooms.

(B) One single-family dwelling on any lot or parcel, which dwelling shall be of such size, bulk, and construction as to contain on the first floor thereof a minimum of 1040 square feet of living floor area if such dwelling is of the single floor design; or 900 square feet of living floor area on the first floor if the dwelling is of the story and one-half or split-level design; or 800 square feet of living floor area on the first floor if the building is of the two-story design.

(C) Temporary offices and/or construction sheds and uses incidental to a construction project on approval of location, size, and necessity, by the Mayor and City Council, but only for the duration of

such project, but not exceeding 12 months. Extension of such time limit may be renewed for six month periods upon a showing of necessity by the petitioner.

(D)   Truck gardening and other horticultural uses where no building is involved; all subject to the applicable health and sanitation regulations of this code and any other applicable ordinances of the city.

('77 Code, § 17.15.020)

## § 156.052 CONDITIONAL USES.

The following may also be permitted upon approval of their location and development by the Plan Commission.

(A)   School, elementary and high (public or private).

(B)   Churches and buildings usually associated with similar activities.

(C)   Publicly-owned and operated parks, playgrounds and other recreation uses, including eating and drinking, sales and service establishments accessory to the use of the above. However, no such accessory use shall be located closer than 100 feet to any adjacent residential property.

(D)   Governmental and public utility buildings and facilities when necessary for serving the surrounding territory; provided, that no public business offices and no repair or storage facilities are maintained therein.

(E)   Hospitals, clinics and sanitariums.

('77 Code, § 17.15.030) (Am. Ord. 85-O-1166, passed 3-18-85; Am. Ord. 86-O-1205, passed 1-15-86)

## § 156.053 LOT AREA.

Each lot shall have a minimum width of 80 feet. The minimum lot area per dwelling unit shall be 9,000 square feet. No building with its accessory buildings shall occupy in excess of 30% of the area of an interior lot, nor in excess of 30% of the area of a corner lot.

('77 Code, § 17.15.040)

## § 156.054 YARD SPECIFICATIONS.

(A)   There shall be a front yard having a depth not less than that established by an existing main building on the nearest lot within 100 feet. However, on a lot between two lots each within 100 feet, which lots have established front yards, then the minimum front yard shall be that established by a line joining the nearest front corner of the main building on one lot and the nearest front corner of the main building on the other lot. Nothing in this section shall require that a front yard be more than 35 feet in depth or to permit a front yard of less than 20 feet in depth. On a lot that is not within 100 feet of a lot with an established front yard, the front yard shall be not less than 25 feet.

(B)   There shall be a rear yard of not less than 10% of the depth of the lot. However, such rear yard shall be a minimum of ten feet in depth.

(C)  Two side yards shall be provided for each lot. The combined width of the two side yards shall be not less than 25% of the lot width, with a minimum width of eight feet for either side yard.

('77 Code, § 17.15.050)

### § 156.055  CORNER LOT.

Front yard requirements shall be complied with along both streets abutting corner lots except that the depth of the yard abutting the side street need not exceed 20 feet.

('77 Code, § 17.15.060)

### § 156.056  BUILDING HEIGHT LIMITATION.

No building shall be erected or altered to exceed 30 feet in height.

('77 Code, § 17.15.070)

## R-2 ONE-FAMILY RESIDENTIAL DISTRICTS

### § 156.065  APPLICATION OF PROVISIONS.

The following regulations set out in this subchapter shall apply to all R-2 districts, and shall be subject to the provisions of §§ 156.245 through 156.257, 156.270 through 156.278 and 156.290 through 156.294.

('77 Code, § 17.18.010)

### § 156.066  PERMITTED USES.

The following uses are permitted in an R-2 district:

(A)  One single-family dwelling on any lot or parcel which dwelling shall be of such size, bulk, and construction as to contain on the first floor thereof a minimum of 1,040 square feet of living floor area if such dwelling is of the single-floor design; or 810 square feet of living floor area on the first floor if the dwelling is of the story and one-half or split-level design; or 720 square feet of living floor area on the first floor if the dwelling is of the two-story design.

(B)  All uses permitted in the R-1 district.

('77 Code, § 17.18.020)

### § 156.067  LOT AREA.

Each lot shall have a minimum lot width of 70 feet. The minimum lot area per dwelling unit shall be 8,000 square feet. No building with its accessory buildings shall occupy in excess of 30% of the area of an interior lot, nor in excess of 30% of the area of a corner lot.

('77 Code, § 17.18.030)

## § 156.068 YARD SPECIFICATIONS.

The yard requirements specified in the R-1 residence districts shall be the requirements for the R-2 residence districts as if the same were set forth in this subchapter except that the side yard requirements shall be as follows: Two side yards shall be provided for each lot. The combined width of the two side yards shall be not less than 25% of the lot width, with a minimum width of seven feet for either side yard.

('77 Code, § 17.18.040)

## § 156.069 CORNER LOT.

The corner lot requirements specified in the R-1 residence district shall be the requirements for the R-2 residence district as if the same were set forth in this subchapter.

('77 Code, § 17.18.050)

## § 156.070 BUILDING HEIGHT LIMITATION.

No building shall be erected or altered to exceed 30 feet in height.

('77 Code, § 17.18.060)

# R-3 ONE-FAMILY RESIDENTIAL DISTRICTS

## § 156.080 APPLICATION OF PROVISIONS.

The following regulations shall apply to all R-3 districts, and shall be subject to the provisions of §§ 156.245 through 156.257, 156.270 through 156.278 and 156.290 through 156.294.

('77 Code, § 17.21.010)

## § 156.081 PERMITTED USES.

The following uses are permitted in a R-3 district:

(A)   One single-family dwelling on any lot or parcel, which dwelling shall be of such size, bulk and construction as to contain on the first floor thereof a minimum of 960 square feet of living floor area if such dwelling is of the single-floor design; or 720 square feet of living floor area on the first floor if the dwelling is of the story and one-half, split-level, or two-story design;

(B)   All uses permitted in the R-2 district.

('77 Code, § 17.21.020)

## § 156.082 LOT AREA.

Each lot shall have a minimum lot width of 60 feet. The minimum area per dwelling unit shall be 7,200 square feet. No building with its accessory buildings shall occupy in excess of 30% of the area of an interior lot, nor in excess of 30% of a corner lot.

('77 Code, § 17.21.030)

### § 156.083  YARD SPECIFICATIONS.

The yard requirements specified in the R-1 residence districts shall be the requirements for the R-3 residence districts as if the same were set forth under this subchapter except that the side yard requirements shall be as follows: Two side yards shall be provided for each lot. The combined width of the two side yards shall be not less than 25% of the lot width, with a minimum width of six feet for either side yard.

('77 Code, § 17.21.040)

### § 156.084  CORNER LOT.

The corner lot requirements specified in the R-1 residence district shall be the requirements for the R-3 residence district as if the same were set forth under this subchapter.

('77 Code, § 17.21.050)

### § 156.085  BUILDING HEIGHT LIMITATION.

No building shall be erected or altered to exceed 30 feet in height.

('77 Code, § 17.21.060)

## R-3A ONE-FAMILY RESIDENTIAL DISTRICT

### § 156.095  APPLICATION OF PROVISIONS.

The following sections shall apply to all R-3A one-family use districts and shall be subject to the provisions of §§ 156.245 through 156.257, 156.270 through 156.278 and 156.290 through 156.294.

('77 Code, § 17.24.010) (Ord. 547, passed - -64)

### § 156.096  PERMITTED USES.

The following are permitted in an R-3A district:

(A)   One single-family dwelling on any lot or parcel, which dwelling shall be of such size, bulk, and construction as to contain on the first floor thereof a minimum of 1,050 square feet of living floor area if such dwelling is of the single-floor design; or 720 square feet of living area on the first floor if the dwelling is of the story and one-half, split-level, or two-story design.

(B)   All uses permitted in the R-3 district.

('77 Code, § 17.24.020) (Ord. 547, passed - -64)

## § 156.097 LOT AREA.

Each lot shall have a minimum width of 57 feet. The minimum lot area per dwelling unit shall be 6,600 square feet. No building with its accessory buildings shall occupy in excess of 30% of the area of an interior lot, nor in excess of 30% of a corner lot.

('77 Code, § 17.24.030) (Ord. 547, passed - -64)

## § 156.098 YARD SPECIFICATIONS.

The yard requirements specified are: There shall be a rear yard of not less than ten feet in depth. Two side yards shall be provided for each lot. The total width of the yards shall not be less than ten feet with a minimum of five feet for either side yard. There shall be provided a public utility easement of not less than six feet as measured from the rear lot line, and no buildings shall be erected closer than ten feet from the rear lot line.

('77 Code, § 17.24.040) (Ord. 547, passed - -64)

## § 156.099 CORNER LOT.

The corner lot requirements specified in the R-1 residence district shall apply to R-3A districts as if the same were set forth in this subchapter.

('77 Code, § 17.24.050) (Ord. 547, passed - -64)

## § 156.100 BUILDING HEIGHT LIMITATION.

No building shall be erected or altered to exceed 30 feet in height.

('77 Code, § 17.24.060) (Ord. 547, passed - -64)

# R-3B ONE-FAMILY TOWN HOME RESIDENTIAL DISTRICT

## § 156.105 DISTRICT REGULATIONS.

There is hereby established residential housing district R-3B, One-Family Town Home Residential District, with the following requirements:

(A)   That such homes as are proposed shall have a minimum of 12,000 square feet of living space;

(B)   That the lot size be a minimum of 524 feet wide with a depth of 105 feet;

(C)   That the setback on the west should be 25 feet from the lot line on Kedzie Avenue, on the east side the setback should be ten feet from the lot line and on the north and south the setback should be 25 feet from the lot line;

(D)   The building height shall not exceed 30 feet;

(E)   There should be a minimum of two parking spaces per unit and one parking space per unit for guests.

(F)   The 20-foot alley to the east of the lot should be vacated by the city from 157th Street to 158th Street, with the developer and such successor owners' association as may be created responsible for black-topping and maintenance of the former alley, the installation and maintenance of sewers therein, in perpetuity, granting to the city a perpetual easement for maintenance of such city facilities as may be underground therein and for payment to the city of sewer fees for each living unit;

(G)   The developer shall install a minimum of a six-inch water line from the west side of Kedzie Avenue to the nearest location on the east side of Kedzie Avenue, in accordance with state and county rules and regulations regarding work on, under, above and upon Kedzie Avenue; and

(H)   The developer must improve 158th Street with black-topping as a part of the project.

(Ord. 04-O-1808, passed 8-4-04)

# R-4 ONE-FAMILY RESIDENTIAL DISTRICT

## § 156.110 APPLICATION OF PROVISIONS.

The following regulations of this subchapter shall apply to all R-4 districts, and shall be subject to the provisions of §§ 156.245 through 156.257, 156.270 through 156.278 and 156.290 through 156.294.

('77 Code, § 17.27.010)

## § 156.111 PERMITTED USES.

The following uses are permitted in an R-4 district:

(A)   One single-family dwelling on any lot or parcel, which dwelling shall be of such size, bulk, and construction as to contain on the first floor thereof a minimum of 960 square feet of living floor area if such dwelling is of the single-floor design; or 720 square feet of living floor area on the first floor if the dwelling is of the story and one-half, split-level, or two-story design.

(B)   All uses permitted in the R-3 district.

('77 Code, § 17.27.020)

## § 156.112 LOT AREA.

Each lot shall have a minimum lot width of 45 feet. The minimum lot area per dwelling unit shall be 5,400 square feet. No building with its accessory buildings shall occupy in excess of 35% of the area of any interior lot, nor in excess of 35% of a corner lot.

('77 Code, § 17.27.030)

# CHAPTER 110: GENERAL BUSINESS LICENSING

Section

### General Provisions

110.01   Short title

110.02   Purpose; jurisdiction

110.03   Definitions

110.04   Nuisances

### Licensing Provisions

110.15   Scope of activity requiring license

110.16   Qualifications of applicants

110.17   Applications; forms; signatures

110.18   Issuance of receipts

110.19   Investigations

110.20   Approval of licenses

110.21   Procedure when license not approved

110.22   Renewal of license

110.23   Duplicate license; fee

110.24   License fee; established; duration; proration; refund

110.25   License fee schedule

110.26   Contents of license

110.27   Display of license and insignia

110.28   Change of location

110.29   Records and books to be kept

110.30   Transference of license

110.31   Duties of licensee

110.32   Termination of licenses

110.33   Revocation of licenses

110.34   Vehicle tag

*Administration and Enforcement*

110.40   Authority to enforce regulations

110.41   Investigations and inspections

110.42   Right of entry for inspection; reports

110.43   Provisional order; final order

110.44   Summary action

110.45   Appeal procedure

110.46   Liability of violator

110.99   Penalty

# GENERAL PROVISIONS

## § 110.01  SHORT TITLE.

This chapter shall be known and may be cited as the General Licensing Ordinance of the city.

('77 Code, § 5.02.010)  (Ord. 67-O-673, passed - -67)

## § 110.02  PURPOSE; JURISDICTION.

(A)   The express purpose of this chapter is to protect and safeguard the health, safety and welfare of the citizens of the city; to increase public confidence in legitimate commerce; to further ensure adequate and periodic provisions of essential governmental inspectional services; and to provide for an accurate record of regulated commercial activities within the city,

(B)   It is not intended by this chapter to repeal, abrogate, annul or in any way impair or interfere with existing provisions of other laws or ordinances, except those specifically repealed by the ordinance

codified in this chapter. Where this chapter imposes a greater restriction upon persons, premises or personal property than is imposed or required by such existing provisions of law, ordinance, contract or deed, the provisions of this chapter shall control.

('77 Code, § 5.02.020) (Ord. 67-O-673, passed - -67)

## § 110.03 DEFINITIONS.

For the purpose of this chapter, the following definitions shall apply unless the context clearly indicates or requires a different meaning.

*ACCESSORY ACTIVITY.* An activity or use which is customarily incidental and/or subordinate to a principal activity. However, such an activity, if conducted separately and independently of the principal activity, would be subject to licensing under the provisions of this chapter and is included in the ownership of the establishment.

*BUSINESS.* Includes all kinds of vocations, occupations, professions, enterprises, establishments and all other kinds of activities and matters, together with all devices, machines, vehicles or appurtenances used therein, any of which are conducted for private profit, or benefit, either directly or indirectly, on any premises in the city, or anywhere else within its jurisdiction.

*CITY LICENSE COMMISSION* or *LICENSE COMMISSION.* The License Commission of the city.

*INSIGNIA* or its singular number *INSIGNE.* Any tag, plate, badge, emblem, sticker or any other kind of device which may be required for any use in connection with any license.

*LICENSE* or *LICENSEE.* Includes respectively the words *PERMIT* or *PERMITTEE* or the holder for any use or period of time of any similar privilege.

*OWNER.* Any individual, firm, association, partnership, corporation, trust or any other legal entity having sufficient proprietary interest in a commercial activity or establishment to maintain and manage it operations.

*PERSON.* Includes individual natural persons, partnerships, joint adventures, societies, associations, clubs, trustees, trusts or corporations; or any officers, agents, employees, factors or any kind of personal representatives of any thereof, in any capacity, acting either for himself, or for any other person, under either personal appointment or pursuant to law.

*PREMISES.* Includes all lands, structures, places and also the equipment and appurtenances connected or used therewith in any business, and also any personal property which is either affixed to, or is otherwise used in connection with, any such business conducted on such premises.

*PRINCIPAL ACTIVITY.* The activity or use which utilizes the major portion of gross floor and/or land area.

*USABLE AREA.* The sum total of the gross horizontal area of all of the several floors of a building measured in square feet from the exterior walls or from the centerline of party walls separating two buildings.

　　　　(1)　Usable area includes attic, balcony, mezzanine, basement, cellar and/or porch areas devoted in storage, equipment installation or accessory uses.

　　　　(2)　Open area directly essential to the sale, service or production activity of any establishment shall be included in the computation of gross usable area. However, open area devoted to vehicular customer parking or the handling of materials shall not be included.

　　　　(3)　The usable area of a principal activity may be deducted from the gross area in the computation of usable area of any accessory activity.

('77 Code, § 5.02.030) (Ord. 67-O-673, passed - -67)

## § 110.04　NUISANCES.

No business, licensed or not shall be so conducted or operated as to amount to a nuisance in fact.

(Ord. 92-O-1432, passed 3-18-92) Penalty, see § 110.99

# LICENSING PROVISIONS

## § 110.15　SCOPE OF ACTIVITY REQUIRING LICENSE.

　　(A)　It is unlawful for any person, either directly or indirectly, to conduct any business or nonprofit enterprise, or to use in connection therewith any vehicle, premises, machine or device, in whole or in part, for which a license or permit is required by this chapter or other law or ordinance of the city,

without a license or permit therefor being first procured and kept in effect at all times as required by this chapter or other law or ordinance of the city.

　　(B)　This chapter shall apply to all business in the nature of special sales for which a license is required by this chapter or other law or ordinance of the city and it is unlawful for any person, either directly or indirectly, to conduct any such sale except in conformity with the provisions of this chapter.

　　　　(1)　For the purpose of this chapter, any person is deemed to be in business or engaging in nonprofit enterprise, and thus subject to the requirements of this section and division (A), when he does one act of the following:

　　　　　　(a)　Selling any goods or service;

　　　　　　(b)　Soliciting business or offering goods or services for sale or hire;

　　　　　　(c)　Acquiring or using any vehicle or any premises in the city for business purposes;

　　　　　　(d)　Holds himself forth as being engaged in a business or an occupation;

　　　　　　(e)　Solicits patronage, actively or passively, for a business or occupation; or

　　　　　　(f)　Performs or attempts to perform any part of a business or occupation in the city; or

   (g)   The holding of a garage or yard sale of used personal property.

   (2)   The agents or other representatives of nonresidents who are doing business in the city shall be personally responsible for the compliance of their principals and of the businesses they represent with this chapter.

   (3)   (a)   A license shall be obtained in the manner prescribed in this chapter for each branch establishment or location of the business engaged in, as if each such branch establishment or location were a separate business.

   (b)   Each rental real property is deemed a branch establishment or separate place of business for the purposes of this chapter when there is a representative of the owner or the owner's agent on the premises who is authorized to transact business for such owner or owner's agent or there is a regular employee of the owner or the owner's agent working on the premises.

   (4)   A person, engaged in two or more businesses at the same location shall not be required to obtain separate licenses for conducting each of such businesses but, when eligible, shall be issued one license which shall specify on its face all such businesses.

('77 Code, § 5.02.040)  (Ord. 67-O-673, passed - -67)

   (C)   Whenever in this code a license is required for the maintenance, operation or conduct of any business or establishment, or for doing business or engaging in any activity or occupation, any person or corporation shall be subject to the requirement if by himself or through an agent, employee, or partner, he holds himself forth as being engaged in the business or occupation; or solicits patronage therefor, activity or passively; or performs or attempts to perform any part of such business or occupation in the city.

(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97) Penalty, see § 110.99

## § 110.16   QUALIFICATIONS OF APPLICANTS.

   The general standards set out in this section relative to the qualifications of every applicant for a city license shall be considered and applied by the City License Commission. The applicant shall comply with the following:

   (A)   Be a citizen of the United States, or a declarant therefor as authorized by law.

   (B)   Not, either individually, or as a member of any party, group, or organization, at the time of any such application for a license or special permit, advocate or resort to any practices subversive of or designed for the overthrow, destruction or sabotage of the government of the United States.

   (C)   Not be in default under the provisions of this chapter or indebted or obligated in any manner to the city except for current taxes;

   (D)   No license or permit shall be issued for the conduct of any business or performance of any act which would involve a violation of the zoning code of the city. No license shall be issued for the conduct of any business, and no permit shall be issued for any thing, or act, if the premises and building to be used for the purpose do not fully comply with the requirements of the city.

('77 Code, § 5.02.050) (Ord. 67-O-673, passed - -67)

(E)  No license shall be issued for the conduct of any business and no permit shall be issued for any thing or act, if the premises and building to be used for the purpose do not fully comply with the requirements of the city. No such license or permit shall be issued for the conduct of any business or performance of any act which would involve a violation of the zoning ordinances of the city. (Ord. 92-O-1432, passed 3-18-92)

## § 110.17 APPLICATIONS; FORMS; SIGNATURES.

(A)  (1)  Applications for all licenses and permits required by ordinance shall be made in writing to the City Clerk, on forms provided by that office, in the absence of provisions to the contrary. Each application shall state the name of the applicant, the permit or license desired, the location to be used, if any, the time covered and the fee to be paid; and each application shall contain such additional information as may be needed for the proper guidance of the city officials in the issuing of the permit or license applied for.

(2)  Applications for the conduct of a garage or yard sale shall be limited to bona fide residents of the City of Markham who have resided within the city for a minimum of one year at the location for which the license is sought.

(B)  There shall be a nonrefundable license application fee of $15 paid at the time of submission of the application for license with credit to be given on the license fee due upon approval of the application. There shall be a fee of $20 for each returned check, whether NSF or otherwise; failure to pay said charges immediately upon notification shall result in an administrative revocation of the license or denial of the application.

(C)  Forms for all licenses and permits, and applications therefor, shall be prepared and kept on file by the City Clerk.

(D)  Each license or permit issued shall bear the signatures of the Mayor and the City Clerk in the absence of any provision to the contrary.

(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97)

## § 110.18 ISSUANCE OF RECEIPTS.

At the time the application for a license is made, the City Clerk shall issue a receipt to the applicant for the money paid in advance. Such receipt shall not be construed as the approval for the issuance of a license nor shall it entitle or authorize the applicant to open or maintain any business contrary to the provisions of this chapter.

(B)  Upon the receipt of an application for a license or a permit, the Clerk shall within 48 hours of the time of such receipt refer such application to the Mayor for processing by the City License Commission.

(C)  A license for the conduct of a garage or yard sale may be summarily approved and issued by the City Clerk.

('77 Code, § 5.02.070) (Ord. 67-O-673, passed - -67; Am. Ord. 97-O-1615, passed 9-3-97)

## § 110.19 INVESTIGATIONS.

(A)   Upon the receipt of an application for a license or permit where ordinances of the city necessitate an inspection or investigation before the issuance of such permit or license, the City Clerk shall refer such application to the proper officer for making such investigation within 48 hours of the time of such receipt. The officer charged with the duty of making the investigation or inspection shall make a report thereon, favorable or otherwise, within ten days after receiving the application or a copy thereof. The Health Officer shall make or cause to be made an inspection in regard to such licenses in the connection of the care and handling of food and the preventing of nuisances and the spread of disease, for the protection of health; the Building Inspector shall make or cause to be made any such inspections relative to the construction of buildings or other structures. All other investigations except where otherwise provided, shall be made by the Chief of Police or by some other officer designated by the Mayor.

(B)   There shall be no investigation of the application for a garage or yard sale license except for the ascertaining by the City Clerk that the applicant has been a bona fide resident of the City of Markham at the stated location for the required period.

(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97)

## § 110.20 APPROVAL OF LICENSES.

(A)   The Mayor shall present all applications for license together with the recommendation of the City License Commission to the City Council.  All licenses and permits authorized or required by this chapter or other ordinances of the city shall be granted by the Council which shall have the power to grant applications and to pass upon the sufficiency of any bond, where a bond is required.

(B)   Every license, when application therefor has been approved by the Council, shall be issued by the City Clerk, provided the prescribed fee is first paid and, where a bond is required, that the bond is properly approved and filed.

('77 Code, § 5.02.090)  (Ord. 67-O-673, passed - -67)

## § 110.21 PROCEDURE WHEN LICENSE NOT APPROVED.

(A)   In the event the City Council refuses to grant an application for a license, or if the applicant does not pick up the license, the $10 service fee will be nonrefundable.

(B)   The City License Commission shall send written notification to the applicant of the refusal to grant the license.

(C)   Upon written request from the applicant received within ten days of notification of refusal to grant the license, the City License Commission shall schedule a hearing to receive additional information relative to determining the eligibility of the applicant for the business license requested.

(D)   When the issuance of a license is denied and any action is instituted by the applicant to compel its issuance, such applicant shall not engage in the business for which the license was refused unless a license be issued to him pursuant to a judgment ordering the same.

('77 Code, § 5.02.100) (Ord. 67-O-673, passed - -67; Am. Ord. 87-O-1271, passed 5-6-87)