**RCC　　JUDGE NORDBERG　　　　　　　　　　　　　　FILED**
**　　　　MAGISTRATE JUDGE COX**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**JANUARY 18, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 409**

| In the Matter of | Case Number: |
|---|---|

ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,

　　　　　　Plaintiffs,
v.

CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,

　　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE MCMORRIS, an individual

| NAME (Type or print) |
|---|
| Jamie A. Robinson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jamie A. Robinson |
| FIRM |
| Ungaretti & Harris LLP |
| STREET ADDRESS |
| 3500 Three First National Plaza |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270503 | (312) 977-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐