U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **08 CV 409** |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., AN ILLINOIS NOT-FOR-PROFIT CORPORATION, AND JESSE MCMORRIS, AN INDIVIDUAL     PLAINTIFFS, V. CITY OF MARKHAM, AN ILLINOIS MUNICIPAL CORPORATION, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW AND ROGER AGPAWA, INDIVIDUALS     DEFENDANTS. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**J.V. Cook, Sr.**

| NAME (Type or print) |
|---|
| **Michelle Broughton-Fountain** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ **Michelle Broughton-Fountain** |
| FIRM |
| |
| STREET ADDRESS |
| **19150 S. Kedzie, Suite 103B** |
| CITY/STATE/ZIP |
| **Flossmoor, Illinois 60422** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6230798** | **(708) 647-8053** |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐