UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | No. 08 CV 409 |

## EMERGENCY MOTION TO ENFORCE ORDER OF MANDAMUS

The Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Jesse") (collectively, the "Plaintiffs") by and through their attorneys, Nicholas Anaclerio, Jamie A. Robinson and David Levitt, respectfully move this Court for an immediate order to enforce the Order of Mandamus entered against the City of Markham (the "City" or "Markham"), David Webb, Jr. ("Mr. Webb"), J.V. Cook, Sr. ("Mr. Cook"), Thaddeus Goodlow ("Mr. Goodlow") and Roger Agpawa ("Mr. Agpawa") for Markham (collectively the "Defendants"), and state:

1. On the morning of January 22, 2008, this Court entered an order compelling the Defendants to issue permits allowing St. Coletta's to install a sprinkler system and a fire alarm system at a single family home owned by St. Coletta's, which is located at 16207 South Central Park in the City of Markham (the "Property"). A copy of the Order is attached as Exhibit 1.

2. In the afternoon of the 22nd, the Director of Residential Services of St. Coletta's, Ray Bryan ("Bryan") and the Director of Maintenance of St. Coletta's, Jerry Golk ("Golk") approached City Hall, with a copy of the Order, and requested that the permits be issued.

3. Golk and Bryan were informed by Mr. Goodlow that Mr. Agpawa was the only person who could issue the permits and that he was at lunch.

4. Mr. Goodlow then met with the Mayor. After his meeting, he presented Bryan and Golk with a permit for the installation of the sprinkler system.

5. Mr. Agpawa, however upon his return from lunch, informed Bryan and Golk that only he could issue the permit for the sprinkler system and that he would need a few days to look over the paperwork related to the sprinkler system before he would issue the permit.

6. Mr. Agpawa also informed Bryan and Golk that it was likely that he would also need to inspect the Property before issuing the permit.

7. Bryan and Golk also asked Mr. Agpawa to issue a permit for the installation of the fire alarm system.

8. Mr. Agpawa then informed Golk and Bryan that he was not going to issue the permit for the installation of the fire alarm system because the company that has been contracted to do the work is not licensed or bonded with the City.

9. Golk, Bryan and indeed, the contractor, DMC Security Services, Inc. ("DMC") believe that DMC is bonded and licensed with the City. DMC Security contacted the City to discuss this issue once Golk and Bryan were informed that the City would not grant the permit.

10. The City has had all of the requisite paperwork related to the proposals for both the installation of the fire alarm system and the sprinkler system since November 21, 2007.[1]

---

[1] In fact, the proposals serve as the application as the City has no formal application form.

11.  The City's refusal to issue the permits is in direct violation of this Court's January 22, 2008 Order and another attempt by the City to block St. Coletta's from opening a group home.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order to enforce the Order of Mandamus issued by this Court on January 22, 2008, for its costs and fees related to bringing this motion and for any further relief that this Court deems just and appropriate.

Dated: January 22, 2008

Respectfully submitted,

/s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs