# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ST. COLETTA'S OF ILLINOIS, INC.,            )
an Illinois not-for-profit corporation,      )
and JESSE McMORRIS, an individual,           )
                                             )        **Judge Milton I. Shadur**
     **Plaintiffs,**                         )
    v.                                      )
                                             )        **No. 08 CV 409**
                                             )
CITY OF MARKHAM, an Illinois                 )
municipal corporation, DAVID WEBB, JR.,      )
J.V. COOK, SR.,                              )
THADDEUS GOODLOW and                         )
ROGER AGPAWA,                                )
individuals,                                 )
                                             )
     **Defendants.**                         )

## ORDER

This matter coming before the Court on Plaintiffs' Emergency Motion for Order of Mandamus, IT IS HEREBY ORDERED:

1.    Plaintiffs' Emergency Motion for Order of Mandamus is granted.  The Court enters an order of mandamus compelling Defendants to issue St. Coletta's of Illinois, Inc. a permit to install a fire alarm system and sprinkler system in the property located at 16207 South Central Park, Markham, Illinois.

2.    The Court grants Plaintiffs' request to expedite discovery.



EXHIBIT

#1

3.      The Court enters the Preservation Order, attached hereto as Exhibit A.


Jan. 22,
2008

_____

SO ENTERED:  Honorable Milton I. Shadur


Order Prepared By:

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs