UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 409<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF EMERGENCY MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on January 23, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present its Emergency Motion to Enforce Order, a copy of which is hereby served upon you.

Dated: January 22, 2008               Respectfully submitted,

                                      /s/ Jamie A. Robinson
                                      Nicholas Anaclerio (ARDC #6187889)
                                      Jamie A. Robinson (ARDC #6270503)
                                      David Levitt (ARDC #6280466)
                                      UNGARETTI & HARRIS LLP
                                      Three First National Plaza
                                      Suite 3500
                                      Chicago, Illinois 60602
                                      Telephone (312) 977-4400
                                      Facsimile (312) 977-4405

                                      Counsel for Plaintiffs

Emergency motion to enforce order (2).DOC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Notice of Emergency Motion and Plaintiffs' Emergency Motion to Enforce Order of Mandamus,** was served via facsimile transmission on January 22, 2008, upon the following:

City Of Markham
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

J.V. Cook, Sr.,
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Roger Agpawa
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 331-4907
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
Phone: 708/647-8053
Facsimile: 708/647-8722

David Webb, Jr.
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Thaddeus Goodlow
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429
Phone: 708/799-5454
Facsimile: 708/799-5493

/s/ Jamie A. Robinson
　　Jamie A. Robinson