UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | ) ) ) ) ) Judge Milton I. Shadur ) ) ) No. 08 CV 409 ) ) ) ) ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, Plaintiff St. Coletta's of Illinois, Inc. states that it has no publicly-held affiliates.

Dated: January 22, 2008

Respectfully Submitted,

ST. COLETTA'S OF ILLINOIS, INC.

By:   /s/ Nicholas Anaclerio
         One of Their Attorneys

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
312.977.4400
312.977.4405 Facsimile

UHDOCS-1080929