# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

St. Coletta's of Illinois, Inc., et al.
                                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00409
                                                        Honorable Milton I. Shadur

City of Markham, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

       MINUTE entry before Judge Milton I. Shadur :Motion to enforce [8] is granted in accordance with this Court's oral ruling. Counsel is to submit a draft order for signature. Motion hearing held on 1/23/2008 regarding motion to enforce[8] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.