

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 18 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 409<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### EMERGENCY MOTION FOR ORDER OF MANDAMUS

The Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Jesse") (collectively, the "Plaintiffs") by and through their attorneys, Nicholas Anaclerio, Jamie A. Robinson and David Levitt, respectfully move this Court for an immediate order of Mandamus against the City of Markham (the "City" or "Markham"), David Webb, Jr. ("Mr. Webb"), J.V. Cook, Sr. ("Mr. Cook"), Thaddeus Goodlow ("Mr. Goodlow") and Roger Agpawa ("Mr. Agpawa") for Markham (collectively the "Defendants"), and state:

1. Plaintiffs seek an immediate order of mandamus compelling the Defendants to issue permits allowing St. Coletta's to install a sprinkler system and a fire alarm system at a single family home owned by St. Coletta's which is located at 16207 South Central Park in the City of Markham (the "Property").

1080461_1

2. St. Coletta's is an Illinois not-for-profit corporation founded by the Sisters of St. Francis of Assisi. St. Coletta's purchased the Property on November 3, 2007 for the purpose of opening a residential group home for developmentally disabled adults.

3. Jesse is a developmentally disabled adult who lives with five other disabled persons (collectively, the "Residents") at a residential group home operated by St. Coletta's. The lease on Jesse's current residence expires on January 31, 2008, at which time St. Coletta's and the Residents must vacate the premises.

4. On November 21, 2007, St. Coletta's applied to the City for a permit for the installation of a fire alarm system and sprinkler system, which work is mandated by the State and which must be done by January 31 so that the Residents can move into the Property. In so doing, St. Coletta's submit all of the necessary documentation, along with the requisite payment.

5. The Defendants unjustifiably have refused to provide the permits based solely upon their erroneous assertions that St. Coletta's must have a business license, a zoning approval, or both, before the permits may be issued. In so doing, the Defendants have violated Markham's Code (the "Code") and failed to discharge their clear duty to issue a permit to St. Coletta's.

6. The Plaintiffs have a clear, affirmative right to the permits.

7. Under the Markham Code, the Plaintiffs do not need a business license or special use permit to operate a residential group home at the Property.

8. The Defendants are under a clear duty to issue the permits because, under the circumstances of this case, the act of issuing the permit requires no discretion and would be ministerial in nature.

9.   This matter is an emergency under LR 77.2 because of the looming January 31, 2008 deadline by which St. Coletta's must open the group home. Plaintiffs must obtain the permits and complete all work before the Residents can occupy the Property. If the group home is not available at the Property, the Residents will have nowhere to live as of January 31, 2008.

10.   Plaintiffs also seek an order of expedited discovery in this case in light of the January 31, 2008 deadline, and an order compelling Defendants to preserve all relevant evidence including, but not limited to, the actual tape recordings and minutes from all hearings before the Planning Commission and all notes or recordings of the Defendants regarding the subject matter of this litigation.

For all of the foregoing reasons, the Plaintiffs respectfully request that this Court enter an order of mandamus to the Defendants compelling them to issue the applied-for permit; that the Court enter an order expediting discovery; that the Court order Defendants to preserve all relevant evidence; and that the Court grant such other relief as it deems just and appropriate.

Dated: January 18, 2008

Respectfully submitted,

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs