

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 18 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 08 CV 409 |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF EMERGENCY MOTION

To:    See attached service list

**PLEASE TAKE NOTICE** that on January 24, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Presiding at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present its Emergency Motion for Mandamus, a copy of which is hereby served upon you.

Dated: January 18, 2008

Respectfully submitted,

/s/ Jamie A. Robinson

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1080461_1

## CERTIFICATE OF SERVICE

Nicholas Anaclerio certifies that a copy of **Emergency Motion for Order of Mandamus and Memorandum of Law in Support of Plaintiffs' Emergency Motion for Order of Mandaums,** was served via Hand Delivery on January 18, 2008, upon the following:

CITY OF MARKHAM
16313 Kedzie Parkway
Markham, Illinois 60428

DAVID WEBB, JR.
16313 Kedzie Parkway
Markham, Illinois 60428

J.V. COOK, SR.,
16313 Kedzie Parkway
Markham, Illinois 60428

THADDEUS GOODLOW and
16313 Kedzie Parkway
Markham, Illinois 60428

ROGER AGPAWA
16313 Kedzie Parkway
Markham, Illinois 60428

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422

/s/ David Levitt
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1082365