Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 409 | **DATE** | 1/22/2008 |
| **CASE TITLE** | St. Coletta's of Illinois, Inc. Vs. City of Markham, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's emergency motion for order of mandamus. Plaintiff's motion is granted. Enter Order. Enter Preservation Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|