UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals<br><br>Defendants. | Case No. 08 CV 409<br><br>Judge Milton I. Shadur |

**PLAINTIFFS' MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and by their counsel Nicholas Anaclerio, Jamie A. Robinson and David Levitt, of Ungaretti & Harris, LLP, Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Mr. McMorris") (collectively the "Plaintiffs"), petition this Court for entry of a preliminary injunction against Defendants City of Markham (the "City" or "Markham"), David Webb, Jr. ("Mr. Webb"), J.V. Cook, Sr., ("Mr. Cook"), Thaddeus Goodlow ("Mr. Goodlow") and Roger Agpawa ("Mr. Agpawa"), (collectively the "Defendants") specifically:

(1) prohibiting Defendants from further interfering with Plaintiffs rights to peacefully occupy and use the residence located 16207 S. Central Park, Markham, Illinois (the "Home") as a group home for disabled persons;

UHDOCS-1088510

(2) finding that St. Coletta's is not required to obtain a business license from the City's in order to open or operate the Home or alternatively that if a business license is required that such license and approvals issue from the City immediately;

(3) prohibiting Defendants from otherwise violating the federal Fair Housing Act, the Americans with Disabilities Act and the Plaintiffs' Illinois and federal Constitutional rights to equal protection of the laws with respect to the Home or otherwise; and

(4) granting such additional relief in Plaintiffs' favor and against Defendants as this Honorable Court deems fair, just and equitable in the premises, including without limitation an award of Plaintiffs' reasonable legal expenses, including reasonable attorneys' fees, incurred in preparing and presenting this Petition for Preliminary Injunction, such expenses to be proven by separate verified petition.

The Plaintiffs submit the accompanying Memorandum of Law in Support of their Motion for a Temporary Restraining Order and Preliminary Injunction.

Dated:     January 25, 2008

                                        Respectfully submitted,

                                        /s/ Jamie A. Robinson
                                        Nicholas Anaclerio
                                        Jamie A. Robinson
                                        UNGARETTI & HARRIS LLP
                                        Three First National Plaza
                                        Suite 3500
                                        Chicago, Illinois 60602
                                        Telephone (312) 977-4400
                                        Facsimile (312) 977-4405

                                        Counsel for Plaintiffs