# EXHIBIT D




# City of Markham
## PLANNING COMMISSION
16313 Kedzie Parkway - Markham, Illinois 60428
Phone: 708.331.4905

J.V. Cook, Sr.
*Chairman*
Marquita J. Gill
*Vice Chairman*

Commissioners
Warren Gerring
Terry J. McDonald
Willie Ollie
Terrence Rice
Jordan Tagger

Glenda J. Timpton
*Secretary to the Chairman*

January 18, 2008

Mr. Wayne Kottmeyer
St. Coletta's of Illinois, Inc.
18350 Crossing Drive
Tinley Park, Il 60487

Dear Mr. Kottmeyer:

Your petition will be scheduled for a Special meeting on Thursday January 24, 2008, at the Markham City Hall, at 7:00 p.m.

Please bring proof of ownership or contract to purchase of the said property, plot survey and 8(eight) copies of any other documentation that you feel should be reviewed, by the commissioners, during your presentation.

If you should have any questions, feel free to call.

Sincerely,

Glenda J. Timpton
Secretary

Home#(708) 210-1454 Bus.# 312-732-2014