# EXHIBIT E

1

1       STATE OF ILLINOIS, COUNTY OF COOK

2              CITY OF MARKHAM

3       PROCEEDINGS BEFORE THE PLAN COMMISSION

4            OF THE CITY OF MARKHAM

5

6              January 24, 2008

7                7:00 P.M.

8    IN RE THE MATTER OF:

9    CITY OF MARKHAM

10   ST. COLETTA'S OF ILLINOIS, INCORPORATED

11        RECORD OF PROCEEDINGS had at the hearing

12   held before the City of Markham Plan Commission

13   commencing on the 24th day of January 2008,

14   commencing at 7:00 p.m. as reported by Rosemarie

15   LaMantia, Certified Shorthand Reporter and Notary

16   Public in and for the County of DuPage and State of

17   Illinois.

18   P-R-E-S-E-N-T:

19   Chairman Erring

20   Mr. McDonald

21   Mr. Tagger

22   Mr. Ollie

23   Mr. Rice

24

7

1    last meeting the applicant stated that they didn't

2    feel that they needed a special use permit, any type

3    of business license or anything else from the city

4    because they could operate lawfully within our code.

5            I reviewed the code and as such I find as

6    follows.

7            Pursuant to the City of Markham Municipal

8    Code Section 110.15, it talks about scopes of

9    activity requiring a business license.  And specific

10   I even placed that inside of the findings and

11   decision, which is before the board for review, and

12   also whether or not the board is going to pass this

13   is another thing but it sets forth verbatim the

14   municipal code.  It talks about activities that

15   require a business license within the City of

16   Markham.

17           And specific it states, I would like to

18   quote some portions of it.

19           It is unlawful for any person either

20   directly or indirectly to conduct any business or

21   non-for-profit enterprise.

22           And it goes on and talks about them

23   conducting those businesses without a license or

24   permit.

8

1          It goes on further to actually state that

2      when it describes a business activity it involves

3      the selling of goods or services.

4          And it's my legal opinion that the

5      applicant is providing a service, a service which is

6      very well deserved for handicapped children and

7      disabled individuals.  I believe it -- no, it's

8      disabled individuals.  And so they provide a

9      service.

10          It's my legal opinion they provide a

11      service and they provide a service and they're

12      compensated for such with monies for that service so

13      that's the reason they do require a business

14      license.

15          I think the only issue before this board

16      tonight is whether or not the board is going to make

17      a recommendation for this business license to city

18      council.

19          Specifically I would look at the findings

20      and decisions, a copy of which I placed before each

21      commissioner before this meeting.  It sets out the

22      criteria of the City of Markham Municipal Code,

23      Section 110.16.  It has A through E.  Those are the

24      qualifications for business license within the City

11

1   not fully comply with the requirements of the city.

2   No such license or permit shall be issued for the

3   conduct of any business or performance of any act

4   which involve a violation of the zoning ordinances

5   of the city.

6          A through E is the criteria board must

7   apply here tonight.

8          I believe at the last meeting we did hear

9   some information regarding this applicant and I

10  would like to now turn it back over to the applicant

11  to provide us with some additional information in

12  light of the criteria based on my legal report that

13  was requested by me at the board at the last

14  meeting.

15          MR. COPE:  Thank you, counsel.

16          I believe that we satisfy all of the

17  criteria for the issuance of a business license,

18  however, it's not -- still not clear to me, and duly

19  respect to the counsel, as to why there would be a

20  hearing before the plan commission.

21          The plan commission is, to the best of my

22  knowledge, here to answer things regarding land use,

23  issues like the subdivision issue or in some cases

24  you might hear an application for a planned

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

12

1    development or a special use or a rezoning but

2    it's -- it's not clear in your code and we didn't

3    find any section in the code that would refer a

4    business license to the plan commission.

5         Most of the issues that you're raising

6    regarding things like citizenship, et cetera, are

7    not matters of evidence that are proved up in a

8    hearing process, unless there is some reason for

9    taking away, for example, a liquor license, but in

10   this case, those -- those issues would be resolved

11   administratively.

12        And the applicant here, St. Coletta's, has

13   tried extensively for months to, in fact, resolve

14   any issues or differences that might have arisen or

15   to answer any questions that might relate to things

16   like a business license.

17        One of the things that I wanted to give you

18   tonight, and which I would like to make a part of

19   the record if, Mr. Chairman --

20        CHAIRMAN ERRING:  Yes, sir.

21        MR. COPE:  -- if you'll allow us to.

22        And I'm going to call this, without

23   actually marking it specifically, unless I can have

24   one of the court reporters, as Exhibit A.  Okay.

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

43

1            So, since they have a history of doing it,

2     I don't think we can trust them.

3            Thank you.

4            CHAIRMAN ERRING:   Thank you.

5            In the second row?

6            Please.

7            MR. DEAN:   My name is Alvano Dean, 3663

8     West 166th Street, Markham.

9            I don't think, I know this is a bad idea.

10           And my questions here to the organization,

11     as the attorneys stated, they had a lease and that

12     lease I guess was terminated.   They didn't ask to --

13     he didn't provide us with any information why they

14     didn't renew the lease and I would like to know why.

15           Secondly, on the residents that they're

16     talking about having there is 6 of them and they

17     going to have a 24 hour staff.  Anytime that you

18     have a resident, you have a 24 hour staff, you must

19     have office space or someplace in the facility for

20     that person, of the person that they going to have

21     from one shift to the other shift.  And you have to

22     setup a phone line in there regardless of if the

23     organization is outside to contact that person

24     there.

44

1          What if someone gets sick in there?  Who

2     will take care of the other five or six or four

3     while they are running to the hospital or whatever

4     with 911?  Who do they contact, if they only have

5     one person in here and don't have a staff but they

6     say they have a staff for 24 hours, somebody have to

7     be able to contact somebody and somebody have to be

8     there with those people.  And I would like to know

9     what ages are these six that he is talking about

10    having there.

11         And we not discriminating against anybody.

12    And I would like to say this.  If the public don't

13    want that facility to be taken over there by this

14    organization, it's not discrimination.

15         And I would just like to say to this

16    counsel that was standing here talking, you talking

17    about discrimination, and I will say to you

18    discrimination, what about -- you know, you talking

19    about 6 people.  I'm talking about a million, 2

20    million, 6 million peoples that been discriminated

21    for 600 years.  When they talked about a mule in 40

22    acres, and you know what I'm talking about,

23    discrimination comes in many different forms.  And

24    what he is talking about here is coming over here in

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

45

```
 1        our neighborhood where we pay taxes and setting up
 2        something when the public says, no, and you being --
 3        you going to continual to come in, you call this
 4        discrimination.
 5                 If I come to your -- your house now out
 6        there and say I'm going to put a dog camp in the
 7        corner of your yard, and you say no to me, and I
 8        come back and take you to court and say I want to
 9        put a doghouse in the corner of your house, in your
10        yard, is that discrimination?
11                 I want an answer for it.
12                 CHAIRMAN ERRING:  Well, you can't -- he
13        can't respond.
14                 MR. DEAN:  No, but that is what he is
15        saying.  That is what he is saying and I want him to
16        respond to this.
17                 We not discriminating.  We have a school
18        sitting right there and we have children, like the
19        young lady said, walking to school, and we -- and if
20        they live less than a -- more than a mile from the
21        school, they have to walk.  They don't have a bus
22        service.  These are little kids from pre -- pre
23        teens all the way up.  And they have to walk past
24        there.  And they have to go back and forward.  We
```

46

1    pay taxes for this.

2          And we don't need this kind of organization

3    with the premises there.

4          CHAIRMAN ERRING:  Thank you.

5          Is there anyone else in that row?

6          From the third row?

7          MS. KOZIE:  Yes.  My name is Sharon Kozie.

8    I'm a resident of Markham at 3824 Sunset.  I'm a

9    parent of a child with special needs and I've been

10   an advocate for 14 years.

11         I would like to know the ages of these

12   clients and are they -- are any of the clients

13   residents of  Markham?

14         Those are my questions, if not, I don't

15   think it's fair to bring other clients in.  I think

16   it would be better for Markham residents, if they do

17   have children or teenagers or adult children with

18   special needs that I think that should be something

19   for Markham residents to bring into Markham, and not

20   outsiders of another company or organization.

21         CHAIRMAN ERRING:  Thank you.

22         Is there anyone else in that same row?

23         Anyone on the third row?

24         Fourth row?

VICTORIA COURT REPORTING SERVICE, INC.   (312)443-1025

1            Please.

2            MR. BENNETT:  Yes.  My name is Ollie

3       Bennett.  I stay at 16536 Plain View Drive in

4       Markham.  And I'm also a resident.

5            And my concern is this.  Now, I just want

6       to reiterate the question that the gentleman asked

7       about the ages of these handicapped people and this

8       organization called and my concern is also is to

9       what the severity of these handicapped people that

10      they say that they're bringing in where there are

11      six individuals where they are handicapped and only

12      one person that is supposed to watch over all of

13      these people, are they -- are they severely

14      handicapped?  Are they in wheelchairs?  Or -- or,

15      you know -- or is this just some other disguise for

16      trying to bring in people that are handicapped with

17      drugs or alcohol or something like this.  And I did

18      hear counsel say that they were not criminally

19      based.  Okay.  So maybe they don't have records,

20      but, I mean, are these -- are these people in rehab?

21      Do they do drugs?  I mean -- I mean, alcoholics, or,

22      I mean, or what?  Is this just some kind of smoke

23      and mirror or something, this organization comes in

24      and just tells the City of Markham that you got to

48

1      let us bring these people in.

2                You don't live in this community.  We live

3      in this community.  And we have a right to protest

4      against anybody or any element coming in this

5      community that may upset or cause trouble or

6      conflict for our citizens here.  We have to deal

7      with the criminals.

8                Now, it may be a smoke and mirror that you

9      trying to bring in and tell us we have to do it, but

10     we don't have to do anything.  We live here.  I want

11     to know how severe are the handicapped people,

12     wheelchairs, I mean, or -- or this just some jive

13     when you tell us that we -- we slipping in a few

14     alcoholics and drug addicts.

15               And also, you have other organizations also

16     outside of Markham and I'm almost certain that

17     you're going to try to transfer some of these people

18     around at times.  So you just can't put anything

19     over on us.

20               CHAIRMAN ERRING:  Thank you.

21               Anyone else in that same row?

22               MS. BENNETT:  My name is Sandra Bennett.

23     And I live at 16536 Plain View Drive in Markham.

24     And I just want to, you know, just basically

49

```
 1    reiterate, you know, most of the people's concerns.
 2            I'm also -- I have children, three children
 3    that goes to Markham Park School, which is in close
 4    proximity of this home.  And I'm very concerned with
 5    the severity of their handicapped, you know, the
 6    staffing, you know, adequate staffing for that
 7    matter, you know.  Just seems like one person
 8    handling six handicapped people is a bit much.  I
 9    have relatives that are in mental institutions,
10    and -- and I see for myself, you know, that those
11    people need close -- they need a close watch on
12    them.  I don't know, you know, they saying
13    disabilities, but we want -- I want to know what
14    types of disability.  I mean, are they mental or
15    what, or they just have one leg or what?  You know,
16    be specific with what type of people these are.
17    Maybe, you know, you have better responses from the
18    public.  But I'm concerned because, you know, if
19    they are mentally or have some type of disability
20    that may cause them to act irrational or violent,
21    that's a concern for everybody here, especially us
22    that have small children and elderly that lives in
23    this area.
24            CHAIRMAN ERRING:  Thank you.
```

```
1                Anyone else on that same row?

2                MR. WILLIE:  My name is Fred Willie.  I

3       live at 3759 West 162nd Place.

4                And my concern is how are you going to pack

5       two kids unrelated in one bedroom and that is what

6       it amounts to?  Are you going to partition them off?

7       And what are you going to do, have boys and girls

8       living in the same room?  And also, what about the

9       bathroom facilities?  The best the house can have is

10      two bathrooms, a bathroom and a half.  I don't

11      believe it works.  It just doesn't fly.

12               Thank you.

13               CHAIRMAN ERRING:  Thank you.

14               Anyone else in that same row?

15               I think we called that the fourth row.

16               Fifth row?

17               MS. WILLIE:  My name is Jean Willie.  8759

18      West 167th Place.

19               My concerns are the same as the man up

20      there and these other people here.

21               Is this a smoking gun, you know?  You're

22      going to put handicapped people in there.  That's

23      fine.  No one is against handicapped people.  But

24      are you going to switch and bate, you know, which
```

51

1    they did before, with the children?  Okay.  Now they

2    got somebody else with no permission to do so.

3        Okay.  These people are very right.  I

4    don't have any little children anymore, but I happen

5    to live and see the children going to school

6    everyday because I live there and these are little

7    tots going to school.  Their parents probably want

8    to live a block or two away, but maybe they left for

9    work already and they're going there very early in

10   the morning some times, before  8:00 o'clock, before

11   anybody out there is around to watch them, before

12   the teachers show up.

13       What I'm trying to figure out if you got

14   handicapped people, and that's what they said that

15   it was, handicapped people, I don't think anyone is

16   against handicapped people.  And I think it is an

17   insult when someone comes here to protest and insult

18   our panel here, tells them they don't have a right

19   to say who can put a business in our town.  If you

20   have to get a permit and permission from this group

21   of people here to put a gas station in or a mini

22   mart or a Walgreen's or whatever, you have to have a

23   permit to put another type of thing that is money

24   making.

52

```
1          They can say that this is St. Coletta's.
2    That sounds pretty good.  I know a St. Coletta's
3    Church in Chicago, but I don't think -- know if it's
4    the same group or not.  And I doubt that.  Sounds
5    really good though.
6          No one is against people who. . .have needs
7    at all, but if you've got to have people to take
8    care of them, I'm a professional, and I know what is
9    it is to take care of people who are soiling
10   themselves, need assistance dressing.  It's very
11   time consuming.  One person is not going to do the
12   job, No. 1, or  No. 2 I should say.
13         The bedrooms are upstairs.  How are they
14   going to get these people up the stairs if they're
15   wheelchair bound?  If there is a fire and that
16   stairway going to the bedrooms are, you know, full
17   of smoke, fire, they going to throw them out the
18   window?  They don't have a back -- you can't even --
19   you cannot rent an apartment in anybody's house
20   unless you have a stairway getting out through the
21   top floor.  That's a two story building.
22         It's right on the corner of 162nd and
23   Central Park.  And the children are walking right
24   there every single day, crossing over the street
```

1    from here to -- not to further than you are, going

2    to school.

3         Now, they pulling people who have mental

4    problems, sometimes they get out of hand, otherwise

5    they wouldn't have them locked up someplace.  They

6    can also get off their medications.  They're very

7    capable of hiding their medications.  So don't tell

8    me if you bring someone that has mental disease,

9    that they can't pop it in under their tongue, make

10   off they swallow.  They do all kinds of things.

11   Okay.

12        But to threaten us with a lawsuit because

13   we're trying to protect ourselves, this is the same

14   thing that we had just not too long ago trying to

15   bring in 120 people that might be from the court

16   system and they're trying to tell us they're all

17   good people though, they just need help.  Well,

18   that's a lot of horse manure.  Okay.  Don't tell me

19   that, unless you want them in your neighborhood.  We

20   don't want them in ours because we have children

21   within 120 feet of that facility they want to put

22   in.

23        We have to protect ourself as these other

24   people said and we intend to.  And we're not against

VICTORIA COURT REPORTING SERVICE, INC.   (312)443-1025

54

1    the handicapped at all.

2            In fact, you've got a building already over

3    on 157th or something near Crawford.  You already

4    got a facility that you switched.  So don't tell us

5    you won't do that again.

6            Thank you.

7            MS. JONES:  Carol Jones, 16230 Springfield.

8            I'd just like to know what kind of

9    professional people are going to be watching these

10   kids or adults?  Are they just $10 an hour aids, you

11   know?  They didn't say who is going to be watching,

12   what kind of degrees they have to help these kids or

13   these young adults and whatever.  I think that needs

14   to be checked out before anything else is done.

15           CHAIRMAN ERRING:  Okay.  Anyone else in

16   that same row?

17           We called that the fifth row.

18           Was that the fifth?

19           Okay.  How about the sixth row?

20           Seventh row?

21           In the back.

22           MR. GENIUS:  I am removing myself from duty

23   right now.  I am a resident.  My name is Jack

24   Genius.  I live at 16521 Hilton Crest Drive, about

1    two blocks from where they want to do this home.  I

2    lived in the same house 50 years.  I bought it from

3    my parents and stayed there.  We're a residential

4    community.  That is how this town always was.

5    That's how we want to keep it.

6            They're talking that this house is for

7    handicapped people, I highly doubt it is handicapped

8    accessible.  You need elevators.  You need ramps.

9            You know, we have an elevator at city hall

10   because we were not handicapped accessible and now

11   we are.  So that is one thing.

12           A lot of valid points have been brought up

13   by my neighbors and I agree with all of them.

14           In addition to that, there is no public

15   transportation.  The nearest bus stop is 159th

16   Street or Kedzie Avenue.  How are people going to be

17   going back and forth to work?  How are they, the

18   workers, if they're not highly paid, how are they

19   going to get to and from this home?

20           There is a lot of questions here.  You

21   know, I -- I -- I -- I'm in complete agreement to

22   help handicapped people, but not in a residential

23   setting that will not help them and will not help

24   the community.  This isn't the place for them.  They

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

```
 1      need to find someplace that is handicapped
 2      accessible.  They need to find someplace with
 3      adequate mass transportation.  It's not here.  I'm
 4      against it.
 5                CHAIRMAN ERRING:  Thank you.
 6                Anyone else on the wall?
 7                In the back?
 8                Anyone seen or unseen?
 9                COMMISSIONER TAGGER:  Mr. Chairman.
10                CHAIRMAN ERRING:  Yes.
11                COMMISSIONER TAGGER:  I move to. . .
12                CHAIRMAN ERRING:  Motion to close the
13      meeting to the public.
14                COMMISSIONER:  Second.
15                CHAIRMAN ERRING:  Duly second.
16                Questions on the motion?
17                All in favor say aye.
18                COMMISSIONERS:  Aye.
19                CHAIRMAN ERRING:  Any opposed?
20                (No response.)
21                CHAIRMAN ERRING:  All right.  Ayes have it
22      and so moved.
23                Before we go into discussion -- yes, we're
24      going to hear from the attorney.
```

57

```
 1              MS. FOUNTAIN:  I would like to give some
 2      more guidance legally.  Last meeting there were
 3      numerous people who came and expressed a lot of
 4      similar statements that were here today.
 5              At that particular time, the board just
 6      wanted some legal guidance and I think in light of
 7      the overwhelming response against the applicant, I
 8      think I feel compelled to give a little bit more
 9      legal guidance again.
10              The only matter before this board today is
11      the business license.  The city local ordinance and
12      the municipal code is something that is living.  It
13      can continually change.  What I read to you out loud
14      were this -- the standards set forth by our current
15      municipal code as to how we would evaluate the
16      applicant before us.  Unfortunately, we have to go
17      with the code.  We have to actually utilize that
18      criteria that is set out in that code.
19              CHAIRMAN ERRING:  Okay.  Could I stop you
20      for just a moment?
21              MS. FOUNTAIN:  Yes.
22              CHAIRMAN ERRING:  Before you complete your
23      statement and before she completes her statement and
24      the reports come, I'd really feel that it would be
```

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

1    comment, however, you vote that you would like to

2    express that one commissioner was strongly against

3    it for something or for it for some reason, that the

4    comment has to actually be approved too before it

5    goes to city council so they know that it's a

6    decision that, a comment from the whole board as a

7    whole.

8              CHAIRMAN ERRING:  So, if in your motion you

9    would care to address your comment and make the

10   vote at the same --

11             MS. FOUNTAIN:  Do them separate.

12             COMMISSIONER TAGGER:  You have my motion?

13             CHAIRMAN ERRING:  Separate.  Okay.  Sorry.

14             The motion was to accept the petition of

15   St. Coletta's.

16             COMMISSIONER BARRON:  For a business

17   license.

18             COMMISSIONER TAGGER:  A business license.

19             Motion to accept the petition of St.

20   Coletta's for a business license by Jordan Tagger.

21             COMMISSIONER OLLIE:  Second.

22             CHAIRMAN ERRING:  Duly second by Willie

23   Ollie.

24             Questions on the motion?

84

1           Roll call on the vote.

2           SECRETARY TIMPTON:  Mr. Erring?

3           CHAIRMAN ERRING:  Abstain.

4           SECRETARY TIMPTON:  Mr. Rice?

5           COMMISSIONER RICE:  Abstain.

6           SECRETARY TIMPTON:  Mr. Ollie?

7           COMMISSIONER OLLIE:  Yes.

8           SECRETARY TIMPTON:  Mr. Tagger?

9           COMMISSIONER TAGGER: Yes.

10          SECRETARY TIMPTON:  Mr. McDonald?

11          COMMISSIONER MCDONALD:  Abstain.

12          CHAIRMAN ERRING:   That motion carries.

13          With this still on the floor, there were

14   some comments that were discussed within the

15   discussion of the handicap accessibility issues,

16   staff issues, anything like that, are there anything

17   that you'd like to add as a comment to go to the

18   city council?

19          MS. FOUNTAIN:  If I may, if the board

20   decides here, I can make sure that this hearing is

21   transcribed and a copy of it is made part of the

22   findings and decision for the city council.

23          CHAIRMAN ERRING:  The Chair would entertain

24   a motion of such that the transcribed records be a

VICTORIA COURT REPORTING SERVICE, INC.  (312)443-1025

```
1     part of our findings to go to the city council so

2     they got everything verbatim.

3              COMMISSIONER RICE:  So moved.

4              COMMISSIONER TAGGER:   Second.

5              CHAIRMAN ERRING:  Duly second.

6              Question on motion?

7              All in favor say aye.

8              COMMISSIONERS:  Aye.

9              CHAIRMAN ERRING:  Any opposed?

10             (No response.)

11             CHAIRMAN ERRING:  Ayes have it and so moved.

12    So that will be a part of the record going to the

13    city council.

14             The only thing left on the agenda for

15    tonight would be adjournment.

16             COMMISSIONER TAGGER:  So moved.

17             COMMISSIONER:   Second.

18             CHAIRMAN ERRING: Motion has been made and

19    duly seconded.

20             Questions on the motion?

21             COMMISSIONERS: Aye.

22             CHAIRMAN ERRING:  Any opposed?

23             (No response.)

24             CHAIRMAN ERRING:   Ayes have it.  And this
```

86

1     meeting is over.   The time is 9:06.

2               (Which were all he proceedings had at the

3     above-entitled hearing.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

87

```
 1    STATE OF ILLINOIS  )

 2                       )SS:

 3    COUNTY OF DU PAGE  )

 4

 5            I, ROSEMARIE LA MANTIA, being first duly

 6    sworn, on oath says that she is a court reporter

 7    doing business in the City of Chicago; that she

 8    reported in shorthand the proceedings given at the

 9    taking of said hearing, and that the foregoing is a

10    true and correct transcript of her shorthand notes

11    so taken as aforesaid, and contains all the

12    proceedings given at said hearing.

13

14                    -----------------------------

15                    ROSEMARIE LA MANTIA, CSR
                       License No. 84 - 2661
16

17

18

19

20

21

22

23

24
```