# EXHIBIT G

01/22/2008  05:37    7083317245                KAREN                        PAGE  01/02

# BUILDING PERM

## CITY OF MARKHAM

**THIS PERMIT MUST BE PLACED ON STREET SIDE OF BUILDING, REMAIN THERE UNTIL JOB IS COMPLETED.**

NO WORK BEFORE 7:00 A.M.
NO WORK AFTER 7:00 P.M.
NO WORK ON SUNDAYS

ADDRESS 16207 Central Park

CONTRACTOR/HOME OWNER Central States Automatic Sprinkl

PLUMBER _____    ELECTRIC _____

CONSTRUCTION Fire Sprinkler System    MECHANICAL _____

DATE ISSUED 1. 22    2008

AUTHORIZED BY: _____

NO.  2196

708 731-4905
X242

# 2008040

998
5493

PERMIT FEE $151.00

PLAN CHECK _____

SEWER TAP _____

WATER TAP _____

CONSTRUCTION METER _____

METER _____

ELECTRIC _____

HVAC _____

Jan 23 08 04:39p    CITY OF MARKHAM                708-331-9250              p.1

# BUILDING PERM

## CITY OF MARKHAM

NO WORK BEFORE 7:00 A.M.

NO WORK AFTER 7:00 P.M.

NO WORK ON SUNDAYS

**THIS PERMIT MUST BE PLACED ON STREET SIDE OF BUILDING, REMAIN THERE UNTIL JOB IS COMPLETED.**

ADDRESS    16207 Central Park

(CONTRACT)OORS/HOME OWNER    DMC Fire Alarm

PLUMBER _____

CONSTRUCTION Fire Alarm System MECHANICAL _____ ELECTRIC _____

DATE ISSUED    1-23    20 08

AUTHORIZED BY: _William Falls_

NO.    2198 per Deputy Fire Chief

N
ALL ELECTRIC(
HAVI
AND FINA
WHEN
708.331.

**CAUT**

CHECK WITH THE FOLLOWI
TO EXCAVATION WORK FOR
UNDERGROUND FACILITI

800-892-
Call JUI

BUILDING CANNOT BE OCCUPIED WITHOUT OCCUPANCY PERMIT.

PIN#

BLOCK#

LOT#

PERMIT FEE 58.³

PLAN CHECK

SEWER TAP

WATER TAP

CONSTRUCTION METER

METER

ELECTRIC

HVAC

PLUMBING