# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | No. 08 CV 409 |

## AFFIDAVIT OF JERRY GOLK

I, Jerry Golk, being over the age of 18, and first duly sworn, do state upon oath as follows:

1. I have personal knowledge of the facts contained herein and if called to testify would testify to the same.

2. I am the Director of Maintenance at St. Coletta's.

3. I have been working at the residential group home (the "Home") in Markham purchased by St. Coletta's in November and have been working with the contractors with respect to their proposals for the installation of the sprinkler system and fire alarm system.

4. On or about November 28, 2007, I contacted Roger Agpawa, the Deputy Fire Chief for the City. Mr. Agpawa suggested that St. Coletta's submit an application for a business

1082429

license to expedite the process of getting permits to install the fire alarm and sprinkler systems an application for a business license was submitted to the City Clerk with a $60 fee.

5. On November 30, 2007, Ray Bryan and I went to the City Hall and were informed by the Residential Building Inspector, Thaddeus Goodlow ("Goodlow") that before receiving the sprinkler and alarm permits, St. Coletta's would have to obtain a business license and petition the City for approval of the use.

6. When Ray and I approached the City for the paperwork, we informed the City Clerk that we needed an expedited hearing on the petition and application because the Home needed to be fully operational by the end of January 2008.

7. Mr. Goodlow informed us that the City would expedite a special meeting before the Planning Commission if St. Coletta's paid $500 with its petition.

8. Relying on the advice and direction of Mr. Goodlow and Mr. Agpawa on or about November 30, 2007 St. Coletta's filed its petition for approval, its application for a business license and tendered a $500 filing fee.

9. On or about January 9, 2007, I discovered that the water to the Property had been cut off. When I called the City about the situation, I was informed by City staff that the Mayor instructed that the water to the Property be turned off and that he was the only person who could order that the water be turned back on.

10. I asked whether St. Coletta's was current on the water bills and I was informed that it was.

11. St. Coletta's did not received any notice that the water was being turned off.

1082429

FURTHER AFFIANT SAYETH NOT

*Jerry Golk*
Jerry Golk

Subscribed and Sworn to
before me this 18th day of January, 2008

*Georgene A. Nash*
Notary Public

> OFFICIAL SEAL
> GEORGENE A. NASH
> Notary Public - State of Illinois
> My Commission Expires Dec 04, 2010

1082429