UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals<br><br>     Defendants. | Case No. 08 C 409<br><br>Senior District Judge Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

To:   See attached service list

   **PLEASE TAKE NOTICE** that on January 30, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, a copy of which is hereby served upon you.

Dated: January 25, 2008

Respectfully submitted,

   /s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of, PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION was filed with the Clerk for the United States District Court, for the Northern District, using the CM/ECF system. The following counsel was served *via* facsimile transmission on January 25, 2008, at or before the hour or 5:00 p.m.:

City Of Markham
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

David Webb, Jr.
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

J.V. Cook, Sr.,
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Thaddeus Goodlow
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Roger Agpawa
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 331-4907
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429
Phone: 708/799-5454
Facsimile: 708/799-5493

**The following counsel was served using the CM/ECF system**:
Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
Phone: 708/647-8053
Facsimile: 708/647-8722

/s/ Jamie A. Robinson

UHDOCS-1094622