Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 409 | DATE | 1/23/2008 |
| CASE TITLE | St. Coletta's vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's emergency motion to enforce order of mandamus is granted. (8-1)

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|