UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | Judge Milton I. Shadur <br><br> No. 08 CV 409 |

## ORDER

This matter coming before the Court on Plaintiffs' Emergency Motion for Order to Enforce Order of Mandamus, IT IS HEREBY ORDERED:

1. Plaintiffs' Emergency Motion to Enforce Order of Mandamus is granted. The Court hereby finds the Defendants, jointly and severally, in civil contempt of Court for their failures to comply with this Court's Order dated January 22, 2008. Based upon these findings, the Court grants the following relief:

   A. A fine of $2,000 per day, commencing today, is hereby imposed upon the Defendants, who shall pay $2,000 to the Clerk of the District Court daily for each day that the Defendants remain in contempt of this Court by failing to comply with its January 22, 2008 Order;

B.　St. Coletta's is authorized to immediately proceed with the installation of the sprinkler system and fire alarm system at 16207 South Central Park, Markham, Illinois, and to perform all incidental work necessary to complete the installation of those systems without the issuance of any permits from the City;

C.　St. Coletta's is authorized to immediately turn on the water to said Property;

D.　The Defendants are further enjoined from interfering with the installation of the sprinkler or fire alarm systems in any way, including without limitation by shutting off the water or any other utility service to said property; and

2.　The Plaintiffs are granted leave to file a fee petition in connection with bringing their Emergency Motion to Enforce Order of Mandamus.

Jan 23, 2008

SO ENTERED:　Honorable Milton I. Shadur
　　　　　　　　Senior U.S. District Judge

Order Prepared By:

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs