UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,  )<br>)<br>)<br>)<br>Plaintiffs,   )<br>v.   )<br>)<br>)<br>)<br>)<br>CITY OF MARKHAM, an Illinois   )<br>municipal corporation,   )<br>DAVID WEBB, JR.,   )<br>J.V. COOK, SR.,   )<br>THADDEUS GOODLOW and   )<br>ROGER AGPAWA,   )<br>individuals,   )<br>)<br>Defendants.   ) | No.   No. 2008 C 0409<br><br>Senior District Judge<br>Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

**AFFIDAVIT OF OSAMA EL-SHAFIE, M.D.**

1. I have personal knowledge of the matters stated in this Affidavit and, if called upon to do so, could testify competently thereto.

2. I am a physician and surgeon licensed as such to practice medicine in all of its branches by the State of Illinois in accordance with Illinois license number 036082973, which license has never been suspended, revoked or modified since its original issuance in July 1991.

3. After earning my degree as a medical doctor, I completed a residency in psychiatry at the University of Missouri, Kansas City, Missouri, from 1988-1991. Thereafter, I completed a fellowship in Child and Adolescent Psychiatry at the University of Chicago, in Chicago, Illinois, from 1991-1993.

4. I was board certified in psychiatry by the American Board of Psychiatry and Neurology in 1994. I was board certified in Child and Adolescent Psychiatry by the American Board of Psychiatry and Neurology in 1998.

5. I currently hold clinical privileges and am a member of the attending staffs of Loyola University Medical Center and Elmhurst Memorial Hospital. I am also the Medical Director of Behavioral Outpatient Services and the Medical Director of Child and Adolescent Psychiatry for Elmhurst Memorial Hospital. I am, and since 1999 have been, a Clinical Associate Professor of Psychiatry and Pediatrics in the Loyola University of Chicago Stritch School of Medicine.

6. I am, and since 1997 have been, the Executive Medical Director of Oak Brook Behavioral Health in Oakbrook Terrace, Illinois, a psychiatric practice that employs a family-based approach to both assessment and treatment, and tailors services to the needs of individuals based on an initial evaluation and assessment, and a comprehensive treatment plan developed in conjunction with other care providers (i.e., family members, schools). My offices at Oak Brook Behavioral Health are located at 18W100 22nd Street, Oakbrook Terrace, Illinois, 60181.

7. Since 1993, my clinical practice has included, among other things, psychiatric evaluation and treatment, school evaluations and consultations, legal consultation, individual and family psychotherapy and psychopharmacology.

8. Also since 1993, I have served as a consultant to St. Coletta's of Illinois ("St. Coletta's"), a not-for-profit agency providing services, including residential group home living and necessary assistance to individuals with developmental disabilities such as mental retardation.

9. As part of my consulting services to St. Coletta's, I periodically meet with and evaluate residents of group homes that it owns and operates. In this capacity, for at least the past 10 years I have known Jessie McMorris, one of the named Plaintiffs in this suit, and others with whom he presently lives in a St. Coletta's residential group home, including Courtney Johnson and Eric Edmunds, among others (the "Residents"). I am familiar with each of the Residents, having personally interacted with each of them during quarterly and annual assessments over approximately the past 10 years.

10. In formulating and offering the opinions expressed in this affidavit, I am relying upon my personal knowledge of the Residents, and also on my professional education, training and experience. The opinions I express in this affidavit are all based upon a reasonable degree of medical and psychiatric certainty and I consider them all to be significantly more probably true than untrue.

11. All of the Residents have been diagnosed with and suffer from significant developmental disabilities and mental retardation (having intelligent quotient scores of between 59 and 65, with a score of 90 or more being considered normal). In my opinion, all are incapable of safely living independently or even semi-independently.

12. In my opinion, all of the Residents require reminders, and sometimes close direction, help and/or guidance from an unimpaired care assistant, with respect to the daily tasks of maintaining personal hygiene, cooking, house cleaning, laundry, safely using common household appliances, saving and spending money, moving about the community outside their home, interacting with others in the community, transportation, and making and keeping appointments with necessary doctors, dentists and other health professional. The Residents are unlikely, due to the nature of their disabilities, to

participate in competitive employment without assistance and/or accommodation, to marry, establish their own families or purchase and maintain their own homes.

13. All of the Residents are eligible for and receive social security disability insurance payments based on prior and existing determinations of their disabled status. In my opinion, all of the Residents suffer permanent life-long impairments in their capacities to perform numerous major life activities as reflected by the referenced specific ways in which their developmental disabilities impede, and will continue to impede their abilities to perform the activities of daily living.

14. The Residents have lived together for a number of years as a consistent and supportive family unit that serves for them as a functional equivalent to a biological family home. They are familiar and comfortable with one another, their characteristics, their likes, dislikes, habits, preferences, tastes and quirks. It is my opinion that it is in the best interest of each of the Residents to continue to live together as a unit and not to be separated or housed, temporarily or permanently with individuals unfamiliar to them. It is my understanding that the Residents are scheduled to move from their present St. Coletta's group home residence, an apartment, to a St. Coletta's home located at 16207 South Central Park in Markham, Illinois (the "Home") beginning February 1, 2008, as the lease on their current residence expires January 31, 2008. In my opinion, the change of adapting to a new home environment and new surroundings will be smoother, less disruptive and less upsetting for the Residents if they can rely on the presence of the other Residents with whom they have been living to stabilize and make more certain and predictable their living arrangements and living routines.

15. It is also my opinion that, from the perspective of optimizing the Residents' functional capabilities, their emotional stability, welfare and happiness, it would be highly undesirable to separate them from one another and/or to require all or any of them to temporarily or permanently live separately from the others, or in a residential peer group different from the one in which they are now living.

16. If such a separation of the Residents were to occur, it is my opinion that each of the Residents might or could suffer emotional distress and upset, fear, apprehension, uncertainty, confusion and anxiety, as well, very possibly, as deteriorations in their functional capabilities and overall emotional well-being. Such an involuntary separation of the Residents due, for example, to an inability on St. Coletta's part to move them as a unit to the Home would, in my opinion, be very likely to destabilize their emotional and functional status and could likewise cause them to regress emotionally and functionally.

17. None of the Residents has a history of criminal convictions, violent, dangerous or anti-social misconduct. None of the Residents has demonstrated any past propensity for engaging in any criminal, violent, dangerous or anti-social misconduct. It is my opinion that none of the Residents has been diagnosed with or suffers from any condition or disorder rendering it reasonably likely that they will engage in any criminal, violent, dangerous or anti-social misconduct or behavior in the future.

*Further your affiant saith naught.*

1086796_2

5

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Osama El-Shafie, M.D., do hereby verify, under penalties of perjury, that the statements contained in the above and foregoing Affidavit are true and correct.

Dated this 28 day of January 2008

                                                 Osama El-Shafie, M.D.