UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 CV 409<br>)<br>)<br>) Judge Milton I. Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To: See attached service list

**PLEASE TAKE NOTICE** that on January 29, 2008, we filed with the United States District Court for the Northern District of Illinois, the attached Affidavit of Osama El-Shafie, M.D., in further support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, a copy of which is served upon you.

Dated: January 29, 2008        Respectfully submitted,

                    /s/ David Levitt
                    Nicholas Anaclerio (ARDC #6187889)
                    Jamie A. Robinson (ARDC #6270503)
                    David Levitt (ARDC #6280466)
                    UNGARETTI & HARRIS LLP
                    3500 Three First National Plaza
                    Chicago, Illinois 60602
                    Telephone (312) 977-4400
                    Facsimile (312) 977-4405
                    Counsel for Plaintiffs

1083454