## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Affidavit of Osama El-Shafie, M.D., in further support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction,** was served on January 29, 2008, before the hour of 4:00 p.m. upon the following:

| | |
|---|---|
| City Of Markham<br>16313 Kedzie Parkway<br>Markham, Illinois 60428<br>Phone: 708/331-4905 ex. 225<br>Facsimile: 708/331-2580<br><br>*VIA FACSIMILE* | David Webb, Jr.<br>16313 Kedzie Parkway<br>Markham, Illinois 60428<br>Phone: 708/331-4905 ex. 225<br>Facsimile: 708/331-2580<br><br>*VIA FACSIMILE* |
| Roger Agpawa<br>16313 Kedzie Parkway<br>Markham, Illinois 60428<br>Phone: 708/331-4905 ex. 225<br>Facsimile: 708/331-2580<br><br>*VIA FACSIMILE* | Thaddeus Goodlow<br>16313 Kedzie Parkway<br>Markham, Illinois 60428<br>Phone: 708/331-4905 ex. 225<br>Facsimile: 708/331-2580<br><br>*VIA FACSIMILE* |
| Michelle Broughton-Fountain, Esq.<br>19150 S. Kedzie, Suite 103B<br>Flossmoor, Illinois 60422<br>Phone: 708/647-8053<br>Facsimile: 708/647-8722<br><br>*VIA ECF* | Steven R. Miller, Esq.<br>Miller & Ellison<br>17508 E. Carriageway Drive<br>Hazel Crest, Illinois 60429<br>Phone: 708/799-5454<br>Facsimile: 708/799-5493<br><br>*VIA FACSIMILE* |

/s/ David Levitt
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1082365