UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOS, INC.<br>an Illinois not-for-profit corporation,<br>and JESSE MCMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois<br>Municipal corporation, DAVID WEBB, JR.,<br>J.V. COOK, SR.<br>THADDEUS GOODLOW and<br>ROGER AGPAWA<br>Individuals,<br><br>Defendants. | No. 08CV409<br><br>Judge Milton I. Shadur |

### DEFENDANTS' EMERGENCY MOTION TO RECONSIDER PLAINTIFFS' EMERGENCY MOTION TO ENFORCE ORDER OF MANDAMUS

The Defendants City of Markham, David Webb, Jr., Thaddeus Goodlow and Roger Agpawa by and through their attorney Steven R. Miller and Defendant J.V. Cook, Sr. by and through his attorney Michelle Broughton-Fountain respectfully move pursuant to Federal Rules of Civil Procedure Rule 7 for this court to reconsider its ruling on the Plaintiffs' emergency motion to enforce order of mandamus and support thereof states as follows:

1. On January 22, 2008, the Plaintiffs' attorneys faxed a copy of Plaintiffs' Emergency Motion to Enforce Order of Mandamus to Steven R. Miller, a copy of which is attached as Exhibit "1" and made a part hereof. The Defendants purposely and intentionally sent the fax after business hours. Please note that the transmission date and time as marked by their

1

fax machine states "January 22, 2008 17:21 [or 5:21 p.m.]" for a January 23, 2008 motion to be heard at 9:15 a.m.

2. On January 22, 2008, the Plaintiffs' attorneys faxed a copy of Plaintiffs' Emergency Motion to Enforce Order of Mandamus to Michelle Broughton-Fountain, a copy of which is attached as Exhibit "2" and made a part hereof. The Defendants purposely and intentionally sent the fax after business hours. Please note that the transmission date and time as marked by their fax machine states "January 22, 2008 16:59 [or 4:59 p.m.]" for a January 23, 2008 motion to be heard at 9:15 a.m.

3. On January 22, 2008, due to the lack of proper and reasonable notice the Defendants' attorney were unaware of the hearing and thus did not appear.

4. The City of Markham Municipal Code states as follows:

> **§ 110.15 SCOPE OF ACTIVITY REQUIRING LICENSE**
> (A) **It is unlawful for any person, either directly or indirectly, to conduct any business or nonprofit enterprise,** or to use in connection therewith any vehicle, premises, machine or device, in whole or in part, for which a license or permit is required by this chapter or other law or ordinance of the city, **without a license or permit thereof being first procured and kept in effect at all times as required by this chapter or other law or ordinance of the city.**
> (B) This chapter shall apply to all business in the nature of special sales for which a license is required by this chapter or other law or ordinance of the city and it is unlawful for any person, either directly or indirectly, to conduct any such sale except in conformity with the provisions of this chapter.
>> (1) **For the purpose of this chapter, any person is deemed to be in business or engaging in nonprofit enterprise, and thus subject to the requirements of this section and division (A), when he does one act of the following:**
>> **(a) Selling any goods or service;**
>> (b) Soliciting business or offering goods or services for sale or hire;
>> **(c) Acquiring or using any vehicle or any premises in the city for business purposes;**
>> (d) Holds himself forth as being engaged in a business or an occupation;

> **(e) Solicits patronage, actively or passively, for a business or occupation;** or
> (f) Performs or attempts to perform any part of a business or occupation in the city; or
> (g) The holding of a garage or yard sale of used personal property.

A copy of the City of Markham Municipal Code Business Regulations which includes the aforesaid section is attached as Exhibit "3" and made a part hereof.

5. Although the Plaintiffs stated that they completed an application for both a permit for a fire alarm and sprinkler system, the necessary plans were not provided for the alarm system. On January 22, 2008, Thaddeus Goodlow executed and issued the permit for the alarm system. On January 22, 2008, Mr. Roger A. Agpawa from the City of Markham requested the plans from their alarm company so that he could sign off on it. Plaintiff provided the requested information on January 23, 2008. Mr. Thaddeus Goodlow then executed the water sprinkler permit on January 23, 2008. The court order entered on January 22, 2008 did not state that the City of Markham could not ask for a copy of the plans that it needed to approve the permits. Attached to this motion as Exhibit "4" and "5" are Affidavits of Mr. Thaddeus Goodlow and Mr. Roger A. Agpawa respectively and which are made a part of this motion.

6. Water service was available on January 22, 2008, and it is currently being used by Plaintiffs.

7. On January 23, 2008, the Defendants complied with the court order issued earlier that day.

8. The fire alarm and sprinkler permits were issued and the water service was available.

9.      Defendants orally and in writing requested that Plaintiffs specify any remaining or outstanding issues and the Plaintiffs failed to do so on that date or any day since the request. Attached as Exhibit "6" and made a part hereof are letters send to the Plaintiffs' attorneys.

WHEREFORE, the Defendants City of Markham, David Webb, Jr., Thaddeus Goodlow and Roger Agpawa by and through their attorney Steven R. Miller and Defendant J.V. Cook, Sr. by and through his attorney Michelle Broughton-Fountain respectfully request this court to reconsider its ruling on the Plaintiffs' emergency motion to enforce order of mandamus.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| By: /s/ Steven R. Miller<br>Steven R. Miller<br>**Attorney for City of Markham**<br>**David Webb, Jr., Thaddeus Goodlow**<br>**And Roger Agpawa**<br>17508 S. Carriageway Drive, Suite B<br>Hazel Crest, Illinois 60429<br>(708) 799-5454 (Phone)<br>(708) 799-5493 (Fax)<br>steven.r.miller@sbcglobal.net<br>ARDC# 6186732 | By: /s/ Michelle Broughton-Fountain<br>Michelle Broughton-Fountain<br>**Attorney for J.V. Cook, Sr.**<br><br>19150 S. Kedzie, Suite 103B<br>Flossmoor, Illinois 60422<br>(708) 647-8053 (Phone)<br>(708) 647-8722 (Fax)<br>MB-Fountain@comcast.net<br>ARDC# 6230798 |