*EXHIBIT "1"*

# UNGARETTI & HARRIS

✓ CHICAGO
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: 312.977.4400
Fax: 312.977.4405

WASHINGTON
1500 K Street, NW, Suite 250
Washington, DC 20005
Telephone: 202.639.7500
Fax: 202.639.7505

SPRINGFIELD
400 E. Jefferson Street, Suite 200
Springfield, Illinois 62701
Telephone: 217.544.7000
Fax: 217.544.7950
www.uhlaw.com

## FAX COVER SHEET

TO: Steven Miller

FIRM NAME: Miller & Ellison

FILE NO.: 10016802-0002

PHONE NUMBER: 708-799-5454    FAX NUMBER: 708-799-5493

FROM: Jamie A. Robinson    DIRECT LINE: 312-977-4456

DATE: January 22, 2007    NUMBER OF PAGES: 8
(including Cover Page)

If problems occur during transmission, or if all pages are not received, please contact us immediately at:

CHICAGO: 312.977.9251    WASHINGTON: 202.639.7500    SPRINGFIELD: 217.544.7000

Special Instructions Or Comments

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROHIBITED FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.

UHDOCS-1083057

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 CV 409<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF EMERGENCY MOTION

To: See attached service list

PLEASE TAKE NOTICE that on January 23, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present its Emergency Motion to Enforce Order, a copy of which is hereby served upon you.

Dated: January 22, 2008

Respectfully submitted,

/s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC 187889)
Jamie A. Robinson ARDC 6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1087245

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 08 CV 409 ) ) ) ) ) ) ) ) ) ) |

### EMERGENCY MOTION TO ENFORCE ORDER OF MANDAMUS

The Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Jesse") (collectively, the "Plaintiffs") by and through their attorneys, Nicholas Anaclerio, Jamie A. Robinson and David Levitt, respectfully move this Court for an immediate order to enforce the Order of Mandamus entered against the City of Markham (the "City" or "Markham"), David Webb, Jr. ("Mr. Webb"), J.V. Cook, Sr. ("Mr. Cook"), Thaddeus Goodlow ("Mr. Goodlow") and Roger Agpawa ("Mr. Agpawa") for Markham (collectively the "Defendants"), and state:

1. On the morning of January 22, 2008, this Court entered an order compelling the Defendants to issue permits allowing St. Coletta's to install a sprinkler system and a fire alarm system at a single family home owned by St. Coletta's, which is located at 16207 South Central Park in the City of Markham (the "Property"). A copy of the Order is attached as Exhibit 1.

2. In the afternoon of the 22nd, the Director of Residential Services of St. Coletta's, Ray Bryan ("Bryan") and the Director of Maintenance of St. Coletta's, Jerry Golk ("Golk") approached City Hall, with a copy of the Order, and requested that the permits be issued.

3. Golk and Bryan were informed by Mr. Goodlow that Mr. Agpawa was the only person who could issue the permits and that he was at lunch.

4. Mr. Goodlow then met with the Mayor. After his meeting, he presented Bryan and Golk with a permit for the installation of the sprinkler system.

5. Mr. Agpawa, however upon his return from lunch, informed Bryan and Golk that only he could issue the permit for the sprinkler system and that he would need a few days to look over the paperwork related to the sprinkler system before he would issue the permit.

6. Mr. Agpawa also informed Bryan and Golk that it was likely that he would also need to inspect the Property before issuing the permit.

7. Bryan and Golk also asked Mr. Agpawa to issue a permit for the installation of the fire alarm system.

8. Mr. Agpawa then informed Golk and Bryan that he was not going to issue the permit for the installation of the fire alarm system because the company that has been contracted to do the work is not licensed or bonded with the City.

9. Golk, Bryan and indeed, the contractor, DMC Security Services, Inc. ("DMC") believe that DMC is bonded and licensed with the City. DMC Security contacted the City to discuss this issue once Golk and Bryan were informed that the City would not grant the permit.

10. The City has had all of the requisite paperwork related to the proposals for both the installation of the fire alarm system and the sprinkler system since November 21, 2007.[1]

---

[1] In fact, the proposals serve as the application as the City has no formal application form.

Emergency motion to enforce order of Mandamus 2

11. The City's refusal to issue the permits is in direct violation of this Court's January 22, 2008 Order and another attempt by the City to block St. Coletta's from opening a group home.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order to enforce the Order of Mandamus issued by this Court on January 22, 2008, for its costs and fees related to bringing this motion and for any further relief that this Court deems just and appropriate.

Dated: January 22, 2008

Respectfully submitted,

/s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | Judge Milton I. Shadur <br><br> No. 08 CV 409 |

## ORDER

This matter coming before the Court on Plaintiffs' Emergency Motion for Order of Mandamus, IT IS HEREBY ORDERED:

1. Plaintiffs' Emergency Motion for Order of Mandamus is granted. The Court enters an order of mandamus compelling Defendants to issue St. Coletta's of Illinois, Inc. a permit to install a fire alarm system and sprinkler system in the property located at 16207 South Central Park, Markham, Illinois.

2. The Court grants Plaintiffs' request to expedite discovery.

1086755


EXHIBIT #1

3. The Court enters the Preservation Order, attached hereto as Exhibit A.

Jan. 22, 2008

_____
SO ENTERED: Honorable Milton I. Shadur

Order Prepared By:

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1086755

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Notice of Emergency Motion and Plaintiffs' Emergency Motion to Enforce Order of Mandamus**, was served via facsimile transmission on January 22, 2008, upon the following:

City Of Markham
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

J.V. Cook, Sr.,
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Roger Agpawa
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 331-4907
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
Phone: 708/647-8053
Facsimile: 708/647-8722

David Webb, Jr.
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Thaddeus Goodlow
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429
Phone: 708/799-5454
Facsimile: 708/799-5493

/s/ Jamie A. Robinson
Jamie A. Robinson