*EXHIBIT "3"*

# TITLE XI: BUSINESS REGULATIONS

Chapter

110.   GENERAL BUSINESS LICENSING

111.   ADVERTISING

112.   ALCOHOLIC LIQUOR

113.   AMUSEMENTS AND ENTERTAINMENT

114.   FOOD DISPENSERS AND ESTABLISHMENTS

115.   MERCHANTS PROVIDING PRODUCTS

116.   MERCHANTS PROVIDING SERVICES

117.   PEDDLERS AND SOLICITORS

118.   TAXICABS

119.   TELECOMMUNICATIONS INFRASTRUCTURE MAINTENANCE FEE

120.   LICENSE REQUIREMENTS FOR HVAC AND ROOFING SYSTEMS

# CHAPTER 110: GENERAL BUSINESS LICENSING

Section

*General Provisions*

110.01  Short title
110.02  Purpose; jurisdiction
110.03  Definitions
110.04  Nuisances

*Licensing Provisions*

110.15  Scope of activity requiring license
110.16  Qualifications of applicants
110.17  Applications; forms; signatures
110.18  Issuance of receipts
110.19  Investigations
110.20  Approval of licenses
110.21  Procedure when license not approved
110.22  Renewal of license
110.23  Duplicate license; fee
110.24  License fee; established; duration; proration; refund
110.25  License fee schedule
110.26  Contents of license
110.27  Display of license and insignia
110.28  Change of location
110.29  Records and books to be kept
110.30  Transference of license
110.31  Duties of licensee
110.32  Termination of licenses
110.33  Revocation of licenses
110.34  Vehicle tag

*Administration and Enforcement*

110.40  Authority to enforce regulations
110.41  Investigations and inspections
110.42  Right of entry for inspection; reports
110.43  Provisional order; final order
110.44  Summary action
110.45  Appeal procedure
110.46  Liability of violator

110.99  Penalty

## GENERAL PROVISIONS

### § 110.01 SHORT TITLE.

This chapter shall be known and may be cited as the General Licensing Ordinance of the city.
('77 Code, § 5.02.010)  (Ord. 67-O-673, passed - -67)

### § 110.02 PURPOSE; JURISDICTION.

(A) The express purpose of this chapter is to protect and safeguard the health, safety and welfare of the citizens of the city; to increase public confidence in legitimate commerce; to further ensure adequate and periodic provisions of essential governmental inspectional services; and to provide for an accurate record of regulated commercial activities within the city.

(B) It is not intended by this chapter to repeal, abrogate, annul or in any way impair or interfere with existing provisions of other laws or ordinances, except those specifically repealed by the ordinance codified in this chapter. Where this chapter imposes a greater restriction upon persons, premises or personal property than is imposed or required by such existing provisions of law, ordinance, contract or deed, the provisions of this chapter shall control.
('77 Code, § 5.02.020)  (Ord. 67-O-673, passed - -67)

### § 110.03 DEFINITIONS.

For the purpose of this chapter, the following definitions shall apply unless the context clearly indicates or requires a different meaning.

***ACCESSORY ACTIVITY.*** An activity or use which is customarily incidental and/or subordinate to a principal activity. However, such an activity, if conducted separately and independently of the principal activity, would be subject to licensing under the provisions of this chapter and is included in the ownership of the establishment.

***BUSINESS.*** Includes all kinds of vocations, occupations, professions, enterprises, establishments and all other kinds of activities and matters, together with all devices, machines, vehicles or appurtenances used therein, any of which are conducted for private profit, or benefit, either directly or indirectly, on any premises in the city, or anywhere else within its jurisdiction.

***CITY LICENSE COMMISSION*** or ***LICENSE COMMISSION.*** The License Commission of the city.

***INSIGNIA*** or its singular number ***INSIGNE.*** Any tag, plate, badge, emblem, sticker or any other kind of device which may be required for any use in connection with any license.

***LICENSE*** or ***LICENSEE***. Includes respectively the words ***PERMIT*** or ***PERMITTEE*** or the holder for any use or period of time of any similar privilege.

***OWNER***. Any individual, firm, association, partnership, corporation, trust or any other legal entity having sufficient proprietary interest in a commercial activity or establishment to maintain and manage it operations.

***PERSON***. Includes individual natural persons, partnerships, joint adventures, societies, associations, clubs, trustees, trusts or corporations; or any officers, agents, employees, factors or any kind of personal representatives of any thereof, in any capacity, acting either for himself, or for any other person, under either personal appointment or pursuant to law.

***PREMISES***. Includes all lands, structures, places and also the equipment and appurtenances connected or used therewith in any business, and also any personal property which is either affixed to, or is otherwise used in connection with, any such business conducted on such premises.

***PRINCIPAL ACTIVITY***. The activity or use which utilizes the major portion of gross floor and/or land area.

***USABLE AREA***. The sum total of the gross horizontal area of all of the several floors of a building measured in square feet from the exterior walls or from the centerline of party walls separating two buildings.

   (1) Usable area includes attic, balcony, mezzanine, basement, cellar and/or porch areas devoted in storage, equipment installation or accessory uses.

   (2) Open area directly essential to the sale, service or production activity of any establishment shall be included in the computation of gross usable area. However, open area devoted to vehicular customer parking or the handling of materials shall not be included.

   (3) The usable area of a principal activity may be deducted from the gross area in the computation of usable area of any accessory activity.
('77 Code, § 5.02.030) (Ord. 67-O-673, passed - -67)

## § 110.04 NUISANCES.

No business, licensed or not shall be so conducted or operated as to amount to a nuisance in fact. (Ord. 92-O-1432, passed 3-18-92) Penalty, see § 110.99

### LICENSING PROVISIONS

## § 110.15 SCOPE OF ACTIVITY REQUIRING LICENSE.

(A) It is unlawful for any person, either directly or indirectly, to conduct any business or nonprofit enterprise, or to use in connection therewith any vehicle, premises, machine or device, in whole or in part, for which a license or permit is required by this chapter or other law or ordinance of the city,

without a license or permit therefor being first procured and kept in effect at all times as required by this chapter or other law or ordinance of the city.

(B) This chapter shall apply to all business in the nature of special sales for which a license is required by this chapter or other law or ordinance of the city and it is unlawful for any person, either directly or indirectly, to conduct any such sale except in conformity with the provisions of this chapter.

(1) For the purpose of this chapter, any person is deemed to be in business or engaging in nonprofit enterprise, and thus subject to the requirements of this section and division (A), when he does one act of the following:

    (a)    Selling any goods or service;

    (b)    Soliciting business or offering goods or services for sale or hire;

    (c)    Acquiring or using any vehicle or any premises in the city for business purposes;

    (d)    Holds himself forth as being engaged in a business or an occupation;

    (e)    Solicits patronage, actively or passively, for a business or occupation; or

    (f)    Performs or attempts to perform any part of a business or occupation in the city; or

    (g)    The holding of a garage or yard sale of used personal property.

(2) The agents or other representatives of nonresidents who are doing business in the city shall be personally responsible for the compliance of their principals and of the businesses they represent with this chapter.

(3) (a) A license shall be obtained in the manner prescribed in this chapter for each branch establishment or location of the business engaged in, as if each such branch establishment or location were a separate business.

(b) Each rental real property is deemed a branch establishment or separate place of business for the purposes of this chapter when there is a representative of the owner or the owner's agent on the premises who is authorized to transact business for such owner or owner's agent or there is a regular employee of the owner or the owner's agent working on the premises.

(4) A person, engaged in two or more businesses at the same location shall not be required to obtain separate licenses for conducting each of such businesses but, when eligible, shall be issued one license which shall specify on its face all such businesses.
('77 Code, § 5.02.040)  (Ord. 67-O-673, passed - -67)

(C) Whenever in this code a license is required for the maintenance, operation or conduct of any business or establishment, or for doing business or engaging in any activity or occupation, any person or corporation shall be subject to the requirement if by himself or through an agent, employee, or partner, he holds himself forth as being engaged in the business or occupation; or solicits patronage therefor, activity or passively; or performs or attempts to perform any part of such business or occupation in the city.
(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97) Penalty, see § 110.99

### § 110.16 QUALIFICATIONS OF APPLICANTS.

The general standards set out in this section relative to the qualifications of every applicant for a city license shall be considered and applied by the City License Commission. The applicant shall comply with the following:

(A) Be a citizen of the United States, or a declarant therefor as authorized by law.

(B) Not, either individually, or as a member of any party, group, or organization, at the time of any such application for a license or special permit, advocate or resort to any practices subversive of or designed for the overthrow, destruction or sabotage of the government of the United States.

(C) Not be in default under the provisions of this chapter or indebted or obligated in any manner to the city except for current taxes;

(D) No license or permit shall be issued for the conduct of any business or performance of any act which would involve a violation of the zoning code of the city. No license shall be issued for the conduct of any business, and no permit shall be issued for any thing, or act, if the premises and building to be used for the purpose do not fully comply with the requirements of the city.
('77 Code, § 5.02.050) (Ord. 67-O-673, passed - -67)

(E) No license shall be issued for the conduct of any business and no permit shall be issued for any thing or act, if the premises and building to be used for the purpose do not fully comply with the requirements of the city. No such license or permit shall be issued for the conduct of any business or performance of any act which would involve a violation of the zoning ordinances of the city. (Ord. 92-O-1432, passed 3-18-92)

### § 110.17 APPLICATIONS; FORMS; SIGNATURES.

(A) (1) Applications for all licenses and permits required by ordinance shall be made in writing to the City Clerk, on forms provided by that office, in the absence of provisions to the contrary. Each application shall state the name of the applicant, the permit or license desired, the location to be used, if any, the time covered and the fee to be paid; and each application shall contain such additional information as may be needed for the proper guidance of the city officials in the issuing of the permit or license applied for.

(2) Applications for the conduct of a garage or yard sale shall be limited to bona fide residents of the City of Markham who have resided within the city for a minimum of one year at the location for which the license is sought.

(B) There shall be a nonrefundable license application fee of $15 paid at the time of submission of the application for license with credit to be given on the license fee due upon approval of the application. There shall be a fee of $20 for each returned check, whether NSF or otherwise; failure to pay said charges immediately upon notification shall result in an administrative revocation of the license or denial of the application.

(C) Forms for all licenses and permits, and applications therefor, shall be prepared and kept on file by the City Clerk.

(D) Each license or permit issued shall bear the signatures of the Mayor and the City Clerk in the absence of any provision to the contrary.
(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97)

### § 110.18 ISSUANCE OF RECEIPTS.

At the time the application for a license is made, the City Clerk shall issue a receipt to the applicant for the money paid in advance. Such receipt shall not be construed as the approval for the issuance of a license nor shall it entitle or authorize the applicant to open or maintain any business contrary to the provisions of this chapter.

(B) Upon the receipt of an application for a license or a permit, the Clerk shall within 48 hours of the time of such receipt refer such application to the Mayor for processing by the City License Commission.

(C) A license for the conduct of a garage or yard sale may be summarily approved and issued by the City Clerk.
('77 Code, § 5.02.070) (Ord. 67-O-673, passed - -67; Am. Ord. 97-O-1615, passed 9-3-97)

### § 110.19 INVESTIGATIONS.

(A) Upon the receipt of an application for a license or permit where ordinances of the city necessitate an inspection or investigation before the issuance of such permit or license, the City Clerk shall refer such application to the proper officer for making such investigation within 48 hours of the time of such receipt. The officer charged with the duty of making the investigation or inspection shall make a report thereon, favorable or otherwise, within ten days after receiving the application or a copy thereof. The Health Officer shall make or cause to be made an inspection in regard to such licenses in the connection of the care and handling of food and the preventing of nuisances and the spread of disease, for the protection of health; the Building Inspector shall make or cause to be made any such inspections relative to the construction of buildings or other structures. All other investigations except where otherwise provided, shall be made by the Chief of Police or by some other officer designated by the Mayor.

(B) There shall be no investigation of the application for a garage or yard sale license except for the ascertaining by the City Clerk that the applicant has been a bona fide resident of the City of Markham at the stated location for the required period.
(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 97-O-1615, passed 9-3-97)

### § 110.20 APPROVAL OF LICENSES.

(A) The Mayor shall present all applications for license together with the recommendation of the City License Commission to the City Council. All licenses and permits authorized or required by this chapter or other ordinances of the city shall be granted by the Council which shall have the power to grant applications and to pass upon the sufficiency of any bond, where a bond is required.

(B) Every license, when application therefor has been approved by the Council, shall be issued by the City Clerk, provided the prescribed fee is first paid and, where a bond is required, that the bond is properly approved and filed.
('77 Code, § 5.02.090) (Ord. 67-O-673, passed - -67)

### § 110.21 PROCEDURE WHEN LICENSE NOT APPROVED.

(A) In the event the City Council refuses to grant an application for a license, or if the applicant does not pick up the license, the $10 service fee will be nonrefundable.

(B) The City License Commission shall send written notification to the applicant of the refusal to grant the license.

(C) Upon written request from the applicant received within ten days of notification of refusal to grant the license, the City License Commission shall schedule a hearing to receive additional information relative to determining the eligibility of the applicant for the business license requested.

(D) When the issuance of a license is denied and any action is instituted by the applicant to compel its issuance, such applicant shall not engage in the business for which the license was refused unless a license be issued to him pursuant to a judgment ordering the same.
('77 Code, § 5.02.100)  (Ord. 67-O-673, passed - -67; Am. Ord. 87-O-1271, passed 5-6-87)

### § 110.22 RENEWAL OF LICENSE.

The applicant for the renewal of a license shall submit an application for such license to the City License Commission. The application shall:

(A) Be a written statement upon forms provided by the City License Commission; such form shall include an affidavit, to be sworn to by the applicant before a notary public of the state;

(B) Require the disclosure of such information concerning the applicant's demeanor and the conduct and operation of applicant's business during the preceding licensing period as is reasonably necessary to the determination by the City License Commission of the applicant's eligibility for a renewal license and to a possible adjustment of license fee;

(C) Be accompanied by the full amount of annual fees chargeable for such license;

(D) Application for renewal of license must be received prior to the expiration date of any license currently held by the applicant. If application for renewal and required fee is received subsequent to termination date of current license it shall be considered an application for a new license.

(E) There shall be no renewal of a license for the conduct of a garage or yard sale nor shall a license for such a sale be issued to a resident within six months of the date of issuance of a prior license to the same resident.
('77 Code, § 5.02.110)  (Ord. 67-O-673, passed - -67; Am. Ord. 97-O-1615, passed 9-3-97)

### § 110.23 DUPLICATE LICENSE; FEE.

A duplicate license or special permit shall be issued by the City License Commission to replace any license previously issued which has been lost, stolen, defaced, or destroyed, without any wilful conduct on the part of the licensee, upon the filing by the licensee of an affidavit sworn to before a notary public of the state attesting to such fact and the paying to the City License Commission of a fee of $1.
('77 Code, § 5.02.120)  (Ord. 67-O-673, passed - -67)

**§ 110.24 LICENSE FEES; ESTABLISHED; DURATION; PRORATION; REFUND.**

(A) License fees shall be in the amounts established in the governing ordinance, and as further determined under § 110.25(A).

(B) The annual license fee to be charged in accordance with the provisions of this chapter shall cover and include all sign, awning, police, buildings, health and fire hazard inspectional services to be rendered by the city as required during the annual fiscal year.

(C) (1) No license shall be granted for a period longer than one year. Every license shall expire on April 30 following the date of its issue unless otherwise expressly provided in this code.

(2) There shall be no more than two garage or yard sales conducted by a resident at any location in a calendar year.

(3) The duration of the license for the conduct of a garage or yard sale shall be for a period not longer than two consecutive days. Further, the sale shall not begin before 10:00 a.m. nor end past 7:00 p.m. on any day during daylight savings time and not past 5:00 p.m. during standard time.

(D) For any annual license provided by this chapter and issued prior to November 1 in any calendar year the full prescribed annual fee shall be paid; for any such license issued on or after November 1 in any license year and expiring on April 30 following, one-half the prescribed annual fee shall be paid.

(E) No rebate or refund of any license fee shall be made because of discontinuance, failure or other occupational interruption of any commercial establishment.

(F) All commercial establishments under the jurisdiction of this chapter shall pay an annual license fee for a principal activity which is included in one of the classifications set forth in this subchapter plus 50% of the annual license fee of any remaining classification applicable to the establishment's accessory activity.
('77 Code, § 5.02.130) (Ord. 67-O-673, passed - -67)

(G) In the absence of provisions to the contrary all fees and charges for licenses or permits shall be paid in advance at the time application therefor is made to the City Clerk. When an applicant has not engaged in the business until after the expiration of part of the current license year the license fee shall be prorated by quarters and the fee paid for each quarter or fraction thereof during which the business has been or will be conducted. Except as otherwise provided, all license fees shall become a part of the corporate fund.

(H) Late Purchase of License: Any purchase of a business license by a person, firm or corporation after the date due or after approval of the issuance of a new license is authorized by the City Council shall pay a penalty of 20% of the original fee for the issuance of the license in question in addition to the fee for that license.
(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 96-O-1588, passed 9-4-96; Am. Ord. 97-O-1615, passed 9-3-97; Am. Ord. 00-O-1696, passed 6-7-00) Penalty, see § 110.99

Case 1:08-cv-00409   Document 25-4   Filed 01/29/2008   Page 12 of 18

General Business Licensing                                                                 11

### § 110.25 LICENSE FEE SCHEDULE.

(A) (1) All business license fees for each category of business shall be charged as follows depending upon the category established in division (B) by the City Clerk for the particular business category as identified and defined herein:

| CATEGORY | DESCRIPTION | FEE |
|---|---|---|
| I | Those businesses offering a personal service with limited staffing of not more than two employees. | $100 |
| II | Those businesses offering a professional or personal service with limited staffing of not more than two employees and an office, storehouse and warehouse location. | 200 |
| III | Those businesses offering retail sales or professional services in an office location or other type of building. | 250 |
| IV | Those businesses engaged in manufacturing, transportation, light truck, automotive, accessories, sales, storage, food establishments and other activities. | 300 |
| V | Specialized activity where fee has been set permanently by specific ordinance, agreement or changed by fee committee/board. | 300 - 10,000 |

(2) Copies of the license fee schedule showing the classification of businesses in the city in the above categories are available in the City Clerk's office.

(B) In the event the applicant was not issued a license for the last fiscal year, does not appear on the license fee schedule on file in the City Clerk's office or no such business existed for the prior period, then the fee shall be that charged for a comparable business activity.

(C) The classification of businesses shall be determined by the City Clerk upon submission of the completed application and the determination shall be final.
(Ord. 92-O-1432, passed 3-18-92; Am. Ord. 92-O-1437, passed 5-6-92; Am. Ord. 99-O-1673, passed 4-7-99; Am. Ord. 00-O-1695, passed 3-15-00; Am. Ord. 04-O-1797, passed 4-21-04)

### § 110.26 CONTENTS OF LICENSE.

Each license issued under this chapter shall state upon its face the following:

(A) The name of the licensee and any other name under which such business is to be conducted;

(B) The kind and address of each business so licensed;

(C) The amount of license fee therefor;

    (D) The dates of issuance and expiration thereof;

    (E) The license number.
('77 Code, § 5.02.180) (Ord. 67-O-673, passed - -67)

### § 110.27 POSTING LICENSE.

It shall be the duty of any person conducting a licensed business in the city to keep his license posted in a prominent place on the premises used for such business at all times. Nothing herein shall prevent the Mayor or his duly authorized representative from removing any license, certificate, plate or sticker from the possession of a former licensee, his premises, any vehicle or any machine when said license has been revoked under the provisions of this chapter.
(Ord. 92-O-1432, passed 3-18-92) Penalty, see § 110.99

### § 110.28 CHANGE OF LOCATION.

The location of any licensed business or occupation or of any permitted act, may be changed, provided ten days' notice thereof is given to the City Clerk, in the absence of any provisions to the contrary; provided, that the building, zoning and frontage consent requirements of the ordinances are complied with, and provided a licensee shall do the following:

    (A) Obtain written permission from the City Council for such change of location.

    (B) Pay a removal fee of $5 to the City Clerk.

    (C) Comply with the regulations of this code and any other ordinances of the city.

    (D) Execute a bond conforming, as nearly as may be, to the bond upon which the original license was issued if a bond was required for the original license;

    (E) Pay to the city any additional fees which may be required because of the change in location.
('77 Code, § 5.02.210) (Ord. 67-O-673, passed - -67; Am. Ord. 92-0-1432, passed 3-18-92))

### § 110.29 RECORDS AND BOOKS TO BE KEPT.

Any person licensed under this chapter shall keep all records and books necessary to the computation of his license fee and to the enforcement of this chapter.
('77 Code, § 5.02.220) (Ord. 67-O-673, passed - -67)

### § 110.30 TRANSFERENCE OF LICENSE.

No person, to whom a license or permit is issued by the city, may assign or transfer such license.
('77 Code, § 5.02.230) (Ord. 67-O-673, passed - -67) Penalty, see § 110.99

### § 110.31 DUTIES OF LICENSEE.

Every licensee under this chapter shall do the following:

(A) (1) Permit all reasonable inspections and investigations of his business and business property which are reasonably necessary to secure compliance with any ordinance provision or to detect violation thereof.

(2) It shall be the duty of the licensee, or the person in charge of the premises to be inspected, to admit thereto for the purpose of making the inspection any official employee of the city who is authorized or directed to make such inspection at any reasonable time that admission is requested.

(B) Ascertain and at all times comply with all laws and regulations applicable to such licensed business; if any person so licensed violates any of the provisions of this code or any other laws or regulations, he shall be liable to be proceeded against for any fine or penalty imposed thereby, and his license may be revoked.

(C) Refrain from operating the licensed businesses on premises after expiration of his license and during the period his license is revoked or suspended.

(D) Clearly display and include on all stationery, vehicles and advertising used in connection with the business which display the name of the business, a street address which clearly indicates the Markham address of the business. This requirement does not preclude the display of a mailing address in a type face or printed size smaller than that of the Markham address.

(E) Refrain from the sale of personal property not previously owned and used by the licensee and not accept goods on consignment for sale at the garage or yard sale.
('77 Code, § 5.02.190) (Ord. 67-O-673, passed - -67; Am. Ord. 93-O-1478, passed 9-15-93; Am. Ord. 97-O-1615, passed 9-3-97) Penalty, see § 110.99

### § 110.32 TERMINATION OF LICENSES.

All annual licenses shall terminate on the last day of the fiscal year of the city. The City Clerk shall mail to all licensees of the city a statement of the time of expiration of the license held by the licensee, if annual, three weeks prior to the date of such expiration. Provided, that a failure to send out such notice, or the failure of the licensee to receive it shall not excuse the licensee from a failure to obtain a new license, or a renewal thereof, nor shall it be a defense in an action for operation without a license.
(Ord. 92-O-1432, passed 3-18-92)

### § 110.33 REVOCATION OF LICENSES.

Any license or permit for a limited time may be revoked by the Mayor at any time during the life of such license or permit for any violation by the licensee or permittee of the ordinance provisions relating to the license or permit, the subject matter of the license or permit, or to the premises occupied; such revocation may be in addition to any fine imposed.
(Ord. 92-O-1432, passed 3-18-92)


## § 110.34 VEHICLE TAG.

Whenever the number of vehicles used is the basis of a license fee, the City Clerk shall furnish each licensee with a tag or sticker for each vehicle covered by the license and such tag or sticker shall be posted in a conspicuous place on each such vehicle while it is in use.
(Ord. 92-O-1432, passed 3-18-92) Penalty, see § 110.99

## ADMINISTRATION AND ENFORCEMENT

## § 110.40 AUTHORITY TO ENFORCE REGULATIONS.

It shall be the duty of the City License Commission, under the supervision of the Mayor, to administer and enforce the terms and provisions of this chapter and to make, or cause to be made, such semiannual inspections of all buildings, premises, and activities as may be necessary to accomplish such

administration and enforcement.
('77 Code, § 5.02.240 A.) (Ord. 67-O-673, passed - -67)
Cross-reference:
   For additional provisions concerning the City License Commission, see §§ 32.175 through 32.177

### § 110.41 INVESTIGATIONS AND INSPECTIONS.

(A) The members of the City License Commission shall make all investigations reasonably necessary to the enforcement of this chapter.

(B) The City License Commission shall have the authority to order the inspection of licensees, their businesses and premises, by all city officials having duties to perform with reference to such licensee or businesses.

(C) All police officers shall inspect and examine businesses located within their respective jurisdictions or beats to enforce compliance with this chapter.
('77 Code, § 5.02.240 B.) (Ord. 67-O-673, passed - -67)

(D) Whenever inspections of the premises used for or in connection with the operation of a licensed business or occupation are provided for or required by ordinance or are reasonably necessary to secure compliance with any ordinance provision or to detect violations thereof, it shall be the duty of the licensee, or the person in charge of the premises to be inspected, to admit thereto for the purpose of making the inspection any officer or employee of the city who is authorized or directed to make such inspection at any reasonable time that admission is requested.

   (1) Whenever an analysis of any commodity or material is reasonably necessary to secure conformance with any ordinance provisions or to detect violations thereof, it shall be the duty of the licensee of the municipality whose business is governed by such provision to give to any authorized officer or employee of the city requesting the same sufficient samples of such material or commodity for such analysis upon request.

   (2) In addition to any other penalty which may be provided, the Mayor may revoke the license of any licensed proprietor of any licensed business in the city who refuses to permit any such officer or employee who is authorized to make such inspection or take such samples to make the inspection, or take an adequate sample of the said commodity, or who interferes with such officer or employee while in the performance of his duty in making such inspection. No license shall be revoked for such cause unless written demand is made upon the licensee or person in charge of the premises in the name of the city, stating that such inspection or sample is desired at the time it is sought to make the inspection or obtain the sample.
(Ord. 92-O-1432, passed 3-18-92)
Penalty, see § 110.99

### § 110.42 RIGHT OF ENTRY FOR INSPECTION; REPORTS.

(A) All persons authorized in this chapter to inspect licensees and businesses shall have the authority to enter, with or without a search warrant, at all reasonable times, the following premises:

   (1) Those for which a license is required;

   (2) Those for which a license was issued and which, at the time of inspection, are operating under such license;

   (3) Those for which the license has been revoked or suspended.

 (B) Persons inspecting licensees, their businesses, or premises as authorized in §§ 110.40 and 110.41, shall report all violations of this chapter or of other laws or ordinances to the City License Commission and shall submit such other reports as the City License Commission shall order.
('77 Code, § 5.02.240 C.,D.) (Ord. 67-O-673, passed - -67)

### § 110.43 PROVISIONAL ORDER; FINAL ORDER.

 (A) When an inspector has reported the violation of this chapter or of any law or ordinance of the city, the City License Commission shall report the violation to the Mayor who shall issue to the affected person a provisional order to comply.

   (1) The provisional order, and all other notices issued in compliance with this chapter, shall be in writing, shall be personally served and shall apprise the person affected of his specific violations. In the absence of the person affected or his agent or employee a copy of such notice shall be affixed to some structure on the premises. Depositing such notice in the United States mail shall constitute service thereof.

   (2) The provisional order shall require compliance within ten days of personal service on the affected person.

   (3) Upon written application by the person affected before the expiration of the ten-day period for compliance, the City License Commission shall order a hearing. Notice of such hearing shall be given the affected person in the manner prescribed in this chapter.
('77 Code, § 5.02.250)

 (B) (1) Upon the failure or refusal of the violator to comply with the provisions order or with any order made after hearing, the mayor shall then declare and make the provisional order final.

   (2) Upon revocation or suspension no refund of any portion of the license fee shall be made to the licensee and he shall immediately cease all business at all places under such license.
('77 Code, § 5.02.260) (Ord. 67-O-673, passed - -67)

### § 110.44 SUMMARY ACTION.

 If it appears a licensee has failed to pay the amount due for the license or any other penalty, fine, debt or liability to the city, the Mayor shall promptly revoke the license.
('77 Code, § 5.02.270) (Ord. 67-O-673, passed - -67)

### § 110.45 APPEAL PROCEDURE.

 (A) Any person aggrieved by any decision of the Mayor shall have the right to appeal to the City Council by filing a written appeal with the City Clerk within ten days following the effective date of the

Case 1:08-cv-00409   Document 25-4   Filed 01/29/2008   Page 18 of 18

General Business Licensing                                                                                   15

action or decision complained of.

(B) Such appeal shall set out a copy of the order or decision appealed from and shall include a statement of the facts relied upon to avoid such order.

(C) The Council shall fix a time and place for hearing the appeal and shall personally serve a written notice, as provided in this chapter, upon the appellant informing him thereof. The Council shall also give such notice to the Mayor and such officer shall be entitled to appear and defend such order.

(D) The findings of the Council shall be final and conclusive and shall be personally served upon the appellant as required in this chapter.
('77 Code, § 5.02.280) (Ord. 67-O-673, passed - -67)

### § 110.46  LIABILITY OF VIOLATOR.

(A) The amount of any unpaid fee, the payment of which is required under this chapter, shall constitute a debt due to the city.

(B) The Corporation Counsel shall, at the direction of the Mayor, institute civil suit in the name of the city to recover any such unpaid fee.

(C) No civil judgment, or any act by the Corporation Counsel, the Mayor or the violator shall bar or prevent a criminal prosecution for each and every violation of this chapter.
('77 Code, § 5.02.290) (Ord. 67-O-673, passed - -67)

### § 110.99  PENALTY.

Any person, firm or corporation violating any provisions of this chapter may be punished, in addition to the revocation of the license as hereinabove provided in this chapter, by imposition of a fine of not less than $25 nor more than $500 for each offense. A separate offense is deemed to have been committed on each day during which or on which a violation occurs or continues. Persons, firms or corporations which have violated the terms and provisions of § 110.15 by operating either directly or indirectly without having first secured the required license, but who, prior to the institution of judicial proceedings to enforce the provisions of this title, applies for said license, shall be charged an administrative fee in a sum equal to the fee for the license applied for. Said administrative fee shall be in lieu of any fine which might have been imposed by a court of competent jurisdiction in which enforcement of the provisions of this title may have otherwise been sought.
('77 Code, § 5.02.300) (Ord. 67-O-673, passed - -67; Am. Ord. 84-O-1161, passed 12-17-84)