**EXHIBIT "4"**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOS, INC. an Illinois not-for-profit corporation, and JESSE MCMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois Municipal corporation, DAVID WEBB, JR., J.V. COOK, SR. THADDEUS GOODLOW and ROGER AGPAWA Individuals,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08CV409<br><br>Judge Milton I. Shadur |

## AFFIDAVIT OF THADDEUS GOODLOW

Now comes, affiant, THADDEUS GOODLOW, being first duly sworn, does state upon oath as follows:

1. That I am the Builder Commissioner in the City of Markham.

2. That I am authorized to execute and issue permits for the City of Markham.

3. That I executed and issued a permit for a sprinkler system for the property located at 16207 Central Park, Markham, Illinois 60428 on January 22, 2008.

4. That I executed and issued a permit for an alarm system for the property located at 16207 Central Park, Markham, Illinois 60428 on January 23, 2008.

5. That I did not willfully violate the January 22, 2008 court order.

FURTHER AFFIANT SAYETH NOT

*[signature]*            1/29/08
                                                     DATE

SIGNED AND SOWRN TO BEFORE ME
THIS ____January 29____, 2008

*[signature: Michelle Broughton-Fountain]*

OFFICIAL SEAL
MICHELLE BROUGHTON-FOUNTAIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/09/08