*EXHIBIT "5"*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOS, INC. an Illinois not-for-profit corporation, and JESSE MCMORRIS, an individual, Plaintiffs, v. CITY OF MARKHAM, an Illinois Municipal corporation, DAVID WEBB, JR., J.V. COOK, SR. THADDEUS GOODLOW and ROGER AGPAWA Individuals, Defendants. | No. 08CV409 Judge Milton I. Shadur |

### AFFIDAVIT OF ROGER A. AGPAWA

Now comes, affiant, ROGER A. AGPAWA, being first duly sworn, does state upon oath as follows:

1. That I am the Deputy Chief/Inspector in the City of Markham.

2. On January 22, 2008, I requested a copy of the plans for the property located at 16207 Central Park, Markham, Illinois 60428 in order to review for safety code requirements from the company that was going to install the alarm system.

3. That I received the aforesaid information on January 23, 2008.

4. That on January 23, 2008, I instructed Mr. Thaddeus Goodlow to execute and issue a permit for an alarm system for aforesaid property.

5. That I did not willfully violate the January 22, 2008 court order in that I believe it did not say I could not review the plans.

FURTHER AFFIANT SAYETH NOT

*[signature]* Dep Chief Roy H. Hyson

1-29-08
DATE

SIGNED AND SOWRN TO BEFORE ME
THIS January 29, 2008

*[signature]* Michelle Broughton-Fountain

OFFICIAL SEAL
MICHELLE BROUGHTON-FOUNTAIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/09/08