***EXHIBIT "6"***

# Miller & Ellison

### Attorneys at Law

---

**17508 S. Carriageway Drive - Suite B**
**Hazel Crest, Illinois  60429**
**(708) 799-5454 - Fax (708) 799-5493**
**e-mail: steven.r.miller @ sbcglobal.net**

Steven R. Miller
* Sheila A. Ellison-Baker

* Also admitted in Michigan                    January 23, 2008

Mr. Nicholas Anaclerio
Attorney at Law
Ungaretti & Harris
3500 Three First National Plaza
Chicago, Illinois 60602-4283

        Re:   <u>St. Coletta's of Illinois, Inc., an Illinois not-for-
              profit corporation, and Jesse McMorris v. City of
              Markham, Mayor David Webb, Jr., J. V. Cook, Sr.,
              Thaddeus Goodlow and Roger Agpawa</u>, 08 CV 409

Dear Mr. Anaclerio:

        Pursuant to our telephone conversation this afternoon, please
find enclosed a copy of two City of Markham Building Permits
dated January 22, 2008 (#2196) and January 23, 2008 (#2198) issued
for the property located at 16207 S. Central Park Avenue, Markham,
Illinois 60428. These permits authorize your client to install a
fire sprinkler system and a fire alarm system on the property.
Please note that your client has paid $ 151.00 for the fire
sprinkler system permit; however, the fee for the fire alarm system
permit in the amount of $ 58.00 has not been paid. This amount must
be remitted to the Building Department in accordance with the City
of Markham Ordinances as soon as possible.

        In addition, water service has been made available for the
property at this time. However, your client must immediately
register for water service with the Water Department and pay all
applicable fees in accordance with the City of Markham Code of
Ordinances.

        Provision of the permits and water service by the City of
Markham constitutes complete compliance with the Orders entered by

Mr. Nicholas Anaclerio
January 23, 2008
Page 2

Judge Milton I. Shadur entered on January 22, 2008 and January 23, 2008. If I do not hear from you before 12:00 p.m. on Thursday, January 24, 2008, I will assume that you agree that the City of Markham has fully complied with both Orders.

Sincerely,

Steven R. Miller

SRM/sem

Enclosures

cc:  Mayor David Webb, Jr.
     Building Inspector Thaddeus Goodlow
     Deputy Fire Chief Roger Agpawa

# BUILDING PERM

## CITY OF MARKHAM

**NO WORK BEFORE 7:00 A.M.**

**NO WORK AFTER 7:00 P.M.**    *THIS PERMIT MUST BE PLACED ON STREET SIDE OF BUILDING, REMAIN THERE UNTIL JOB IS COMPLETED.*

**NO WORK ON SUNDAYS**

ADDRESS 16207 Central Park

(CONTRACTOR)/HOME OWNER Central States Automatic Sprink

PLUMBER _____ ELECTRIC _____

CONSTRUCTION Fire Sprinkler System MECHANICAL _____

DATE ISSUED 1-22 2008

AUTHORIZED BY: _____

NO. 2196

708-331-4005
X242

# 2008040

CAUTI
CHECK WITH THE FOLLOWIN
TO EXCAVATION WORK FOR
UNDERGROUND FACILITIE

N
ALL ELECTRICAL
HAVE
AND FINAL
WHEN
708.331.

998
5493

PERMIT FEE  **$151.8**

PLAN CHECK _____

SEWER TAP _____

WATER TAP _____

CONSTRUCTION METER _____

METER _____

ELECTRIC _____

HVAC _____

# BUILDING PERMIT

## CITY OF MARKHAM

**THIS PERMIT MUST BE PLACED ON STREET SIDE OF BUILDING, REMAIN THERE UNTIL JOB IS COMPLETED.**

NO WORK BEFORE 7:00 A.M.

NO WORK AFTER 7:00 P.M.

NO WORK ON SUNDAYS

ADDRESS 16207 Central Park

CONTRACTORS/HOME OWNER DMC Fire Alarm

PLUMBER _____ ELECTRIC _____

CONSTRUCTION Fire Alarm System   MECHANICAL _____

DATE ISSUED 1·23   20 08

AUTHORIZED BY: _Matthew Pinkle_ Deputy Fire Chief

NO. 2198

BUILDING CANNOT BE OCCUPIED WITHOUT OCCUPANCY PERMIT.



ALL ELECTRIC
HAVI
AND FINA
WHEN
708.331.

**CAUTI**

CHECK WITH THE FOLLOWIN
TO EXCAVATION WORK FOR
UNDERGROUND FACILITIE

800-892-

Call JU

PIN#

BLOCK#

LOT#

PERMIT FEE    $58.

PLAN CHECK

SEWER TAP

WATER TAP

CONSTRUCTION METER

METER

ELECTRIC

HVAC

PLUMBING

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## FAX COVER SHEET

**Date:** <u>Wednesday, January 23, 2008</u>    **Time:**    <u>10:50 p.m.</u>

**To:** <u>Atty. Nicholas Anaclerio, Ungaretti & Harris</u>

**Fax Number:** <u>(312) 977 - 4405</u>

**From:** <u>Atty. Steven R. Miller</u>

**Total Number of Pages (including this page):** <u>7</u>

**Original mailed:** <u>Yes</u>    Questions? Please call: (708) 799 - 5454

**Message:**

Letter and two City of Markham Building Permits for installation of a fire sprinkler system and fire alarm system at 16207 S. Central Park Avenue, Markham, Illinois 60428 (<u>St. Coletta's of Illinois, Inc., an Illinois not-for-profit corporation, and Jesse McMorris v. City of Markham, Mayor David Webb, Jr., J. V. Cook, Sr., Thaddeus Goodlow and Roger Agpawa</u>, 08 CV 409).

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

<u>Confidentiality Notice</u>

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.

If you have received this communication in error, please contact Miller & Ellison immediately and return the original message to the above address via the U. S. the Postal Service.

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 13129277440513129277440S | NORMAL | 23,23:53 | 0'48" | 7 | 0 K # | |

Jan 23 2008 23:53

\*\* Transmit Conf. Report \*\*

P.1

MILLER & ELLISON    Fax:7087995493

# Miller & Ellison

### Attorneys at Law

---

**17508 S. Carriageway Drive - Suite B**
**Hazel Crest, Illinois 60429**
**(708) 799-5454 - Fax (708) 799-5493**
**e-mail: steven.r.miller @ sbcglobal.net**

**Steven R. Miller**
**\* Sheila A. Ellison-Baker**

**\* Also admitted in Michigan**                    January 24, 2008

Mr. Nicholas Anaclerio
Attorney at Law
Ungaretti & Harris
3500 Three First National Plaza
Chicago, Illinois 60602-4283

Re:  <u>St. Coletta's of Illinois, Inc., an Illinois not-for-profit corporation, and Jesse McMorris v. City of Markham, Mayor David Webb, Jr., J. V. Cook, Sr., Thaddeus Goodlow and Roger Agpawa</u>, 08 CV 409

Dear Mr. Anaclerio:

In response to your letter that was sent to me via e-mail this morning at 11:52 a.m., I state as follows:

The two City of Markham Building Permits dated January 22, 2008 (#2196) and January 23, 2008 (#2198) issued for the property located at 16207 S. Central Park Avenue, Markham, Illinois 60428 were authorized by Building Inspector Thaddeus Goodlow. As previously indicated, these permits authorize your client to install a fire sprinkler system and a fire alarm system on the property. No other signature is required.

I have been informed by the City of Markham Water Department that your client had previously registered for water service and the account is current. Therefore, no further action is required by your client. You may disregard Paragraph 2 of my letter sent to you at 10:50 p.m. last evening.

Finally, I reset my fax machine to reflect the correct time. Your fax report should reflect that my letter was received by you at 10:53 p.m.

Mr. Nicholas Anaclerio
January 24, 2008
Page 2

At this point, there should be no question that the City of Markham has fully complied with the Orders of Judge Milton I. Shadur entered on January 22, 2008 and January 23, 2008. There is nothing to prohibit your client from moving forward with the installation of a fire sprinkler system and a fire alarm system on the property. Your client already has water service.

If I do not hear from you before 3:00 p.m. on Thursday, January 24, 2008, I will assume that you agree that the City of Markham has fully complied with both Orders.

Sincerely,

Steven R. Miller

SRM/sem

cc:  Mayor David Webb, Jr.
     Building Inspector Thaddeus Goodlow
     Deputy Fire Chief Roger Agpawa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FAX COVER SHEET

Date: **Thursday, January 24, 2008**        Time: **1:20 p.m.**

To:  **Atty. Nicholas Anaclerio, Ungaretti & Harris**

Fax Number:  **(312) 977 - 4405**

From:  **Atty. Steven R. Miller**

Total Number of Pages (including this page):  **3**

Original mailed: **Yes**     Questions? Please call: (708) 799 - 5454

Message:

   **Letter concerning compliance with Orders entered in the case of St. Coletta's of Illinois, Inc., an Illinois not-for-profit corporation, and Jesse McMorris v. City of Markham, Mayor David Webb, Jr., J. V. Cook, Sr., Thaddeus Goodlow and Roger Agpawa, 08 CV 409). Property is located at 16207 S. Central Park Avenue, Markham, Illinois 60428.**

   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.

If you have received this communication in error, please contact Miller & Ellison immediately and return the original message to the above address via the U. S. the Postal Service.

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 13129774405 | NORMAL | 24,13:22 | 0'28" | 3 | # O K | |

P.1

Jan 24 2008 13:22

\*\* Transmit Conf. Report \*\*

Fax:7087995493                    MILLER & ELLISON

# Miller & Ellison

## Attorneys at Law

---

**17508 S. Carriageway Drive - Suite B**
**Hazel Crest, Illinois 60429**
**(708) 799-5454 - Fax (708) 799-5493**
**e-mail: steven.r.miller @ sbcglobal.net**

Steven R. Miller
* Sheila A. Ellison-Baker

* Also admitted in Michigan                    January 24, 2008

Mr. Nicholas Anaclerio
Attorney at Law
Ungaretti & Harris
3500 Three First National Plaza
Chicago, Illinois 60602-4283

              Re:  <u>St. Coletta's of Illinois, Inc., an Illinois not-for-</u>
                   <u>profit corporation, and Jesse McMorris v. City of</u>
                   <u>Markham, Mayor David Webb, Jr., J. V. Cook, Sr.,</u>
                   <u>Thaddeus Goodlow and Roger Agpawa</u>, 08 CV 409

Dear Mr. Anaclerio:

      In response to your letter that was sent to me via e-mail this
afternoon at 2:52 p.m., I state as follows:

      Your stated position is that my client has not complied with
the Orders entered on by Judge Milton I. Shadur entered on January
22, 2008 and January 23, 2008. However, you have intentionally
failed to specify the manner in which my client is non-compliant
with Judge Shadur's Orders.

      I have thoroughly explained the building permit process to you
orally and in writing. Either you are purposely feigning a lack of
understanding of my client's procedure or you truly did not
understand the content of my letter. In either event, I will make
it simple and clear to you **again**:  The City of Markham has fully
complied with the Orders of Judge Milton I. Shadur entered on
January 22, 2008 and January 23, 2008. There is nothing to prohibit
your client from moving forward with the installation of a fire
sprinkler system and a fire alarm system on the property. There is
water service to the property.

Mr. Nicholas Anaclerio
January 24, 2008
Page 2

I am sure that your client has posted Building Permits #2196 and #2198 at their property and has used the water today. Take the time to confirm this with your client before you continue to take the non-defensible position that the City of Markham remains in violation of Judge Shadur's Orders.

And by the way, the practice of imposing deadlines should be familiar to you. Please refer to the letter from your partner, John Durso, to me on January 16, 2008 wherein he attempted to impose strict deadlines on my client. Apparently, this so-called "silly" practice is quite common.

Sincerely,

Steven R. Miller

SRM/sem

cc:  Mayor David Webb, Jr.
     Building Inspector Thaddeus Goodlow
     Deputy Fire Chief Roger Agpawa

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FAX COVER SHEET

**Date:** __Thursday, January 24, 2008__    **Time:** ____4:25 p.m.___

**To:** __Atty. Nicholas Anaclerio, Ungaretti & Harris__

**Fax Number:** ___(312) 977 – 4405___

**From:** __Atty. Steven R. Miller__

**Total Number of Pages (including this page):** ____3____

**Original mailed:** __Yes__    **Questions? Please call:** (708) 799 – 5454

**Message:**

Letter concerning compliance with Orders entered in the case of __St. Coletta's of Illinois, Inc., an Illinois not-for-profit corporation, and Jesse McMorris v. City of Markham, Mayor David Webb, Jr., J. V. Cook, Sr., Thaddeus Goodlow and Roger Agpawa__, 08 CV 409). Property is located at 16207 S. Central Park Avenue, Markham, Illinois 60428.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Confidentiality Notice**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.

If you have received this communication in error, please contact Miller & Ellison immediately and return the original message to the above address via the U. S. the Postal Service.

** Transmit Conf. Report **

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 13129774405 | NORMAL | 24,16:25 | 0'28" | 3 | # O K | |

Jan 24 2008  16:25    P.1

MILLER & ELLISON    Fax:7087995493