IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case:  08-cv-00409

St. Coletta's of Illinois, Inc., Jesse McMorris,

v.

City of Markham, David Webb, Jr., J.V. Cook, Sr.,
Thaddeus Goodlow, and Roger Agpawa


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF MARKHAM, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW, and ROGER AGPAWA**

| | |
|---|---|
| SIGNATURE<br>s/Clifford G. Kosoff | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122385 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES X      NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES X      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., <br> JESSE MCMORRIS, <br>                 Plaintiff, <br><br> v. <br><br> CITY OF MARKHAM, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW, and ROGER AGPAWA <br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 08-cv-00409 <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicholas Anaclerio, Jr. <br> nanaclerio@uhlaw.com | David Levitt <br> dlevitt@uhlaw.com |
| Jamie A. Robinson <br> jarobinson@uhlaw.com | Michelle Broughton-Fountain <br> mb-fountain@comcast.net |

                                        City of Markham, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa

                                        By:    s/Clifford G. Kosoff
                                                     Clifford G. Kosoff, #3122385
                                                     O'Halloran Kosoff Geitner & Cook, LLC
                                                     650 Dundee Road, Suite 475
                                                   Northbrook, IL 60062
                                                   Telephone: (847) 291-0200
                                                   Facsimile:  (847) 291-9230
                                                   E-mail: ckosoff@okgc.com