UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOS, INC. an Illinois not-for-profit corporation, and JESSE MCMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois Municipal corporation, DAVID WEBB, JR., J.V. COOK, SR. THADDEUS GOODLOW and ROGER AGPAWA Individuals,<br><br>Defendants. | No. 08CV409<br><br>Judge Milton I. Shadur |

## DEFENDANTS' EMERGENCY MOTION TO RECONSIDER THE COURT'S JANUARY 22, 2008 ORDER FOR DISCOVERY

PLEASE TAKE NOTICE that on January 30, 2008 at 9:15 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Milton I. Shadur in room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present DEFENDANTS' EMERGENCY MOTION TO RECONSIDER THE COURT'S JANUARY 22, 2008 ORDER FOR DISCOVERY, a copy of which is hereby served upon you.

Dated: January 29, 2008

Respectfully Submitted,

By: /s/ Steven R. Miller
Steven R. Miller
**Attorney for City of Markham**
**David Webb, Jr., Thaddeus Goodlow**
**And Roger Agpawa**
17508 S. Carriageway Drive, Suite B
Hazel Crest, Illinois 60429
(708) 799-5454 (Phone)
(708) 799-5493 (Fax)
steven.r.miller@sbcglobal.net
ARDC# 6186732

Respectfully Submitted,

By: /s/ Michelle Broughton-Fountain
Michelle Broughton-Fountain
**Attorney for J.V. Cook, Sr.**

19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
(708) 647-8053 (Phone)
(708) 647-8722 (Fax)
MB-Fountain@comcast.net
ARDC# 6230798

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of DEFENDANTS' EMERGENCY MOTION TO RECONSIDER THE COURT'S JANUARY 22, 2008 ORDER FOR DISCOVERY was served via facsimile transmission on January 29, 2008 upon:

Nicholas Anaclerio, Jr.
Jamie A. Robinson
David Levitt
Ungaretti & Harris
Three First National Plaza Suite 3500
Chicago, Illinois 60602
(312) 977-4400 (Phone)
(312) 977-4405 (Fax)

                                            By: /s/ Michelle Broughton-Fountain