***EXHIBIT "1"***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | Judge Milton I. Shadur<br><br>No. 08 CV 409 |

## ORDER

This matter coming before the Court on Plaintiffs' Emergency Motion for Order of Mandamus, IT IS HEREBY ORDERED:

1. Plaintiffs' Emergency Motion for Order of Mandamus is granted. The Court enters an order of mandamus compelling Defendants to issue St. Coletta's of Illinois, Inc. a permit to install a fire alarm system and sprinkler system in the property located at 16207 South Central Park, Markham, Illinois.

2. The Court grants Plaintiffs' request to expedite discovery.

1086755


EXHIBIT #1

3.  The Court enters the Preservation Order, attached hereto as Exhibit A.

Jan. 22, 2008    _____
SO ENTERED: Honorable Milton I. Shadur

Order Prepared By:

Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1086755                                          2