UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | No. 08 C 0409 Senior District Judge Milton I. Shadur |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

### AFFIDAVIT OF RAY BRYAN

I, Ray Bryan, being over the age of 18, and first duly sworn, do state upon oath as follows:

1. I have personal knowledge of the facts contained herein and if called to testify would testify to the same.

2. I am the Director of Residential Services at St. Coletta's

3. St. Coletta's is an Illinois not-for-profit corporation, that is a social service agency that provides support for and operates Community Integrated Living Arrangements ("CILA's") for mentally and developmentally disabled persons throughout the southern suburbs of Chicago.

4. As an agency that supports and operates CILA facilities, St. Coletta's is subject to the licensing requirements under the CILA Act and regulations contained in the Illinois Administrative Code for each of its CILA facilities.

FURTHER AFFIANT SAYETH NOT

Ray Bryan

Subscribed and Sworn to
before me this 29th day of January, 2008

Notary Public

OFFICIAL SEAL
GEORGENE A. NASH
Notary Public - State of Illinois
My Commission Expires Dec 04, 2010