UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals<br><br>Defendants. | Case No. 08 C 409<br><br>Senior District Judge Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To:   See attached service list

    PLEASE TAKE NOTICE that on January 29, 2008 the undersigned caused **PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be filed in the Northern District of Illinois, Eastern Division, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: January 29, 2008

                                                   Respectfully submitted,

                                                   /s/ Jamie A. Robinson
                                        Nicholas Anaclerio (ARDC #6187889)
                                        Jamie A. Robinson (ARDC #6270503)
                                        David Levitt (ARDC #6280466)
                                        UNGARETTI & HARRIS LLP
                                        Three First National Plaza
                                        Suite 3500
                                        Chicago, Illinois 60602
                                        Telephone (312) 977-4400
                                        Facsimile (312) 977-4405
                                        Counsel for Plaintiffs