UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　No. 08 CV 409<br>)<br>)　Judge Milton I. Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:    See attached service list

**PLEASE TAKE NOTICE** that on January 29, 2008, we filed with the United States District Court for the Northern District of Illinois, the attached First Amended Complaint, a copy of which is served upon you.

Dated: January 29, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ David Levitt
　　　　　　　　　　　　　　　　　　　　　　Nicholas Anaclerio (ARDC #6187889)
　　　　　　　　　　　　　　　　　　　　　　Jamie A. Robinson (ARDC #6270503)
　　　　　　　　　　　　　　　　　　　　　　David Levitt (ARDC #6280466)
　　　　　　　　　　　　　　　　　　　　　　UNGARETTI & HARRIS LLP
　　　　　　　　　　　　　　　　　　　　　　3500 Three First National Plaza
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　Telephone (312) 977-4400
　　　　　　　　　　　　　　　　　　　　　　Facsimile (312) 977-4405
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

1097567