## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of **First Amended Complaint,** was served on January 29, 2008 via Federal Express or on January 30, 2008 via hand delivery upon the following:

City Of Markham
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

David Webb, Jr.
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Roger Agpawa
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Thaddeus Goodlow
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429
Phone: 708/799-5454
Facsimile: 708/799-5493

and served on January 29, 2008 via ECF upon the following

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
Phone: 708/647-8053
Facsimile: 708/647-8722

/s/ David Levitt
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1097568