UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals<br>Defendants. | Case No. 08 C 409<br>Senior District Judge Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** and **MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** was filed on Friday, January 25, 2008 with the Clerk for the United States District Court, for the Northern District, using the CM/ECF system. Due to technical difficulties transmitting the documents via Facsimile to the following parties on Friday, January, 25, 2008, the counsel was served *via Special Messenger* on Monday, January 28, 2008, on or about 10:30 a.m. (a copy of proof of delivery is attached)

City Of Markham
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

David Webb, Jr.
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Roger Agpawa
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 331-4907
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Thaddeus Goodlow
16313 Kedzie Parkway
Markham, Illinois 60428
Phone: 708/331-4905 ex. 225
Facsimile: 708/331-2580

Dated: January 29, 2008                              Respectfully submitted,

                                                /s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Counsel for Plaintiffs



23020 - UNGARETTI & HARRIS     Name: **STAN DOUGHTY**

# Delivery Tracking - January 28, 2008

Page 1 of 2   Next Page   Prev Page

< 1 / 2008 >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**Delivered**
800302593
Direct Messenger

UNGARETTI & HARRIS
70 W MADISON ST
CHICAGO, IL   60602
Reference 1: 1003004-0002 F P
Driver Number: 6033

BARNES & THORNBURG
ONE N WACKER DR.
CHICAGO, IL   60606

Delivered at: **4:30 PM** (CST) Signed by: **Anderson**   Rate: **$13.25**

**Delivered**
800296297
Rush Messenger

UNGARETTI & HARRIS
70 W MADISON ST
CHICAGO, IL   60602
Reference 1: 9774400-0002 RAU
Driver Number: 6033

PEOPLES ENERGY
130 E RANDOLPH
CHICAGO, IL   60601

Delivered at: **12:28 PM** (CST) Signed by: **Taylor**   Rate: **$6.62**

**Delivered**
800293920
Direct Car...



**Delivered**
800274122
Scheduled Routes

LOOP POST OFFICE
211 S CLARK ST
CHICAGO, IL   60604
Reference 1: MAIL DELIVERY
Driver Number: 175

UNGARETTI & HARRIS
70 W MADISON ST
CHICAGO, IL   60602
Reference 2: M-F
Reference 3: 5003153

Delivered at: **7:15 AM** (CST) Signed by: **Erickson**   Rate: **$27.88**

**Delivered**
800274063
Scheduled Routes

LOOP POST OFFICE
211 S CLARK ST
CHICAGO, IL   60604
Reference 1: 2ND MAIL STOP
Driver Number: 175

UNGARETTI & HARRIS
70 W MADISON ST
CHICAGO, IL   60602
Reference 2: M-F
Reference 3: 5003154

Delivered at: **9:45 AM** (CST) Signed by: **Erickson**   Rate: **$13.38**

Display **10**
Deliveries Per Page

**Delivery Service Status**
We are pleased to report that delivery performance is optimal today and no delays exist at present.

**Multi-Print**
Print multiple labels or waybills for this day's orders.
Multi-Print

**Order Queue**
No orders in queue.
Display Queue

**Delivery Tracking**
Questions regarding your delivery can be directed to your local call center at (847) 264-2500.

Page 1 of 2   Next Page   Prev Page
5 deliveries for January 28, 2008. Now viewing 1 through 5.

For website assistance please contact help@dxnow.com