UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals<br><br>        Defendants. | Case No. 08 C 409<br><br>Senior District Judge Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To:   See attached service list

**PLEASE TAKE NOTICE** that on January 29, 2008 we filed **PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE**, a copy of which is hereby served upon you.

Dated: January 29, 2008

Respectfully submitted,

    /s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Counsel for Plaintiffs

UHDOCS-1096593