# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 409 | **DATE** | 1/30/2008 |
| **CASE TITLE** | St. Coletta's of Illinois vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Motion hearing held. A status hearing is set for February 15, 2008 at 9:00 a.m. Plaintiff's motion for Temporary Restraining Order is granted. (19-1) Enter Temporary Restraining Order. Defendant's emergency motion to reconsider plaintiffs' emergency motion to enforce is granted in part and denied in part. (25-1) This Court vacates only the portion of the January 23, 2008 order that imposed fines against the defendants. Defendants' emergency motion to vacate the Court's January 22, 2008 order for discovery is entered and continued to 2/15/08 at 9:00 a.m.

8 at

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|