UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ST. COLETTA'S OF ILLINOIS, INC., )
an Illinois not-for-profit corporation, )
and JESSE McMORRIS, an individual, )
                                                         )
        Plaintiffs, )
v. )
                                                          ) No. 08 CV 409
                                                          )
CITY OF MARKHAM, an Illinois )
municipal corporation, )
DAVID WEBB, JR., ) Senior U.S. District Judge
J.V. COOK, SR., ) Milton I. Shadur
THADDEUS GOODLOW and )
ROGER AGPAWA, )
individuals, )
                                                          )
        Defendants. )

## TEMPORARY RESTRAINING ORDER

This matter coming before the Court on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and Defendants' Emergency Motion to Vacate the Court's January 22, 2008 Order for Discovery and Defendants' Emergency Motion to Reconsider Plaintiffs' Emergency Motion to Enforce Order of Mandamus, the court having reviewed all of the parties written submissions, including the affidavits of record, having considered fully the arguments of counsel, and otherwise being fully advised in the law and premises,

NOW THEREFORE THE COURT DOES HEREBY ORDERED:

1. Defendants' Emergency Motion to Reconsider Plaintiffs' Emergency Motion to Enforce Order of Mandamus is granted in part and denied in part. For the reasons, and with the reservations and limitations stated of record in open court on January 30, 2008, the Court vacates only that portion of the January 23, 2008 Order that imposed fines against the Defendants, but

UHDOCS-1096458

finds that all other provisions of the January 23, 2008 Order should remain intact and therefore shall stand unaltered;

2. Defendants' Emergency Motion to Vacate the Court's January 22, 2008 Order for Discovery is entered and continued to Friday, February 15, 2008 at 9:00 a.m.

3. Plaintiffs' Motion for a Temporary Restraining Order is granted as of 10:00 a.m. on January 30, 2008 for the reasons stated in open court, the Court specifically finding that Plaintiffs have met their burden in establishing the necessary elements for the issuance of a temporary restraining order as set forth in *Roland Machinery Co. v. Dresser Industries, Inc.*, 749 F.2d 380, 386-88 (7th Cir. 1984), to wit specifically that:

   A. Plaintiffs are likely to succeed on the merits of their claims;

   B. Absent the entry of this Temporary Restraining Order (this "Order"), Plaintiffs are likely to sustain irreparable harm for which there is no adequate legal remedy, because if Plaintiffs and St. Coletta's other residents are unable to move into the residence located at 16207 S. Central Park, Markham, Illinois (the "Home") and/or prohibited from occupying and operating it as a group home for disabled persons on and after February 1, 2008 they will be left without suitable and appropriate housing, and might or could, for the reasons set forth in the January 28, 2008 Affidavit of Osama El-Shafie, M.D., also sustain the further irreparable harm described therein;

   C. The harm Plaintiffs would sustain if this Order is not issued is far greater than any harm Defendants might sustain through its issuance, as the Court finds that Defendants are unlikely to suffer any harm through issuance of this Order; and

   D. Entry of this Order will in no way harm the public interest, but will serve the public interest.

4. Defendants are enjoined, restrained and prohibited from interfering in any way with the Plaintiffs' opening, occupancy or operation of the Home at 16207 S. Central Park, Markham, Illinois as a group home for disabled persons.

5. Based on the Court's foregoing findings regarding the threat of irreparable harm to the Plaintiffs in the absence of this Order, and the lack of any harm to Defendants through its issuance, the Court finds that no security or bond is necessary or appropriate, and therefore, that none shall be required of Plaintiffs' in connection with the issuance of this Order pursuant to Fed. R. Civ. P. 65(c), or otherwise.

6. This Order shall expire at 10:00 a.m. on February 13, 2008 unless previously renewed in accordance with the law.

7. A status hearing is set for February 15, 2008 at 9:00 a.m.

_/s/ Milton Shadur_

SO ENTERED: Honorable Milton I. Shadur
Senior U.S. District Judge

**Order Prepared By:**
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

1/30/08