IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, <br><br> Defendants. | No. 08 cv 409 <br><br> Judge Milton I. Shadur |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, City of Markham, David Webb, J.V. Cook Sr., Thaddeus Goodlow and Roger Agpawa, by their attorneys, Clifford G. Kosoff, Jane M. May and Joshua S. Abern, as their motion for extension of time to answer or otherwise plead state as follows:

1. On January 18, 2008, Plaintiffs filed a complaint against the City of Markham, David Webb, J.V. Cook Sr., Thaddeus Goodlow and Roger Agpawa (hereinafter "defendants") stemming from the defendants' alleged interference with plaintiffs' ability to operate a group home for the disabled within the City of Markham. See Doc. 1.

2. Defendants filed their First Amended Complaint on January 29, 2008 against the same defendants. See Doc. 33.

3. Under Fed.R.Civ.P. 15(a), "a party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be longer."

4. Taking into account Fed.R.Civ.P. 6(a) regarding computation of time for periods of less than 11 days, defendants' responsive pleading is due on or before February 12, 2008.

5. Defendants request an additional 30 days, until March 12, 2008, to respond to plaintiffs' amended complaint for the following reasons:

(a) The exigent circumstances in this case which necessitated an expeditious resolution, i.e. allowing St. Colleta's to operate a group home absent regulation in the form of a business license in time to move the disabled residents into the home, are no longer present. The City of Markham, through counsel, has informed St. Colleta's that it may operate the home without such license. See Exhibit A attached hereto.

(b) Presently under consideration is whether undersigned counsel would have a potential conflict of interest in representing the City of Markham and each of the individual defendants. If new counsel is assigned for the four individual defendant parties, a decision which is anticipated to be made shortly, such counsel would require the additional time to review the facts, meet with their clients and formulate a response to the amended complaint.

(c) The amended complaint is voluminous and consists of 36 pages (not including exhibits), 9 counts and 137 paragraphs. Undersigned counsel needs the additional time in order to more fully investigate the claims made and adequately prepare a pleading responsive to the complaint.

6. In accordance with the local rules of this Court, defendants' counsel has by letter sought agreement from plaintiffs' counsel to this extension, but has not received a response at the time of the filing of this motion.

7. No party will be prejudiced by the granting of this motion.

WHEREFORE, defendants, City of Markham, David Webb, J.V. Cook Sr., Thaddeus Goodlow and Roger Agpawa, respectfully request that this Honorable Court grant them an extension of time, to and including March 12, 2008, to file their response to plaintiffs' first amended complaint.

                CITY OF MARKHAM, DAVID WEBB, J.V.
                COOK SR., THADDEUS GOODLOW and ROGER
                AGPAWA

                __s/ Joshua S. Abern_____
                One of their attorneys

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone (847) 291-0200
Facsimile (847) 291-9230

**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., JESSE MCMORRIS, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 08-cv-00409 |
| CITY OF MARKHAM, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW, and ROGER AGPAWA | ) ) ) ) | Judge Milton I. Shadur |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically filed Defendants' Motion For Extension Of Time To Answer Or Otherwise Plead with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

David Levitt
dlevitt@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

        City of Markham, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa

        By:    s/Joshua S. Abern
                Joshua S. Abern, #6285598
                O'Halloran Kosoff Geitner & Cook, LLC
                650 Dundee Road, Suite 475
                Northbrook, IL 60062
                Telephone: (847) 291-0200
                Facsimile:  (847) 291-9230
                E-mail:  jabern@okgc.com