**O'HALLORAN KOSOFF GEITNER & COOK, LLC**
ATTORNEYS AT LAW
EDENS CORPORATE CENTER
650 DUNDEE ROAD, FOURTH FLOOR
NORTHBROOK, ILLINOIS 60062
PHONE (847) 291-0200
FAX (847) 291-9230

Sender's email:
*jmay@okgc.com*
*www.okgc.com*

**Via Facsimile (312) 977-4405**
**& First Class Mail**

February 7, 2008

Mr. Nicholas Anaclerio
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Re:   *St. Colletta's v. City of Markham, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa*
Case No.: 08 cv 409

Dear Mr. Anaclerio:

Please be advised that we received your letter yesterday, withdrawing your client's application for a business license. As such, the matter was removed from the agenda for the February 6, 2008 board meeting. In any event, the City of Markham will not apply the provisions of its business license ordinance (Markham Code of Ordinances, Title XI, Chapter 110) to St. Colletta's operation of the not-for-profit group home for the disabled at 16207 S. Central Park in Markham.

We also received your settlement demand letter yesterday evening. We think it is appropriate at this time to request a settlement conference with the judge.

Very truly yours,

O'HALLORAN KOSOFF GEITNER & COOK, LLC

Jane M. May
JMM/tmd

cc:   Steven Miller  (via facsimile/mail 708/799-5493)
Michelle Broughton-Fountain (via facsimile/mail 708/647-8722)

**EXHIBIT A**