# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> JESSE MCMORRIS, ) <br>               Plaintiff, ) <br>                ) <br> v. ) <br>                ) <br> CITY OF MARKHAM, DAVID WEBB, ) <br> JR., J.V. COOK, SR., THADDEUS ) <br> GOODLOW, and ROGER AGPAWA ) <br>               Defendant. ) | Case No.: 08-cv-00409 <br><br> Judge Milton I. Shadur |

## NOTICE OF MOTION

To:  All Counsel of Record

YOU ARE HEREBY NOTIFIED that on the **15th day of February, 2008, at 9:00 a.m.,** we shall appear before the Honorable Judge Milton I. Shadur in courtroom 2303 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, and shall present the Defendants' Motion For Extension of Time to Answer or Otherwise Plead at which time and place you may appear if you wish to do so.

                                            City of Markham, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa

                                            By:  s/Joshua S. Abern
                                                     Joshua S. Abern, #6285598
                                                     O'Halloran Kosoff Geitner & Cook, LLC
                                                     650 Dundee Road, Suite 475
                                                     Northbrook, IL 60062
                                                     Telephone: (847) 291-0200
                                                     Facsimile:  (847) 291-9230
                                                     E-mail:  jabern@okgc.com

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> JESSE MCMORRIS, ) <br>                 Plaintiff, ) <br>                  ) <br> v. ) <br>                  ) <br> CITY OF MARKHAM, DAVID WEBB, ) <br> JR., J.V. COOK, SR., THADDEUS ) <br> GOODLOW, and ROGER AGPAWA ) <br>                 Defendant. ) | Case No.: 08-cv-00409 <br><br> Judge Milton I. Shadur |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed Defendants' Motion For Extension Of Time To Answer Or Otherwise Plead with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicholas Anaclerio, Jr. <br> nanaclerio@uhlaw.com | David Levitt <br> dlevitt@uhlaw.com |
| Jamie A. Robinson <br> jarobinson@uhlaw.com | Michelle Broughton-Fountain <br> mb-fountain@comcast.net |

          City of Markham, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa

By:    s/Joshua S. Abern
       Joshua S. Abern, #6285598
       O'Halloran Kosoff Geitner & Cook, LLC
       650 Dundee Road, Suite 475
       Northbrook, IL 60062
       Telephone: (847) 291-0200
       Facsimile: (847) 291-9230
       E-mail: jabern@okgc.com