UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>      Plaintiffs,<br>v.<br><br><br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 08 CV 409<br>)<br>)   Senior District Judge<br>)   Milton I. Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO WITHDRAW THEIR
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Mr. McMorris") (collectively, "Plaintiffs") by counsel, Nicholas Anaclerio, Jamie A. Robinson and David Levitt, respectfully move this Court for the entry of an order granting them leave *instanter* to withdraw their Motion for a Preliminary Injunction (Docket # 19) without prejudice to its renewal if and when further injunctive relief may be necessary, and in support hereof state:

1.    Through this suit, Plaintiffs seek to vindicate their federally-protected rights to be free from unlawful housing discrimination based on the developmental disabilities of Mr. McMorris and his fellow group home residents. The Court's January 22, 2008 mandamus order (Docket # 17), its January 23, 2008 contempt order enforcing that mandamus order (Docket # 23), and particularly its January 30, 2008 temporary restraining order ("TRO," Docket # 36)

compelled Defendants, at long last, to desist in their municipal interference with, and obstruction of, Plaintiffs' rights to use, occupy and operate the residence located at 16207 South Central Park, Markham, Illinois (the "Home"), as a group home for the developmentally disabled.

2. On January 30, 2008, Plaintiffs, among other things, proposed that Defendants stipulate and agree that Markham's business license ordinance had no application to them (*see,* January 30, 2008 correspondence of Plaintiffs' counsel, a true copy of which is attached as Exhibit 1). By February 6, 2008, Defendants having failed to accept such a stipulation, St. Coletta's formally withdrew its petition and application for a business license from the Defendant City of Markham (*see* February 6, 2008 correspondence of Plaintiffs' counsel, a true copy of which is attached as Exhibit 2). At its subsequent meeting, the Markham City Council voted to accept St. Coletta's withdrawal of its business license petition and application. Through the February 7, 2008 letter of its counsel, Jane May (a true copy of which is attached as Exhibit 3), the Defendant City confirmed that it "will not apply the provisions of its business license ordinance (Markham Code of Ordinances, Title XI, Chapter 110) to St. Coletta's operation of the not-for-profit group home for the disabled at 16207 S. Central Park in Markham."

3. Nevertheless, Defendants' discriminatory acts, both prior and subsequent to issuance of the Court's January 22 and January 23, 2008 mandamus and contempt orders, made it impossible, despite the Court's January 30, 2008 TRO, for Plaintiffs to obtain the Illinois Department of Human Services' required inspection and approval of the Home in time to take occupancy by the January 31, 2008 expiration of the lease on their prior residence. But because St. Coletta's did subsequently obtain an expedited IDHS on-site review and approval of the Home, the residents did finally move into the Home on February 11, 2008.

1093996-1

4. The Court's intervention, particularly its TRO, has thus enabled Plaintiffs to accomplish the critical objective of moving into the home, albeit subject to substantial delays and expenses incurred due to Defendants' interference. By reason of the foregoing, Plaintiffs request leave to withdraw, without prejudice, their request for entry of a preliminary injunction, subject to their rights to present to the Court such renewed applications for additional injunctive relief as circumstances and Defendants' actions may hereafter require.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them leave *instanter* to withdraw their motion for preliminary injunction without prejudice to its renewal if and when further injunctive relief may be necessary, and further granting such other or additional relief in their favor as the Court deems fair, just and equitable in the premises.

Dated: February 12, 2008                    Respectfully submitted,

/s/ Nicholas Anaclerio
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

**Counsel for Plaintiffs**

1093996-1