IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 409 |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) | Judge Milton I. Shadur Magistrate Judge Susan Cox |
| Defendants. | ) | |

**DEFENDANTS, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW, AND ROGER AGPAWA'S, MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE AND EXTENSION OF TIME TO ANSWER AND/OR RESPOND TO WRITTEN DISCOVERY**

**NOW COME** the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, by and through their attorneys, James P. Moran, Louis A. Varchetto, Matthew R. Schreck, and James J. Temple of Mulherin, Rehfeldt & Varchetto, P.C., and move this Honorable Court for leave to file their substitute appearances and for an extension of time to answer and/or respond to written discovery, including Plaintiff's Requests to Admit, and in support thereof state as follows:

1.      On February 21, 2008, James P. Moran, Louis A. Varchetto, Matthew R. Schreck, and James J. Temple of Mulherin, Rehfeldt & Varchetto, P.C. were retained to represent the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, in this matter.

2.      As such, James P. Moran, Louis A. Varchetto, Matthew R. Schreck, and James J. Temple of Mulherin, Rehfeldt & Varchetto, P.C. request that this Court grant them leave to file their appearances on behalf of the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, as substitute counsel for Clifford G. Kosoff, Jane M. May, and Joshua S. Abern of O'Halloran, Kosoff, Helander & Geitner, P.C. and Steven R. Miller of Miller and Ellison.

3.      Upon being retained, counsel for the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, learned that the Plaintiff, St. Coletta's of Illinois, Inc., had previously served upon the Defendants written discovery, including Requests to Admit, which pursuant to applicable rules must be answered and/or otherwise responded to by February 27, 2008.

4.      Pursuant to this Court's Order of February 12, 2008, the Defendants have up to and including March 12, 2008 to file their responsive pleadings to the Plaintiff's Amended Complaint.  (See Court Document No. 39).

5.      As counsel for the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, were recently retained in this matter and have not yet received any pleadings, discovery, or other documents regarding this matter, including written discovery and Requests to Admit propounded by the Plaintiff, additional time to answer and/or respond to said discovery is necessary.

6.      Counsel for the Defendants have complied with Federal Rule of Civil Procedure 37, Local Rule 37.2, and his Honor's Courtroom Rules by conferring  with the Plaintiff's counsel regarding the written discovery propounded by the Plaintiff upon

Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, including Requests to Admit.

7.    In this regard, on February 21 and 22, 2008, James P. Moran spoke with counsel for the Plaintiff, Nicholas Anaclerio, Jr., and requested an extension of time to answer and/or otherwise respond to Plaintiff's written discovery, including Requests to Admit.

8.    Plaintiff's counsel, Nicholas Anaclerio, Jr., has indicated he will agree to grant the individual Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, an extension of time, up to and including March 12, 2008, to answer and/or otherwise respond to Plaintiff's written discovery, including Requests to Admit, if the individual Defendants will be produced for depositions on either March 14, 18, 19, 20 or 21, 2008.

9.    James P. Moran has been informed by Steven Miller, current attorney for Defendants, that the individual Defendants are available for their depositions on March 18, 19, 20 or 21, 2008.  However, at the time of the filing of this motion, the specific date and time for each individual Defendant has not yet been set.

10.    To avoid undue prejudice, the Defendants request this Court grant them an extension of time to answer and/or otherwise respond to Plaintiff's written discovery, including Requests to Admit, namely up to and including March 12, 2008, the date in which the Defendants' responsive pleadings to the Plaintiff's Amended Complaint are due.

11.    The granting of this Motion will not delay discovery and/or prejudice the Plaintiff.

**WHEREFORE**, the Defendants, David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow, and Roger Agpawa, respectfully request that this Court grant their attorneys, James P. Moran, Louis A. Varchetto, Matthew R. Schreck, and James J. Temple of Mulherin, Rehfeldt & Varchetto, P.C., leave to file their substitute appearance, within seven days, and grant them up to and including March 12, 2008 to answer and/or otherwise respond to the Plaintiff's written discovery and Requests to Admit.

Respectfully Submitted,

s/James P. Moran
Attorneys for Defendant
James P. Moran IL Bar No. 06183759
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: jmoran@mrvlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 25, 2008, I electronically filed the foregoing Motion for Leave to File Substitute Appearances and Extension of Time to Answer and/or Respond to Written Discovery, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nicholas Anaclerio, Jr.
David Levitt
Jamie A. Robinson
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602

Clifford Gary Kosoff
Jane Marie May
Joshua S. Abern
O'Halloran, Kosoff, Helander & Geitner, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062

Michelle Broughton-Fountain
19150 South Kedzie
Suite 103B
Flossmoor, Illinois 60422

Mr. Steven R. Miller
Miller and Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL  60429