IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08 C 409 |
| | ) |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) Judge Milton I. Shadur ) ) Magistrate Judge Susan Cox ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   All Attorneys of Record
      (See Attached Service List)

**PLEASE TAKE NOTICE** that on **February 27, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear in the Northern District Court of Illinois, Eastern Division, before the Honorable Milton I. Shadur in Courtroom 2303, and shall then and there present Defendants' Motion for Leave to File Substitute Appearances and Extension of Time to Answer and/or Respond to Written Discovery and move for a hearing thereon.

                                        MULHERIN, REHFELDT & VARCHETTO, P.C.


                                        By: s/ James P. Moran
                                        MULHERIN, REHFELDT & VARCHETTO, P.C.
                                        211 South Wheaton Avenue, Suite 200
                                        Wheaton, IL  60187
                                        630/653-9300/FAX: 630/653-9316
                                        ARDC: 06183759
                                        jmoran@mrvlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2008, I electronically filed the foregoing Notice of Motion for Leave to File Substitute Appearances and Extension of Time to Answer and/or Respond to Written Discovery, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nicholas Anaclerio, Jr.
David Levitt
Jamie A. Robinson
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602

Clifford Gary Kosoff
Jane Marie May
Joshua S. Abern
O'Halloran, Kosoff, Helander & Geitner, P.C.
Suite 475
Northbrook, Illinois 60062

Michelle Broughton-Fountain
19150 South Kedzie
Suite 103B
Flossmoor, Illinois 60422

Mr. Steven R. Miller
Miller and Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL 60429

                                By: s/ James P. Moran
                                MULHERIN, REHFELDT & VARCHETTO, P.C.
                                211 South Wheaton Avenue, Suite 200
                                Wheaton, IL 60187
                                630/653-9300/FAX: 630/653-9316
                                ARDC: 06183759
                                jmoran@mrvlaw.com