IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., | ) | |
| An Illinois not-for-profit corporation, and | ) | |
| JESSE McMORRIS, and individual, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 08 C 409 |
| | ) | |
| CITY OF MARKHAM, an Illinois | ) | Judge Shadur |
| Municipal corporation, DAVID WEBB, JR. | ) | |
| J.V. COOK, SR., THADDEUS GOODLOW | ) | Magistrate Judge Cox |
| And ROGER AGPAWA, individuals, | ) | |
| Defendants. | ) | |

## CITY OF MARKHAM'S MOTION REQUESTING A SETTLEMENT CONFERENCE

NOW COMES the defendant, City of Markham, and moves that this Honorable Court set the above-referenced matter for a settlement conference. In support of this motion, the defendant states as follows:

1. Plaintiff has filed the above-referenced matter alleging a claim of housing discrimination against the defendants. Plaintiffs assert that their ability to open a group home in Markham on or before February 1, 2008 was delayed by the actions of the defendants.

2. Ultimately, the residents of the group home (according to information provided by plaintiff's counsel) were able to move into the home by February 11, 2008.

3. Defendants' counsel have requested and received a written settlement demand from plaintiffs' counsel. After receiving plaintiffs' demand, which includes a lump sum monetary demand, defendants' counsel have repeatedly requested a breakdown of plaintiffs' claimed damages and attorneys fees. To date, however, plaintiffs have not provided any breakdown. An itemization is necessary to adequately evaluate and respond to plaintiffs' demand.

4. In order to expedite the resolution of this matter before further costs are incurred, defendants request that a settlement conference be conducted with the judge.

WHEREFORE, defendant, City of Markham, respectfully requests that this Honorable Court schedule this matter for a settlement conference.

                          CITY OF MARKHAM

By:   s/Jane M. May
        Jane M. May, # 6207760
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847) 291-0200
        Facsimile: (847) 291-9230
        E-mail: jmay@okgc.com

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> An Illinois not-for-profit corporation, and ) <br> JESSE McMORRIS, and individual, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF MARKHAM, an Illinois ) <br> Municipal corporation, DAVID WEBB, JR. ) <br> J.V. COOK, SR., THADDEUS GOODLOW ) <br> And ROGER AGPAWA, individuals, ) <br> Defendants. ) | Case No.: 08 C 409 <br><br> Judge Shadur <br><br> Magistrate Judge Cox |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed City Of Markham's Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.  
nanaclerio@uhlaw.com

Michelle Broughton-Fountain  
mb-fountain@comcast.net

David Levitt  
dlevitt@uhlaw.com

Jamie A. Robinson  
jarobinson@uhlaw.com

and I hereby certify that on February 25, 2008 I faxed and mailed by United States Postal Service, the document to the following non-registered participant:

James P. Moran  
Mulherin, Rehfeldt & Varchetto, P.C.  
211 South Wheaton Avenue, Suite 200  
Wheaton, IL 60187  
Facsimile:  (630) 653-9316

Steven Miller  
Miller & Ellison  
17508 S. Carriageway Drive, Suite B  
Hazel Crest, IL 60429  
Facsimile: (708) 799-5493

CITY OF MARKHAM

By:  s/Jane M. May  
Jane M. May, # 6207760  
O'Halloran Kosoff Geitner & Cook, LLC  
650 Dundee Road, Suite 475  
Northbrook, Illinois 60062  
Telephone:  (847) 291-0200  
Facsimile:   (847) 291-9230  
E-mail:  jmay@okgc.com