# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> An Illinois not-for-profit corporation, and ) <br> JESSE McMORRIS, and individual, ) <br>                      Plaintiff, ) <br> v.                                      ) <br>                                      ) <br> CITY OF MARKHAM, an Illinois ) <br> Municipal corporation, DAVID WEBB, JR. ) <br> J.V. COOK, SR., THADDEUS GOODLOW) <br> And ROGER AGPAWA, individuals, ) <br>                     Defendants. ) | Case No.: 08 C 409 <br><br> Judge Shadur <br><br> Magistrate Judge Cox |

## NOTICE OF MOTION

To:    All Attorneys of Record
       (See Attached Certificate of Service)

YOU ARE HEREBY NOTIFIED that on the **27th day of February, 2008, at 9:15 a.m.**, we shall appear before the Honorable Judge Milton I. Shadur in the courtroom 2303 usually occupied by him at the United States District Court, 219 South Dearborn Street, Chicago, Illinois and shall present the Defendant City of Markham's Motion Requesting a Settlement Conference at which time and place you may appear if you wish to do so.

                                                                  CITY OF MARKHAM

                            By:    s/Jane M. May
                                     Jane M. May, # 6207760
                                   O'Halloran Kosoff Geitner & Cook, LLC
                                   650 Dundee Road, Suite 475
                                   Northbrook, Illinois 60062
                                   Telephone:  (847) 291-0200
                                   Facsimile:  (847) 291-9230
                                   E-mail:  jmay@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., | ) | |
| An Illinois not-for-profit corporation, and | ) | |
| JESSE McMORRIS, and individual, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 08 C 409 |
| | ) | |
| CITY OF MARKHAM, an Illinois | ) | Judge Shadur |
| Municipal corporation, DAVID WEBB, JR. | ) | |
| J.V. COOK, SR., THADDEUS GOODLOW | ) | Magistrate Judge Cox |
| And ROGER AGPAWA, individuals, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed City Of Markham's Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

David Levitt
dlevitt@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

and I hereby certify that on February 25, 2008 I faxed and mailed by United States Postal Service, the document to the following non-registered participant:

James P. Moran
Mulherin, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
Facsimile: (630) 653-9316

Steven Miller
Miller & Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL 60429
Facsimile: (708) 799-5493

CITY OF MARKHAM

By:    s/Jane M. May
Jane M. May, # 6207760
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
E-mail: jmay@okgc.com