UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

St. Coletta's of Illinois, Inc., et al.
                                      Plaintiff,

v.                                                 Case No.: 1:08−cv−00409
                                               Honorable Milton I. Shadur

City of Markham, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Milton I. Shadur :Motion for extension of time to answer or otherwise plead to and including March 12, 2008 [43] is granted. Attorney Jane Marie May; Joshua S. Abern and Clifford Gary Kosoff are granted leave to withdrawn. Attorneys James P. Moran, Louis Varchetto and Matthew Schreck and James Temple are granted leave to file their appearances on behalf of defendants, David Webb, J.V. Cook Sr., Thaddeus Goodlow and Roger Agpawa.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.