UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 CV 409<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:  See attached service list

**PLEASE TAKE NOTICE** that on March 5, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur, or any judge presiding in his place or stead in courtroom 2203 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present its Motion to Deem Admitted, a copy of which is hereby served upon you.

Dated: February 29, 2008

Respectfully submitted,

/s/ Nicholas Anaclerio
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
Three First National Plaza
Suite 3500
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Plaintiffs

1114464_1