## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Plaintiffs' Rule 36 (a)(6) Motion to Deem Admitted,** was served *via* facsimile transmission on February 29, 2008, at or before the hour or 5:00 p.m. upon the following:

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois 60429
Phone: 708/799-5454
Facsimile: 708/799-5493

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422
Phone: 708/647-8053
Facsimile: 708/647-8722

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Phone: 847/291-0200
Facsimile: 847/291-9230

/s/ Nicholas Anaclerio
Nicholas Anaclerio