IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 409 |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) ) | Judge Milton I. Shadur<br><br>Magistrate Judge Susan Cox |
| Defendants. | ) | |

## NOTICE OF FILING

To:   All Attorneys of Record
      (See Attached Service List)

PLEASE TAKE NOTICE that we have filed with the Clerk of the Circuit Court of Cook County, on March 4, 2008, Defendants', David Webb, Jr., J.V. Cook, Sr., Thaddeus Goodlow and Roger Agpawa's, Appearance, a copy of which is herewith served upon you.

                              s/Matthew R. Schreck
                              Attorneys for Defendants
                              MULHERIN, REHFELDT & VARCHETTO, P.C.
                              211 S. Wheaton Ave., Suite 200
                              Wheaton, IL 60187
                              (630) 384-3149
                              mschreck@mrvlaw.com

- 1 -

## **CERTIFICATE OF SERVICE**

     I, Matthew Schreck, an attorney, do hereby certify that on March 4, 2008 I electronically filed Defendants' **NOTICE OF FILING** with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Nicholas Anaclerio, Jr.
David Levitt
Jamie A. Robinson
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL  60602

Clifford Gary Kosoff
Jane Marie May
Joshua S. Abern
O'Halloran, Kosoff, Helander & Geitner, P.C.
Suite 475
Northbrook, Illinois 60062

Michelle Broughton-Fountain
19150 South Kedzie
Suite 103B
Flossmoor, Illinois 60422

Mr. Steven R. Miller
Miller and Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL  60429

                                      s/Matthew R. Schreck
                                      Attorneys for Defendants
                                      MULHERIN, REHFELDT & VARCHETTO, P.C.
                                      211 S. Wheaton Ave., Suite 200
                                      Wheaton, IL 60187
                                      (630) 384-3149
                                       mschreck@mrvlaw.com