# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 409 | **DATE** | 3/10/2008 |
| **CASE TITLE** | St. Coletta's vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's motion for leave to file a Second Amended Complaint is granted.  (61-1) Defendants' responsive pleading is due on or before March 31, 2008.  The March 27 status date is vacated and reset to April 4, 2008 at 9:00 a.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|