**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08 CV 409

ST.COLETTA'S OF ILLINOIS, INC.,
an Illinois not-for-profit corporation,
and JESSE McMORRIS, an individual,
v.
CITY OF MARKHAM, an Illinois municipal corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF MARKHAM

| |
|---|
| NAME (Type or print)<br> Steven R. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Steven R. Miller |
| FIRM<br> Miller & Ellison |
| STREET ADDRESS<br> 17508 S. Carriageway Drive    Suite-B |
| CITY/STATE/ZIP<br> Hazel Crest, Illinois  60429 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6186732 | 708-799-5454 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐