IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., | ) | |
| JESSE MCMORRIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08-cv-00409 |
| | ) | |
| CITY OF MARKHAM, DAVID WEBB, | ) | Judge Milton I. Shadur |
| JR., J.V. COOK, SR., THADDEUS | ) | |
| GOODLOW, and ROGER AGPAWA | ) | |
| Defendant. | ) | |

**CITY OF MARKHAM'S MOTION FOR LEAVE
TO AMEND RESPONSES TO REQUESTS TO ADMIT NO. 3, 4, 5 and 15**

NOW COMES the defendant, City of Markham, by its attorneys, Clifford Kosoff, Jane May and Joshua Abern, and for its Motion for Leave to Amend its Responses to Plaintiff's Requests to Admit, No. 3, 4, 5, and 15, states as follows:

1. On February 29, 2008, plaintiff filed a motion to deem admitted the City's responses to plaintiff's requests to admit 12-15, 24 and 36. The City responded that it did not have sufficient information to admit or deny the enumerated requests because the individual defendants, whose alleged actions were referenced in the requests, were represented by separate counsel. The court ordered that the City file amended responses and obtain the necessary information to admit or deny the requests from counsel for the individuals.

2. The City is amending its responses to the requests that were referenced in plaintiff's motion, and requests leave of court to amend its responses to requests 3, 4 and 5, and to further amend its response to request 15.

3. In its original responses to requests to admit 4 and 5, the City indicated that it did not have sufficient information to admit or deny the requests because the individual defendants

were represented by separate counsel. Plaintiff did not take issue with these responses in its motion, but given the court's order--that the City should obtain the necessary information from counsel for the co-defendants to prepare a response--the City requests leave of court to file amended responses to Requests 4 and 5 based on information received from counsel for the individual defendants.

      4.    In addition, the City requests leave of court to amend its response to request to admit No. 3 and to further amend its response to request 15 based on additional information received from counsel for the individual defendants. No prejudice will result to plaintiff given that discovery has just commenced. Pursuant to Rule 36 (b) the court may permit amendment if it will promote the presentation of the merits of the action and no prejudice will result.

      WHEREFORE, the City of Markham respectfully requests that this Honorable Court grant it leave to amend its responses to Requests to Admit No. 3, 4, 5 and 15.

CITY OF MARKHAM

By:   s/Jane M. May
Jane M. May, # 6207760
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
E-mail: jmay@okgc.com

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., JESSE MCMORRIS, <br><br>    Plaintiff, <br><br> v. <br><br> CITY OF MARKHAM, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW, and ROGER AGPAWA <br>    Defendant. | Case No.: 08-cv-00409 <br><br> Judge Milton I. Shadur |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed Defendant City of Markham's Motion For Leave To Amend Responses To Requests To Admit No. 3, 4, 5 and 15 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

James Moran
jmoran@mrvlaw.com

James J. Temple
jtemple@mrvlaw.com

Steven R. Miller
steven.r.miller@sbcglobal.net

David Levitt
dlevitt@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

Matthew P. Schreck
mschreck@mrvlaw.com

Louis A. Varchetto
lvarchetto@mrvlaw.com

CITY OF MARKHAM

By:   s/Jane M. May
      Jane M. May, #6207760
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, IL 60062
      Telephone: (847) 291-0200
      Facsimile:  (847) 291-9230
      E-mail:  jmay@okgc.com