# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> JESSE MCMORRIS, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MARKHAM, DAVID WEBB, ) <br> JR., J.V. COOK, SR., THADDEUS ) <br> GOODLOW, and ROGER AGPAWA ) <br>     Defendant. ) | Case No.: 08-cv-00409 <br><br> Judge Milton I. Shadur |

## NOTICE OF MOTION

To:   All Counsel of Record

YOU ARE HEREBY NOTIFIED that on the **14th day of March, 2008, at 9:15 a.m.,** we shall appear before the Honorable Judge Milton I. Shadur in courtroom 2303 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, and shall present the Defendant City of Markham's Motion For Leave To Amend Responses To Requests To Admit No. 3, 4, 5 and 15 at which time and place you may appear if you wish to do so.

                CITY OF MARKHAM

       By: s/Jane M. May
           Jane M. May, # 6207760
           O'Halloran Kosoff Geitner & Cook, LLC
           650 Dundee Road, Suite 475
           Northbrook, IL 60062
           Telephone: (847) 291-0200
           Facsimile:  (847) 291-9230
           E-mail:  jmay@okgc.com

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., | ) | |
| JESSE MCMORRIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08-cv-00409 |
| | ) | |
| CITY OF MARKHAM, DAVID WEBB, | ) | Judge Milton I. Shadur |
| JR., J.V. COOK, SR., THADDEUS | ) | |
| GOODLOW, and ROGER AGPAWA | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed this Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

David Levitt
dlevitt@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

James Moran
jmoran@mrvlaw.com

Matthew P. Schreck
mschreck@mrvlaw.com

James J. Temple
jtemple@mrvlaw.com

Louis A. Varchetto
lvarchetto@mrvlaw.com

Steven R. Miller
steven.r.miller@sbcglobal.net

CITY OF MARKHAM

By:  s/Jane M. May
Jane M. May, # 6207760
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
E-mail: jmay@okgc.com