IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,  Plaintiffs, v. CITYOF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,  Defendants. | No. 08 cv 409  Judge Milton I. Shadur |

**CITY OF MARKHAM'S AMENDED RESPONSES TO
PLAINTIFF'S REQUESTS TO ADMIT No. 12-15, 24 and 36**

Defendant, City of Markham, by its attorneys, Clifford G. Kosoff, Jane M. May and Joshua Abern, and for their Amended Responses to Requests to Admit No. 12-15, 24 and 36, state as follows:

12. Admit that on January 22, 2008, Defendant Agpawa stated that his signature was required on City permits for the installation of a fire alarm or sprinkler system to make such permits valid and effective:

**RESPONSE:** Denied.

13. Admit that Mr. Agpawa refused to issue permits to St. Coletta's for the installation of a sprinkler system and fire alarm system on January 22, 2008.

**RESPONSE:** Denied.

14. Admit that on January 23, 2008 Defendant Agpawa stated that his signature was not required on City permits for the installation of a fire alarm or sprinkler system to make such permits valid and effective.

**RESPONSE:**       Admitted.

15.     Admit that Defendant Agpawa had a copy of Judge Shadur's January 22, 2008 Order when he refused to issue permits for St. Coletta's to install sprinkler and fire alarm systems at the Property.

**RESPONSE:**       The City admits that Defendant Agpawa was advised of Judge Shadur's January 22, 2008 order on the date that it was issued.  It denies the remaining allegations.

24.     Admit that neither the City, nor any of the Defendants gave St. Coletta's or anyone on its behalf any prior notice that the City would shut off water service for the Property in January of 2008.

**RESPONSE:**       Admitted.

36.     Admit that Defendant Goodlow claimed that St. Coletta's provided false information to the Plan Commission related to the Certificate of Occupancy for the Property.

**RESPONSE:**       Denied.

|  |  |
|---|---|
|  | CITY OF MARKHAM |
| By: | s/Jane M. May |
|  | Jane M. May, # 6207760 |
|  | O'Halloran Kosoff Geitner & Cook, LLC |
|  | 650 Dundee Road, Suite 475 |
|  | Northbrook, IL 60062 |
|  | Telephone: (847) 291-0200 |
|  | Facsimile:  (847) 291-9230 |
|  | E-mail:  jmay@okgc.com |

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> JESSE MCMORRIS, ) <br>                   Plaintiff, ) <br>       ) <br> v. ) <br>       ) <br> CITY OF MARKHAM, DAVID WEBB, ) <br> JR., J.V. COOK, SR., THADDEUS ) <br> GOODLOW, and ROGER AGPAWA ) <br>                   Defendant. ) | Case No.: 08-cv-00409 <br><br> Judge Milton I. Shadur |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2008, I electronically filed Defendant City of Markham's Amended Responses To Plaintiff's Requests To Admit No. 12-15, 24 and 36 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

James Moran
jmoran@mrvlaw.com

James J. Temple
jtemple@mrvlaw.com

Steven R. Miller
steven.r.miller@sbcglobal.net

David Levitt
dlevitt@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

Matthew P. Schreck
mschreck@mrvlaw.com

Louis A. Varchetto
lvarchetto@mrvlaw.com

CITY OF MARKHAM

By:   s/Jane M. May
        Jane M. May, #6207760
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, IL 60062
        Telephone: (847) 291-0200
        Facsimile: (847) 291-9230
        E-mail: jmay@okgc.com