IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 409 |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) | Judge Milton I. Shadur<br><br>Magistrate Judge Susan Cox |
| Defendants. | ) | |

## NOTICE OF FILING

To:     All Attorneys of Record
        (See Attached Service List)

        PLEASE TAKE NOTICE that we have filed with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, on March 12, 2008, Defendant, Thaddeus Goodlow's Response to Request to Admit, a copy of which is herewith served upon you.


                        s/James P. Moran
                        Attorneys for Defendants
                        MULHERIN, REHFELDT & VARCHETTO, P.C.
                        211 S. Wheaton Ave., Suite 200
                        Wheaton, IL 60187
                        (630) 384-3119
                        jmoran@mrvlaw.com

## CERTIFICATE OF SERVICE

I, James P. Moran, an attorney, do hereby certify that on March 12, 2008 I electronically filed Defendant, Thaddeus Goodlow's, **Notice of Filing Response to Request to Admit** with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Nicholas Anaclerio, Jr.
David Levitt
Jamie A. Robinson
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL  60602

Clifford Gary Kosoff
Jane Marie May
Joshua S. Abern
O'Halloran, Kosoff, Helander & Geitner, P.C.
Suite 475
Northbrook, Illinois 60062

Michelle Broughton-Fountain
19150 South Kedzie
Suite 103B
Flossmoor, Illinois 60422

Mr. Steven R. Miller
Miller and Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL  60429

> s/James P. Moran
> Attorneys for Defendants
> MULHERIN, REHFELDT & VARCHETTO, P.C.
> 211 S. Wheaton Ave., Suite 200
> Wheaton, IL 60187
> (630) 384-3119
> jmoran@mrvlaw.com