IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 08 C 409 |
| CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, | ) ) ) ) ) | Judge Milton I. Shadur  Magistrate Judge Susan Cox |
| Defendants. | ) | |

## NOTICE OF FILING

To:   All Attorneys of Record
      (See Attached Service List)

    PLEASE TAKE NOTICE that we have filed with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, on March 12, 2008, Defendant, Roger Agpawa's Response to Request to Admit, a copy of which is herewith served upon you.

    s/James P. Moran
    Attorneys for Defendants
    MULHERIN, REHFELDT & VARCHETTO, P.C.
    211 S. Wheaton Ave., Suite 200
    Wheaton, IL 60187
    (630) 384-3119
    jmoran@mrvlaw.com

## CERTIFICATE OF SERVICE

I, James P. Moran, an attorney, do hereby certify that on March 12, 2008 I electronically filed Defendant, Roger Agpawa's, **Notice of Filing Response to Request to Admit** with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Nicholas Anaclerio, Jr.
David Levitt
Jamie A. Robinson
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL  60602

Clifford Gary Kosoff
Jane Marie May
Joshua S. Abern
O'Halloran, Kosoff, Helander & Geitner, P.C.
Suite 475
Northbrook, Illinois 60062

Michelle Broughton-Fountain
19150 South Kedzie
Suite 103B
Flossmoor, Illinois 60422

Mr. Steven R. Miller
Miller and Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, IL  60429

                                                 s/James P. Moran
                                                 Attorneys for Defendants
                                                 MULHERIN, REHFELDT & VARCHETTO, P.C.
                                                 211 S. Wheaton Ave., Suite 200
                                                 Wheaton, IL 60187
                                                 (630) 384-3119
                                                 jmoran@mrvlaw.com