# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

St. Coletta's of Illinois, Inc., et al.
                        Plaintiff,

v.                                    Case No.: 1:08−cv−00409
                                  Honorable Milton I. Shadur

City of Markham, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

    MINUTE entry before Judge Milton I. Shadur :Motion for leave to file [65] is granted; Motion hearing held on 3/14/2008 regarding motion for leave to file[65] Attorney Cathy Evans is granted leave to substitute as counsel for defendant David Webb. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.