# EXHIBIT A

- Senate Committee on Aging
- Underwriters Laboratories
- Vanco Human Services, Inc.
- West Virginia State Fire Marshals Office

The Life Safety Code is developed through a consensus process which affords all interested and affected parties an opportunity to voice an opinion and vote on code changes. The only prerequisite for voting on proposed code changes at the annual conference is membership in the National Fire Protection Association which can be made on an individual or corporate basis for a small annual dues payment. As can be seen from the representative list above of the "Technical Committee on Residential Occupancies of the Life Safety Code", the NFPA balances the representation on code making committees to include not only regulatory agencies, but also representatives of owners/operators, national testing laboratories, trade associations, manufacturers of products used in the occupancies, and architectural/engineering design firms.

Copies of the NFPA Life Safety Code are available for examination at any of the regional offices of the Fire Prevention Division of the OSFM or the Life Safety Code may be purchased from the NFPA at:

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02269-9959
1-800-344-3555

***PLEASE NOTE THAT ILLINOIS HAS ADOPTED THE 2000 EDITION OF THE LIFE SAFETY CODE***

## INTERACTION WITH LOCAL FIRE AND BUILDING DEPARTMENT AUTHORITIES

The rules adopted and enforced by the OSFM are concurrently applicable with local rules and ordinances. This results in occupancies across Illinois needing to comply with both state and local requirements. Owners must satisfy the adopted rules and defined conditions set forth by both state and local authorities. Even though some local fire or building departments may not practice field-enforcement of their standards by requiring an on-site inspection, facility owners should be aware of their obligation to comply with locally adopted rules. Local authorities often adopt national standards other than the NFPA Life Safety Code and may often enforce specific local ordinances not found in any national code. <u>Compliance with OSFM rules does not imply compliance with local regulations</u>.

Many facility owners commonly misunderstand the relationship between the OSFM and local fire departments. The OSFM does not maintain a position of authority over local fire departments. Therefore, the OSFM cannot order local departments to enforce (or not enforce) particular codes or rules, or influence how those departments interpret rules. Although the OSFM maintains a cooperative and supportive relationship with local fire agencies, no superior-subordinate relationship exists.

## INSPECTION PROCEDURES

The OSFM must receive written notice of the need for a facility inspection from the appropriate licensing agency before field inspection will commence. When a facility is to be inspected by the OSFM, an inspector from the OSFM will conduct an on-site walk through inspection of the occupancy. In the case of residential board and care homes, the OSFM realizes such occupancies may be residential settings with a low number of staff and occupants and that security is a concern. Therefore, for identification purposes, OSFM inspectors drive State of Illinois vehicles clearly identified with decals reading "Office of the State Fire Marshal". The inspector also carries a photo-identification card.

The inspection is carried out in a "hands-off" manner. This means that although the inspector will need to view all areas of the facility including attics and basements, and may need to have rooms or spaces unlocked, they will not conduct any "destructive" inspection procedures such as poking holes in walls or ceilings, flowing water from sprinkler heads, or burning any samples of materials. Upon completion of the inspection the inspector will conduct an "exit interview" with the on-site owner/operator or their designee. At this interview, the inspector will review their findings and explain any violations that may have been noted as well as the work necessary to correct the violations. This interview should be conducted before the inspector leaves the facility.

Shortly after the on-site inspection the facility owner will receive a written notice of the findings of the inspector mailed from the regional office of the OSFM. This will be in the form of either a compliance letter or a violation letter which outlines numbered items that are in non-conformance with the Life Safety Code. (If there were code violations noted at the facility, the violations letter will be sent via certified mail). The letter will also explain an appeal process that is available if the owner feels that the inspector was in error in their application of the Code or that the facility accomplishes an equivalent level of fire safety through alternative means of protection. The OSFM's letter is also copied to the licensing agency and the local fire authority.

In the case of a facility which has violations of the Life Safety Code, compliance is expected immediately. The OSFM will not conduct a re-inspection of the facility until notified by the licensing agency that the deficiencies have been corrected. If the re-inspection reveals that the violations have been corrected, the inspector will notify the regional office to issue a "Compliance Letter" which also will be copied to the licensing agency and the local fire department. If no progress is being made towards correcting the deficiencies, the inspector will recommend discontinuance of licensure and prosecution by the Attorney General's Office for violation of the state fire prevention regulations.

After the initial licensing inspection of a facility by an OSFM inspector, subsequent re-licensing inspections allow for the use of a different abbreviated "Short Form" inspection report that is completed at the facility and left with the owner/operator on the day of the inspection. This abbreviated inspection form is applied if the facility is found to be in compliance with applicable rules or only minor housekeeping violations are noted. In such cases, no formal letter is mailed from the regional office. However, the results continue to be transmitted to the licensing agency to ensure their knowledge of fire safety conditions at the facility.