# EXHIBIT B



*Office of the Illinois*
# State Fire Marshal

FIRE PREVENTION
(312) 814-2693

01/31/2008

Jerry Golk
Saint Coletta's
18350 Crossing Drive
Tinley Park, IL. 60477

IN RE:    FILE #1-011741-074-CS
          Saint Coletta's
          16207 South Central Park
          Markham, IL. 60426
          Cook County

Dear Mr. Golk:

Fire Inspector Frank Richter made an inspection of the above referenced occupancy on 01/29/2008, and reports no apparent violations of National Fire Protection Association Standard #101 "Life Safety Code (2000 ed) and applicable references adopted by reference as Title 41 Chapter I IL. Adm. Code Part 100.

On behalf of the State Fire Marshal may I congratulate you on your apparent efforts to maintain your premises in a fire-safe condition.

This finding does not supersede local authority and the Office of the State Fire Marshal recommends contact with the local fire and/or building department to ensure compliance with local regulations.

Sincerely,

Larry Matkaitis
Regional Administrator
Division of Fire Prevention
Office of the State Fire Marshal

XC - Inspector Frank Richter
     Fire Chief R. Moaton
     Regional Office File
     Derek Bradshaw, I.D.H.S.