# EXHIBIT C



# CENTRAL STATES AUTOMATIC SPRINKLERS, INC.
13740 South California Ave. ~ Blue Island, IL 60406

708-489-9400     Established 1974     Fax: 708-489-9494

## TRANSMITTAL LETTER

TO: City of Markham Fire Department          DATE: 11-21-07

16313 Kedzie Ave.                            JOB: St. Coletta's

Markham, IL                                  16207 Central Palk Ave.

Ph. (708) 331-2171                           Markham, IL

We transmit herewith for your:   ☐ INFORMATION
                                 ☐ APPROVAL
                                 ☐ FILE
                                 ☐ CORRECTION
                                 ☐ RETURN

TOTAL NUMBER OF PAGES: See Below

REMARKS: Submitted in reference to the above project are:

(3) Fire sprinkler plans

(3) Sets of hydraulic calculations

(3) Material submittals

Please respond with any comments and or your approval.

Sincerely,

CENTRAL STATES AUTOMATIC SPRINKLERS, INC.

By  Greg Lay

www.csasinc.com

**CONTRACTORS AND ENGINEERS OF AUTOMATIC SPRINKLER SYSTEMS**