UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | Case No. 08 CV 409 |

### PLAINTIFFS' NOTICE TO DISMISS DEFENDANT COOK AND MOTION TO PRESENT AGREED ORDER

Plaintiffs St. Coletta's of Illinois, Inc. ("St. Coletta's") and Jesse McMorris ("Jesse") (collectively, "Plaintiffs") by counsel Nicholas Anaclerio, Jamie A. Robinson and David Levitt, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismiss J.V. Cook Sr. as a defendant in this case and move this Court after appearance by all parties to enter the attached Agreed Order. In support of their Notice of Dismissal and Motion to Present Agreed Order, Plaintiffs state:

**Notice of the Dismissal of J.V. Cook, Sr.**

    1.    Pursuant to Rule 41(a)(1)(A)(i) a plaintiff may voluntarily dismiss a defendant in a lawsuit before that defendant answers the complaint. Fed.R.Civ.P. 41(a)(1)(A)(i)

    2.    In this case, Defendant J.V. Cook, Sr. has not filed an answer to the Second Amended Complaint or any other prior complaint.

    3.    The Plaintiffs wish to voluntarily dismiss Defendant J.V. Cook, Sr. based on Mr. Cook's affidavit indicating that he resigned his position with the City of

Markham's Plan Commission on January 1, 2008 and that prior to that date, Mr. Cook had no interaction with St. Coletta's or any involvement with the City with respect to the City's interactions with St. Coletta's. A copy of J.V. Cook, Sr.'s affidavit is attached as Exhibit A.

**Motion for Presentment of an Agreed Order**

4. The parties have been working together to find an acceptable resolution of this matter.

5. The terms of the resolution are set forth in an Agreed Order, which has been deemed acceptable by all parties and has been approved by the City of Markham's City Council. A copy of the Agreed Order is attached as Exhibit B.

6. There are certain terms of the Agreed Order that the parties wish to discuss with the Court prior to its entry.

WHEREFORE, the Plaintiffs respectfully request that after an appearance by all parties, this Court acknowledge the dismissal of Defendant J.V. Cook, Sr., enter the attached Agreed Order and for such other, further or additional relief as this Honorable Court deems fair, just and equitable.

Dated: March 27, 2008                    Respectfully submitted,

                                         By:  /s/ Jamie A. Robinson
                                              Nicholas Anaclerio (ARDC #6187889)
                                              Jamie A. Robinson (ARDC #6270503)
                                              David Levitt (ARDC #6280466)
                                              UNGARETTI & HARRIS LLP
                                              3500 Three First National Plaza
                                              Chicago, Illinois 60602
                                              Telephone (312) 977-4400
                                              Facsimile (312) 977-4405
                                              Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of **PLAINTIFFS' NOTICE TO DISMISS DEFENDANT COOK AND MOTION TO PRESENT AGREED ORDER** was filed with the Clerk for the United States District Court, for the Northern District, using the CM/ECF system on March 27, 2008.

Steven R. Miller, Esq.
Miller & Ellison
17508 E. Carriageway Drive
Hazel Crest, Illinois  60429
Phone: 708/799-5454
Facsimile: 708/799-5493

Michelle Broughton-Fountain, Esq.
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois  60422
Phone: 708/647-8053
Facsimile: 708/647-8722

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Phone: 847/291-0200
Facsimile: 847/291-9230

James P. Moran
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue
Suite 200
Wheaton, Illinois 60187
(630) 653-9300 - main number
(630) 653-9316 - facsimile

### *AND VIA FACSIMILE:*

Cathe R. Evans Williams
Woods & Evans, LLC.
Facsimile # 708-747-2390

/s/ Jamie A. Robinson
Jamie A. Robinson

UHDOCS-1134895