IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, </br></br>Plaintiffs,</br></br>v.</br></br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,</br></br>Defendants. | No. 08 C 409</br></br>Judge Milton I. Shadur</br></br>Magistrate Judge Susan Cox |

### AFFIDAVIT OF J.V. COOK, SR.

The undersigned, J.V. Cook, Sr., duly sworn on oath deposes and states as follows:

1. Affiant had no knowledge of St. Coletta's intent to operate a group home for the disabled at 16207 S. Central Park until after suit was filed.

2. Affiant never spoke with any representative(s) of St. Coletta's relating to their purchase, operation or request for permits and/or licenses relating to the group home at 16207 S. Central Park.

3. Affiant never spoke to any representatives of St. Coletta's relating to their request for a meeting before the Plan Commission.

4. Affiant never saw any materials submitted by St. Coletta's relating to their requests for permits, licensing or a special meeting relating to the operation of the group home, until after the lawsuit was filed.

5. Affiant had no personal knowledge that St. Coletta's had requested a special meeting of the Plan Commission relating to its proposed operation of the group home, and had no involvement with respect to scheduling the requested meeting.

6. Affiant was not present at any Plan Commission meeting, either as a Plan Commission member or member of the public, where any issues relating to St. Coletta's were presented or discussed.

- 1 -



EXHIBIT A

- 2 -

7. Affiant was not present at any Plan Commission meeting, either as a Plan Commission member or member of the public, where a vote was taken on any issues relating to St. Coletta's.

8. Affiant had no input into any Plan Commission discussions, deliberations, recommendations or decisions relating to the St. Coletta's group home.

9. Affiant was never present at any City Council meeting where any issue relating to St. Coletta's was presented or discussed.

10. Affiant was never present at any City Council meeting where a vote was taken on any issue relating to St. Coletta's.

11. Affiant resigned from the Plan Commission effective January 1, 2008, and has no other current affiliation as an employee or representative with the City of Markham.

Further Affiant Sayeth Naught.

_____
J.V. Cook, Sr.

Subscribed and Sworn to
before me this 21st day
of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
HEIDI LYNCH
Notary Public, State of Illinois
My Commission Expires March 26, 2009

- 2 -