UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | No. 08 CV 409 |

## NOTICE OF MOTION

To:   See attached service list

**PLEASE TAKE NOTICE** that on Tuesday, April 1, 2008 at 9:15 a.m., or as soon thereafter as counsel may e heard, we shall appear before the Honorable Milton I. Shadur in Room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present **PLAINTIFFS' NOTICE TO DISMISS DEFENDANT COOK AND MOTION TO PRESENT AGREED ORDER**, a copy of which is hereby served upon you.

Dated: March 27, 2008                    Respectfully submitted,


                                By:   /s/ Jamie A. Robinson
                                      Nicholas Anaclerio (ARDC #6187889)
                                      Jamie A. Robinson (ARDC #6270503)
                                      David Levitt (ARDC #6280466)
                                      UNGARETTI & HARRIS LLP
                                      3500 Three First National Plaza
                                      Chicago, Illinois 60602
                                      Telephone (312) 977-4400
                                      Facsimile (312) 977-4405
                                      Counsel for Plaintiffs

UHDOCS-1134895