IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual, )<br><br>Plaintiffs, )<br>v. )<br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals, )<br><br>Defendants. ) | No. 08 C 409<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Susan Cox |

## ORDER

Attorney Cathe Evans and Deadra Woods of Woods & Evans, L.L.C. are granted leave to file their Substitute Appearance on behalf of Defendant, David Webb.

Entered:

_____
Seal

Cathe Evans (ARDC # 6230895)
Deadra Woods (ARDC # 6231406)
Woods & Evans, L.L.C.
4747 Lincoln Mall Drive, Suite 410
Matteson, IL 60443
Tel.: 708-647-8200
Fax: 708-647-8300