IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,  Plaintiffs,  v.  CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,  Defendants. | No. 08 C 409  Judge Milton I. Shadur  Magistrate Judge Susan Cox |

### DEFENDANT'S MOTION LEAVE TO FILE A SUBSTITUTE APPEARANCE ON BEHALF OF DAVID WEBB, JR.

To:   All attorney of record
      (See attached Service List)

Pursuant to Local Rule 83.16, Cathe Evans and Deadra Woods of the law firm of Woods & Evans, L.L.C. petitions this Court for leave to file their substitute appearance on behalf of David Webb, Jr. and to replace current counsels of record, namely James P. Moran, Louis A. Varchetto, Matthew R. Shreck, and James J. Temple of the law firm Mulherin, Rehfeldt & Varchetto, P.C. and in support thereof states as follows:

1) This case was filed on January 18, 2008.

2) This case is set for March 14, 2008 @ 9:15 a.m. for Hearing of the Defendant, City of Markham's Motion For Leave to Amend Responses to Requests To Admit No. # 3,4,5 and 15.

3) Counsels are aware that Defendant Webb's deposition is scheduled for Tuesday March 18, 2008 and shall be prepared for same.

4) This case is set for status on March 28, 2008.

5) That this action will not be delayed by this substitution.

WHEREFORE, Cathe Evans and Deadra Woods of the law firm of Woods & Evans, L.L.C. respectfully request that this Court enter an order to allow Cathe Evans and Deadra Woods of the law firm of Woods & Evans, L.L.C. to file their substitute appearance on behalf of David Webb, Jr. and to replace current counsels of record, namely James P. Moran, Louis A. Varchetto, Matthew R. Shreck, and James J. Temple of the law firm Mulherin, Rehfeldt & Varchetto, P.C., and for such further appropriate equitable relief as the Court deems fair and just in the premises.

Dated: March 13, 2008

Respectfully Submitted,
Cathe Evans and Deadra Woods of the law firm of Woods & Evans, L.L.C.

By: _____

Cathe Evans (ARDC # 6230895)
Deadra Woods (ARDC # 6231406)
Woods & Evans, L.L.C.
4747 Lincoln Mall Drive, Suite 410
Matteson, Il 60443
Tel.: 708-647-8200