

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 409 | DATE | 4/1/2008 |
| CASE TITLE | St. Coletta's vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to dismiss defendant Cook and for an Agreed Order is granted. Enter Agreed Order. This action is hereby dismissed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|