# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,        **Plaintiffs,** v. CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,        **Defendants.** | No.  08 CV 409  Judge Milton I. Shadur |

## NOTICE OF FILING

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on April 22, 2008, we filed with the United States District Court for the Eastern District of Illinois, the attached *Stipulated Order of Dismissal of Claims for Monetary Relief,* a copy of which is served upon you.

Dated: April 22, 2008

Respectfully submitted,

/s/ Jamie A. Robinson
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Counsel for Plaintiffs

1145556-1

## CERTIFICATE OF SERVICE

I, Jamie A. Robinson, an attorney, do hereby certify that copies of *Stipulated Order of Dismissal of Claims for Monetary Relief*, were served on each of the parties listed below, on April 22, 2008.

*VIA FACSIMILE (708) 647-8200*
Cathe R. Evans Williams
Deadra Woods Stokes
Woods & Evans, L.L.C.
4747 Lincoln Mall Drive, Suite 410
Matteson, Illinois 60443

*VIA ELECTRONIC MAIL AND U.S. MAIL*
Louis R. Varchetto
James P. Moran
James J. Temple
Matthew R. Schreck
Mulherin, Rehfelt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187

*VIA ELECTRONIC MAIL AND U.S. MAIL*
Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062

*VIA ELECTRONIC MAIL AND U.S. MAIL*
Michelle Broughton-Fountain
19150 S. Kedzie, Suite 103B
Flossmoor, Illinois 60422

*VIA ELECTRONIC MAIL AND U.S. MAIL*
Steven R. Miller
Miller & Ellison
17508 S. Carriageway Drive, Suite B
Hazel Crest, Illinois 60429

/s/ Jamie A. Robinson
Jamie A. Robinson