Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 409 | **DATE** | 4/23/2008 |
| **CASE TITLE** | St. Coletta's of Illinois vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Order of Dismissal of Claims for Monetary Relief.

■ [ For further detail see separate order(s).]

Docketing to mail notices.





| | Courtroom Deputy Initials: | SN |
|---|---|---|