

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., an Illinois not-for-profit corporation, and JESSE McMORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM, an Illinois municipal corporation, DAVID WEBB, JR., J.V. COOK, SR., THADDEUS GOODLOW and ROGER AGPAWA, individuals,<br><br>Defendants. | 08cv409<br><br>No. 08 CV 409<br><br>Judge Milton I. Shadur |

## STIPULATED ORDER OF DISMISSAL OF CLAIMS FOR MONETARY RELIEF

This matter coming before the Court by stipulation of the parties, the Court being fully advised of the premises, IT IS HEREBY ORDERED:

Pursuant to the Agreed Order entered April 1, 2008, Plaintiffs St. Coletta's of Illinois, Inc. and Jesse McMorris hereby voluntarily dismiss, with prejudice and without costs, all claims for monetary relief against Defendants City of Markham, David Webb, Jr., Thaddeus Goodlow, and Roger Agpawa. All other claims remain pending in accordance with the provisions of the Agreed Order entered April 1, 2008.

April 23, 2008 ENTERED: _/s/ Milton I. Shadur_
Judge Milton I. Shadur

Order prepared by:
Nicholas Anaclerio (ARDC #6187889)
Jamie A. Robinson (ARDC #6270503)
David Levitt (ARDC #6280466)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405
Counsel for Plaintiffs

1137590-2